Cand

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Billy Michael*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *Billy Michael*  C. Date of Delivery 10/11/07 |
| 1. Article Addressed to:<br><br>Billy Gene Michael<br>County Road 1200<br>House No. 8<br>Booneville, MS 38829<br><br>2:07cv882-MHT (cnsp/smo) 20 days | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0001 5055 7157 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540