**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Candace M. Grose
1007 9th Street
Port Royal, SC 29935

2:07cv882-MHT (cmpl sm 20 Dy)

2. Article Number
(Transfer from service label)

7003 2260 0001 5055 7171

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Candace Grose
C. Date of Delivery: 10/4/17

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1007 9th St
Port Royal SC 29935

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes