IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07-cv-882-MHT |
| | ) |
| BILLY GENE MICHAEL, an individual; | ) |
| JOEY BARNES, individually and d/b/a | ) |
| BAD J TRUCKING COMPANY; | ) |
| CANDACE M. GROSE, as personal | ) |
| representative of the Estate of | ) |
| JAKOB A. GROSE, et al., | ) |
| | ) |
| Defendants. | ) |

## DEMAND FOR JURY TRIAL

NOW COMES CANDACE M. GROSE, as personal representative of the Estate of JAKOB A. GROSE, Deceased, and demands a jury trial of all issues so triable pursuant to Rule 38 of the *Federal Rules of Civil Procedure*.

                                                     /s/ David E. Allred
                                                     DAVID E. ALLRED
                                                     D. CRAIG ALLRED
                                                     Attorneys for Above-Named Defendant

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Demand for Jury Trial* has been served upon the following counsel of record in this cause by *electronic transmission* on this the 2nd day of November, 2007:

>   Jack J. Hall, Esq.
>   HALL, CONERLY & BOLVIG, P.C.
>   505 N. 20th Street
>   Suite 1400
>   Birmingham, Alabama   35203

I also certify that a copy has been served upon the following parties in this cause by placing a copy thereof in the United States Mail, first-class postage prepaid, on this the 2nd day of November, 2007:

>   Joey Barnes, an individual
>   and d/b/a Bad J Trucking
>   Post Office Box 575
>   Booneville, Mississippi   38829

>   Billy Gene Michael
>   County Road 1200, House No. 8
>   Booneville, Mississippi   38829

/s/ David E. Allred
OF COUNSEL