IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Canal Insurance Company_____,  )
                                                  )
         Plaintiff,                               )
                                                  )
v.                                                )  CASE NO. 2:07-CV-882-MHT
                                                  )
Billy Gene Michael, et. al._____, )
                                                  )
         Defendants,                              )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Candace M. Grose  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

_____          (Signature)
       Date                      David E. Allred
                                 (Counsel's Name)
                                 Candace M. Grose
                                 Counsel for (print names of all parties)
                                 P.O. Box 241594
                                 Montgomery, Alabama 36124-1594
                                 Address, City, State Zip Code
                                 334-396-9200
                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____David E. Allred_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic transmission_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _19th_ day of _November_ 20_07_, to:

Jack J. Hall - Counsel for Plaintiff

and by U.S. mail to the following defendants: Joey Barnes, P.O. Box 575, Booneville, MS. 38829

Billy Gene Michael, County Road 1200, House No. 8, Booneville, MS. 38829

11/19/2007
Date

Signature