## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | } | |
| | } | |
| **Plaintiff,** | } | |
| v. | } | **CIVIL ACTION NO.** |
| | } | **CV-2:07-cv-00882** |
| BILLY GENE MICHAEL; | } | |
| CANDACE M. GROSE, AS | } | |
| PERSONAL REPRESENTATIVE | } | |
| OF THE ESTATE OF JAKOB A. | } | |
| GROSE; JOEY BARNES, | } | |
| INDIVIDUALLY AND DOING | } | |
| BUSINESS AS BAD J TRUCKING | } | |
| COMPANY, | } | |
| | } | |
| **Defendants.** | } | |

## REPORT OF PARTIES PLANNING MEETING

1.     Pursuant to Federal Rules of Civil Procedures 26(f), a meeting was held on <u>November 19, 2007,</u> among attorneys Jack J. Hall and P. Ted Colquett for the plaintiff, and William Evans Brittain for defendant Billy Gene Michael, and David Earl Allred for the defendant, Candace M. Grose, as personal representative of the Estate of Jakob A. Grose.  Defendant Joey Barnes, individually and doing business as Bad J Trucking Company, has not appeared.

2.     **Pre-Discovery Disclosures** - The parties will exchange the information required by Local Rules 26.1(a)(1) by **December 15, 2007.**

**<u>Page 1 of  5</u>**

3.    **Discovery Plan** - The parties jointly propose to the Court the following discovery plan:

A.    Discovery will be needed on the following subjects: existence, provisions, and coverage of the Canal Insurance Company at issue; whether the commercial motor vehicle involved in the accident of April 7, 2007, was a scheduled vehicle; matters surrounding whether the commercial motor vehicle was a scheduled vehicle; damages to the extent that same may be applicable or relevant; and other matters related to the same.

B.    All discovery commenced in time to be completed by **May 1, 2008.**

C.    Maximum of 40 interrogatories by each party to any other part. Responses due 30 days after service.

D.    Maximum of  40  request for production of documents to any other party.  Responses due 30 days after service.

E.    Maximum 40 request for admissions by each party to any other party.  Responses due 30 days after service.

F.    Maximum of  10 depositions by plaintiff and  10  by defendant.  Depositions to be limited to seven (7) hours.

G.    Expert witness disclosure pursuant to Rule 26(a)(2) due: from

plaintiff **March 1, 2008**; and from defendant by **April 1, 2008**.

        H.      Supplements under Rule 26(e) due 30 days to trial.

4.     **Other Items**

        A.      The parties do not request a conference with the court before entry of the scheduling order.

        B.      Plaintiff should be allowed until **January 1, 2008**, to join additional parties and until **January 15, 2008,** to amend the pleadings.

        C.      Defendants should be allowed until **February 1, 2008**, to join additional parties and until **February 15, 2008**, to amend the pleadings.

        D.      All potentially dispositive motions should be filed by **March 1, 2008.**

        E.      Settlement cannot be realistically evaluated prior to **March 1, 2008**.

        F.      The parties request a final pre-trial conference in **May 2008**.

        G.      Final lists of trial evidence under Rule 26(a)(3) should be due: from plaintiff - witnesses by **May 15, 2008**, and exhibits by **May 15, 2008**; and from defendant - witnesses by **May 15, 2008**, and exhibits by **May 15, 2008.**

        H.      Parties should have 7 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

**Page 3 of 5**

I.      The case should be ready for trial by **June 23, 2008**, and at this time is expected to take approximately **3** days for trial.

Respectfully submitted,

/s/ Jack J. Hall

**JACK J. HALL**
**P. TED COLQUETT**
Attorneys for Plaintiff,
Canal Insurance Company

**OF COUNSEL:**

**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 - 20th Street North
Birmingham, Alabama 36602
Telephone: (205) 251-8143
Fax: (205) 326-3202
COL065
E-Mail: ted.colquett@hallconerly.com

/s/ William Evans Brittain

**WILLIAM EVANS BRITTAIN**
Attorney for Defendant,
Billy Gene Michael

**OF COUNSEL:**

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334) 387-7680
ebrittain@ball-ball.com

/s/ David Earl Allred
**DAVID EARL ALLRED**
Attorney for Defendant,
Candace M. Grose, as personal
representative of the Estate of Jakob A.
Grose

**OF COUNSEL:**

**DAVID E. ALLRED, P.C.**
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
dallred@allredpclaw.com