**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** ] ] | |
| **Plaintiff,** ] ] | |
| v. ] ] | **CASE NO. 2:07 CV 882 MHT** |
| **BILLY GENE MICHAELS,** ] an individual; **JOEY BARNES,** ] individually and d/b/a ] **BAD J TRUCKING COMPANY;** ] **CANDACE M. GROSE,** as personal ] representative of the Estate of ] **JAKOB A. GROSE, et al.,** ] ] | |
| **Defendants** ] | |

**CONFLICT DISCLOSURE STATEMENT**

    **COMES NOW** Billy Gene Michael, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ✓    This party is an individual, or

        This party is a governmental entity, or

        There are no entities to be reported, or

    The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                                    **Relationship to Party**

_____    _____

          Respectfully submitted,

          /s/ W. Evans Brittain
          W. Evans Brittain
          Attorney for Billy Michael

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
ebrittain@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on this November 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Craig Allred
callred@allredpclaw.com,bflowers@allredpclaw.com

David Earl Allred
dallred@allredpclaw.com,bflowers@allredpclaw.com

Jack Jordan Hall , Sr
jack.hall@hallconerly.com,joice.frame@hallconerly.com

Kenneth J. Mendelsohn
kenny@jmfirm.com,heather@jmfirm.com

          /s/ W. Evans Brittain
          OF COUNSEL