IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

CANAL INSURANCE COMPANY ,  )
                                                        )
     Plaintiff,                             )
                                                        )
v.                                                 ) CASE NO. __2:07-cv-882-MHT__
BILL GENE MICHAEL, et al. ,  )
                                                         )
     Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __CANDACE GROSE__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____    _____
Date                               (Signature)

David E. Allred
(Counsel's Name)

Candace Grose
Counsel for (print names of all parties)

7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Address, City, State Zip Code

(334) 396-9200
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DAVID E. ALLRED_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __28th__ day of __November__ 20_07_, to:

Jack J. Hall, Esq.; P. Ted Colquett, Esq., Hall, Conerly & Bolvig, P.C,

505 N. 20th Street, Suite 1400, Birmingham, Alabama  35203  (Via Electronic Mail)

William Evans Brittain, Esq., Ball, Ball, Matthews & Novak, P.A.,

Post Office Box 2148, Montgomery, Alabama  36102-2148  (Via Electronic Mail)

Joey Barnes, an individual and d/b/a Bad J Trucking,

Post Office Box 575, Booneville, Alabama  38829  (Via Regular Mail)

11/28/2007
Date                                                                              Signature