IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern_____ DIVISION

Cabal Insurance Company, )
_____, )
    )
   Plaintiff, )
    )
v.   )   CASE NO. 2:07 CV 882 MHT
    )
Billy Gene Michaels, an individual; et, al )
_____, )
    )
   Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Canal Insurance Company_, a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Canal Indemnity Company | A wholly owned subsidiary of Plaintiff |
| | |
| | |

11/29/2007                           s/ Jack J. Hall
_____                       _____
   Date                                  (Signature)

                                     Jack J. Hall
                                     _____
                                     (Counsel's Name)

                                     Canal Insurance Company
                                     _____
                                     Counsel for (print names of all parties)
                                     505 North 20th Street, Suite 1400
                                     Birmingham, AL 35203
                                     Address, City, State Zip Code
                                     205-251-8143
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

# CERTIFICATE OF SERVICE

I, __Jack J. Hall_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __29__ day of __November07__ 20__, to:

W. Evans Brittain - ebrittain@ball-ball.com

David Craig Allred - callred@allredpclaw.com, bflowers@allredpclaw.com

David Earl Allred - dallred@allredpclaw.com, bflowers@allredpclaw.com

Kenneth J. Mendelsohn - kenny@jmfirm.com, heather@jmfirm.com

11/29/2007                                                                s/ Jack J. Hall
    Date                                                                    Signature