UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY | * |
| | * |
| v | * Case Number: 2:07-CV-882-MHT |
| | * |
| BILLY GENE MICHAEL; JOEY BARNES; CANDACE M. GROSE, et al. | * |

## SUMMONS IN A CIVIL ACTION
## (ALIAS)

TO:   JOEY BARNES, an Individual and d/b/a Bad J Trucking
45 County Road 229
Iuka, Mississippi 38852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Jack J. Hall
Hall, Conerly & Bolvig, P.C.
505 North 20th Street
Suite 1400
Birmingham, AL 35203

an Answer to the Complaint which is served on you with this Summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any Answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
Clerk

_January 14, 2008_
Date

_[signature]_
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                  *Signature of Server*

                               *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 4.60 | 2:07cv882 |
| Certified Fee | 2.65 | |
| Return Reciept Fee (Endorsement Required) | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 10.00 | |

Sent To: Joey Barnes / Bad J Trucking
Street, Apt. No.; or PO Box No. 45 County Road 229
City, State, ZIP+4 Iuka, Miss 38852

7004 1160 0007 0468 2796

PS Form 3800, June 2002      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.