_Carol_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Joey Barnes    1/17/08 |
| 1. Article Addressed to:<br>Joey Barnes, an Individual and d/b/a Bad J Trucking<br>45 County Road 229<br>Iuka, Mississippi 38852<br>2:07cv882 Cmpl alias sms | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0007 0468 2796 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |