IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07-cv-882-MHT ) |
| BILLY GENE MICHAEL, *et al.,* | ) ) ) |
| *Defendants.* | ) |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES CANDACE M. GROSE, as personal representative of the Estate of JAKOB A. GROSE, deceased, one of the defendants herein, and moves the Court, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, to enter summary judgment in favor of this defendant declaring that the plaintiff, Canal Insurance Company, is obligated to provide indemnity to Billy Gene Michael and/or Joey Barnes d/b/a Bad J Trucking Company for any judgment or settlement in the underlying wrongful death state court action referred to in the Complaint and, for reason, this defendant says that there is no genuine issue as to any material fact and that she is entitled to judgment as a matter of law.

This motion is based upon the plaintiff's complaint, the answer of each defendant, the memorandum brief and argument filed contemporaneously herewith, and the testimony by way of deposition excerpts and exhibits filed attendant thereto.

        Respectfully submitted,


        __/s/ *David E. Allred*__
        DAVID E. ALLRED
        D. CRAIG ALLRED
        Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Summary Judgment* has been served upon the following counsel of record in this cause by *electronic transmission* on this the 8th day of February, 2008:

> Jack J. Hall, Esq.
> HALL, CONERLY & BOLVIG, P.C.
> 505 N. 20th Street
> Suite 1400
> Birmingham, Alabama  35203
>
> William Evans Brittain, Esq.
> BALL, BALL, MATTHEWS & NOVAK, P.A.
> Post Office Box 2148
> Montgomery, Alabama  36102-2148

I also certify that a copy has been served upon the following party in this cause by placing a copy thereof in the United States Mail, first-class postage prepaid, on this the 8th day of February, 2008:

> Joey Barnes, an individual
> and d/b/a Bad J Trucking
> Post Office Box 575
> Booneville, Mississippi  38829

/s/ David E. Allred
OF COUNSEL

cc:  James W. Garrett, Jr., Esq.
     Robert C. Ward, Jr., Esq.
     T. Kent Garrett, Esq.
     James M. Strong, Esq.
     K. Donald Simms, Esq.