IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BILLY GENE MICHAELS,<br>an individual; JOEY BARNES,<br>individually and d/b/a<br>BAD J TRUCKING COMPANY;<br>CANDACE M. GROSE, as personal<br>representative of the Estate of<br>JAKOB A. GROSE, et al.,<br><br>Defendants | CASE NO. 2:07 CV 882 MHT |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, BILLY GENE MICHAELS, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* hereby files this Motion for Summary Judgment, as there are no genuine issues of material fact and this Defendant is entitled to judgment as a matter of law. In support of said motion, Defendant simultaneously files his Brief in Support of Motion for Summary Judgment and the accompanying exhibits.

WHEREFORE, premises considered, Defendant respectfully request that judgment be entered in his favor and against Plaintiff Canal Insurance Company, as there are no genuine issues of material fact and this Defendant is entitled to judgment as a matter of law.

Respectfully submitted,

/s/ W. Evans Brittain
W. Evans Brittain
Attorney for Billy Michael

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama 36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
ebrittain@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on this February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Craig Allred
callred@allredpclaw.com,bflowers@allredpclaw.com

David Earl Allred
dallred@allredpclaw.com,bflowers@allredpclaw.com

Jack Jordan Hall , Sr.
jack.hall@hallconerly.com,joice.frame@hallconerly.com

Manual Service

Joey Barnes
45 County Road 229
Iuka, MS 38852

C. Peter Bolvig, Esq.
Hall, Conerly, Mudd & Bolvig, P.C.
Suite 1400 - 505 N. 20th Street
Birmingham, AL 35203-2626

/s/ W. Evans Brittain
OF COUNSEL