RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| JOEY L. BARNES, DBA<br>BAD J TRUCKING COMPANY, | )<br>) | |
| Defendant, | )<br>) | |
| vs. | )<br>) | CIVIL ACTION NO.:<br>207CV882 MHT |
| CANAL INSURANCE COMPANY, | )<br>) | |
| Plaintiff, | ) | |

## ANSWERS TO PLANTIFF'S COMPLAINT
## FOR DECLARATORY JUDGEMENT

COMES the Defendant, Joey L. Barnes DBA Bad J Trucking Company, pro se, would show this honorable court that:

1. Defendant, Joey L. Barnes, Bad J Trucking Company, disagrees with Plaintiff's assumption that Canal Insurance Company has no obligation to defend, Joey L. Barnes dba Bad J Trucking Company. As long as premiums have been paid for this insurance, coverage exists.

See: Insurance Policy #395497 – was cancelled April 28, 2005.

Being that Billy Michael's tractor had been deleted from this

insurance policy prior to the accident, he has no coverage.

2. Defendant, Joey L. Barnes, pro se, dba Bad J Trucking Company, agrees with Plaintiff's brief on all other accounts.

Wherefore, Defendant prays that this honorable court grant such relief, as it may be entitled to.

*[signature]*
Joey L. Barnes, pro se
DBA Bad J Trucking Co.
45 CR 229
Iuka, MS 38852

Served:

Mr. Jack J. Hall
    Attorney for Plaintiff
    Canal Insurance Company

At:    Hall, Conerly & Bolvig, PC
       505 N. 20th Street, Suite 1400
       Birmingham, AL 35203

## ~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |
| Name and Address of Insured<br>395497 | JOEY BARNES DBA BAD J TRUCKING<br>45 CR 229<br>IUKA, MS 38852 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 395497 | Effective: 3/28/2003 |
| Cancellation will take effect at:<br>6/1/2005<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 4/26/2005 | |
| Issued through Agency or Office at: MEMPHIS, TN | | |
| Agent of Insured: | TRANSPORTATION INSURANCE SERVICES | |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO PRODUCING AGENT

| | |
|---|---|
| General Agent | HORNER INSURANCE SERVICES, INC.<br>5101 WHEELIS, SUITE 214<br>MEMPHIS TN 38117 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  bb/ 4/26/2005

RECEIVED APR 28 2005 TRANSPORTATION INSURANCE SERVICES, IN

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| Agent of Insured | TRANSPORTATION INSURANCE SERVICES<br>P O BOX 328<br>BOONEVILLE MS 38829 |

Authorized Representative

(Rev. 2-1999)

Form D-58-p                              Producing Agent Copy

Policy Number: 395497
Insured Name: JOEY BARNES DBA BAD J TRUCKING

I hereby certify that I personally caused to be mailed in the U.S. Post Office at MEMPHIS, TN on the Date of Mailing above at 12:41 PM, the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company. I also caused to be mailed Third Party Notices to those shown below.

Signed: *Linda J. Hogan*

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

  *JOEY BARNES DBA BAD J TRUCKING, 45 CR 229, IUKA, MS 38852
   HORNER INSURANCE SERVICES, INC., 5101 WHEELIS, SUITE 214, MEMPHIS TN 38117
   TRANSPORTATION INSURANCE SERVICES, P O BOX 328, BOONEVILLE MS 38829
  *Alternate Address - JOEY BARNES DBA BAD J TRUCKING - 1180-A LAIR LANE - CHEROKEE, AL 35616
  *Alternate Address - JOEY BARNES DBA BAD J TRUCKING - PO BOX 575 - BOONEVILLE, MS 38829

RECEIVED APR 28 2005

Form D-58

(Rev. 2-1999)



Joey Barnes
415 Cr 224
Iuka, MS 38852

Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
Middle District of Ala.
PO Box 711
Montgomery, Ala. 36101