IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 2:07 CV 882 MHT |
| BILLY GENE MICHAEL, an individual, et al., | ) | |
| | ) | |
| Defendants. | | |

## INITIAL SUBMISSION IN OPPOSITION TO CANAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (DOC. 26); SUPPLEMENTAL SUBMISSION IN SUPPORT OF GROSE'S MOTION FOR SUMMARY JUDGMENT (DOC. 20); AND REQUEST FOR EXTENSION AND RELIEF FROM DEADLINES REGARDING SUBMISSION DATE (DOCS. 24, 25, 28)

NOW COMES Candace Grose, as personal representative of the Estate of Jakob A

Grose, deceased, and submits an initial response to Canal's motion for summary judgment;

submits additional evidence in support of her summary judgment; and moves the Court

for an extension and relief from the submission deadlines and for reason, Candace Grose

states as follows:

1.    This declaratory judgment case arises out of a motor vehicle accident that

occurred on April 7, 2005 in which Candace Grose's son Jakob was killed. The wrongful

death suit which is referred to in this declaratory judgment action is set to be tried

commencing February 25, 2008 in the Circuit Court of Montgomery County, Alabama.

2.    That, Candace Grose fully expects to obtain a judgment against the

1

defendants in the wrongful death case and she contends that the defendants, Billy Gene Michael and Joey Barnes d/b/a Bad J Trucking Company are insureds and are due to be indemnified by Canal Insurance Company; however, in the event that the defendants prevail in the wrongful death case, such a result would render the issues in this declaratory judgment action before this Court, moot.

3.    Candace Grose therefore respectfully requests that this Court allow her to submit initially, as response to Canal's motion for summary judgment, the attached testimony of Joey Barnes and that the Court extend the submission date for all pending motions for summary judgment for seven days or through and including March 6, 2008. Also attached is Billy Gene Michael's testimony.

4.    If the Court will grant this seven day extension, the parties in this declaratory judgment case before this Court and the parties in the wrongful death suit, will at that time know the outcome of the wrongful death suit in Montgomery County and the instant dispute before this Court could be made moot by the outcome in the damage suit by settlement if there is a verdict in favor of the plaintiff or these issues could be become moot if the wrongful death terminates in favor of the defendants.

5.    Counsel for Candace Grose has conferred with counsel for Plaintiff Canal Insurance Company and has obtained an agreement whereby Canal does not oppose this seven day extension.

WHEREFORE, THE PREMISES CONSIDERED, Candace Grose respectfully requests that this Court grant her the relief requested herein.

2

Respectfully submitted,


/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record in this cause by electronic transmission on this the 25th day of February, 2008:

Jack J. Hall, Esq.
Hall, Conerly, Mudd & Bolvig, P.C.
Suite 1400 - 505 N. 20th Street
Birmingham, Alabama 35203-2626

W. Evans Brittain, Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

I also certify that a copy has been served upon the following party in this cause by placing a copy thereof in the United States Mail, first-class postage prepaid, on this the 25th day of February, 2008:

Joey Barnes, an individual
and d/b/a Bad J Trucking
Post Office Box 575
Booneville, MS 38829

/s/ David E. Allred_____
OF COUNSEL

cc    James W. Garrett, Jr., Esq.
      Robert C. Ward, Jr., Esq.
      T. Kent Garrett, Esq.
      James M. Strong, Esq.
      K. Donald Simms, Esq.

# DEPOSITION OF JOEY BARNES

## August 10, 2007

## Pages 1 through 138

## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
566 South Perry Street
Post Office Box 62
Montgomery, AL  36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

Case 2:07-cv-00882-MHT-SRW    Document 30    Filed 02/25/2008    Page 6 of 8

Deposition of Joey Barnes      Grose vs. Michael      August 10, 2007

Page 5

```
1              JOEY L. BARNES
2         The witness, after having first been duly
3    sworn to speak the truth, the whole truth and
4    nothing but the truth testified as follows:
5              EXAMINATION
6    BY MR. DAVID ALLRED:
7    Q.  Tell us your name, please, sir.
8    A.  Joey Barnes.
9    Q.  Do you have a middle name?
10   A.  Lum.  L-U-M.
11   Q.  And what is your date of birth?
12   A.  8/12/52.
13   Q.  What's your social security number?
14   A.  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.
15   Q.  What's your address?
16   A.  45 County Road 229, Iuka, Mississippi.
17   Q.  Iuka?
18   A.  Yes.  38852.
19   Q.  Who else lives at that address?
20   A.  Just myself.
21   Q.  Are you married or single?
22   A.  Single.
23   Q.  Have you ever been married?
```

Page 6

```
1    A.  Yes.
2    Q.  How did that marriage end?
3    A.  Divorce.
4    Q.  And when did you get divorced?
5    A.  Let's see.  '94.
6    Q.  '97?
7    A.  '94 -- I mean, 2004.  2004.  I'm sorry.
8    Q.  What county was that in?
9    A.  Tishomingo County.
10   Q.  Mississippi?
11   A.  Yes.
12   Q.  All right.  What's your ex-wife's name?
13   A.  Donna Sue.
14   Q.  Do you know what her name is now, her last
15       name now?
16   A.  No.
17   Q.  Do you know how to contact her?
18   A.  No, sir.
19   Q.  Did y'all have any children?
20   A.  She had two.
21   Q.  Did you and her have any children?
22   A.  No.
23   Q.  Have you had any other marriages other than
```

Page 7

```
1        to Donna Sue?
2    A.  No.
3    Q.  Who initiated the divorce, you or Donna
4        Sue, or the divorce suit?
5    A.  I did.
6    Q.  Okay.  Did you give a deposition in that
7        divorce proceeding?
8    A.  No.  Uncontested.
9    Q.  I'm sorry?
10   A.  It was uncontested.
11   Q.  Okay.  Have you ever been involved in any
12       type of court proceeding other than that
13       divorce proceeding and this case that we're
14       here about today?
15   A.  Yes.
16   Q.  Tell me about it.  Was it a civil case or
17       criminal case?
18   A.  Criminal case.
19   Q.  All right.  How many of them are there or
20       were there?
21   A.  Two.
22   Q.  Are any of them still pending?
23   A.  No.
```

Page 8

```
1    Q.  Tell me about the most recent one.
2    A.  I was accused and convicted of simple rape.
3    Q.  You were accused of what?
4    A.  Accused of aggravated rape.
5    Q.  Aggravated rape?
6    A.  Yes.
7    Q.  Okay.
8    A.  We went to trial, and they found me guilty
9        of the very lesser count, which was simple
10       rape, after they had about six or eight
11       different verdicts they could have
12       rendered.
13   Q.  All right.  You were convicted of simple
14       rape?
15   A.  Yes.
16   Q.  Tell me what your understanding of simple
17       rape is.
18   A.  Without force.
19          MR. WARD:  Form.
20   Q.  I'm sorry?
21   A.  Without force.
22   Q.  Without force.  And what county were you
23       convicted in?
```

Deposition of Joey Barnes                 Grose vs. Michael                    August 10, 2007

Page 125

1    A.  I asked her to fax this.
2    Q.  Well, when was this document written up as
3         far as you know?
4    A.  On the date of 4/1/05.
5    Q.  How do you know that?
6    A.  Because she gave me a copy of it later on.
7    Q.  All right.  When did she give you a copy of
8         it?
9    A.  I'm not sure, but it was several months
10        later.
11   Q.  Did you have it when you closed down BAD J?
12   A.  No, sir.
13   Q.  All right.  When she says on here that
14        she -- she, Karen -- told him -- if she's
15        talking about Billy Michael -- that he did
16        not and that he would owe Joey for April
17        1st, what does that mean to you?
18   A.  It means that he did not pay his insurance
19        through the month of March and that she
20        took the money from my account.  See, you
21        have to put so much money into escrow,
22        which is about 12, $1,500, into escrow for
23        the insurance company to hold you for

Page 126

1         liability.  He did not have that -- pay
2         that money up.  She took it from my account
3         to pay his.
4    Q.  So when Michael didn't pay --
5         Was this paid by the month?
6    A.  Yes.
7    Q.  Okay.  So when he didn't pay the premium on
8         it, they took it -- the agent took it out
9         of your account?
10   A.  Yes, sir.
11   Q.  Charged you for it?
12   A.  Yes, sir.
13   Q.  Did you actually pay it?
14   A.  They took it out of my account.  I have an
15        escrow account there.
16   Q.  How do you know they took it out of your
17        account?
18   A.  She said it.
19   Q.  Okay.  How much did they take out for
20        Michael's part?
21   A.  I'm not sure until I see the records.
22   Q.  Well, she says here he, meaning Michael,
23        argued with me that he still had a month --

Page 127

1    A.  He always argued with someone.
2         MR. WARD:  Now, there's no
3              question on the table.  You
4              don't have to respond.
5    Q.  I agree with you, he's an argumentative
6         fellow.  He is.
7         It says, he argued with me and that he
8    still had a month escrow left.
9         So with Transportation Insurance
10   Services, did they require you to keep it
11   paid a month ahead?
12   A.  (Witness nods head up and down.)
13   Q.  You have to answer out loud.
14   A.  Yes, sir.
15   Q.  And then if Michael didn't pay it a month
16        ahead, they took it out of your account,
17        charged you for it, right?
18   A.  Yes, sir.
19   Q.  And then she's saying that he would owe
20        Joey, so that means they took it out of
21        your account for April the 1st, and it's
22        paid in advance, isn't it?
23   A.  Up to April 1st.

Page 128

1    Q.  Well, it says for April 1st, right?
2    A.  Yes.
3    Q.  Okay.  And they don't wait until the
4         month's over with for you to pay it, do
5         they?
6    A.  Yes, sir.
7    Q.  They do?
8    A.  That's what the escrow is for.
9    Q.  All right.  Well, the agent's going to get
10        the money either out of an escrow account
11        or you pay it before the month's over,
12        correct?
13   A.  You put two months up in front, and then
14        you run that month.  At the end of that
15        month, you make your payment.  And then if
16        you don't make the payment, then they take
17        it out of escrow.
18   Q.  Okay.
19   A.  For that past month.
20   Q.  But you still have your coverage in effect.
21   A.  Yes.
22   Q.  Right.  And then you've got to catch up
23        your escrow if they use your escrow, don't

Page 129

1    you?
2    A. Yes, sir.
3    Q. Okay. And you think this document was
4    created April the 1st of '05?
5    A. I know it was.
6    Q. Okay. Now, when you got a copy of it -- as
7    I understand, you're saying you got a copy
8    of it before today?
9    A. Yes.
10   Q. When did you get it and what did you do
11   with it?
12   A. I had it in my possession when I went to
13   see Mr. Ward.
14   Q. You had it in your possession what, now?
15   A. When I went to see my lawyer.
16   Q. And what did you do with it when you went
17   to see your lawyer?
18   A. I gave him a copy of it.
19   Q. Was that at the same meeting in Tennessee?
20   A. Yes, sir.
21   Q. This one that we're looking at today,
22   though, it's got a fax date of August 10,
23   '07 at 1459, which looks like 2:59, from

Page 130

1    Transportation Insurance.
2    A. Yes, sir.
3    Q. So this piece of paper we're looking at
4    today was faxed from Transportation
5    Insurance, right?
6    A. Yes, sir.
7    Q. That's not the copy you gave your lawyer.
8    A. No, sir.
9    Q. Is this one different than the one you gave
10   your lawyer --
11   A. No, sir.
12   Q. -- or can you tell any difference in them?
13   A. No, sir.
14   Q. I mean about what it says.
15   A. No, sir.
16   Q. All right.
17       I believe that's all I have.
18       MR. WARD: Okay. Keri?
19       MR. SIMMS: I just have a few
20       questions, I think.
21       Did you mark that, David?
22       MR. DAVID ALLRED: Yes. It is
23       Plaintiff's Exhibit 11.

Page 131

1        MR. SIMMS: And that was the end
2        of your exhibits for today?
3        MR. DAVID ALLRED: Yes, 11.
4        Right.
5        EXAMINATION
6    BY MR. SIMMS:
7    Q. Mr. Barnes, my name is Keri Simms. I think
8    I've been introduced to you earlier. I
9    represent Mr. Michael.
10       I just want to be sure. The vehicle
11   that he was operating at the time of this
12   accident, it was owned by him; is that
13   correct?
14   A. Yes, sir.
15   Q. Okay. And at some point -- and it looks
16   like to me around November of '04 -- you
17   allowed him to put BAD J Trucking's logo on
18   the side of his tractor?
19   A. Yes, sir.
20   Q. Okay. And then I think you testified that
21   you terminated him on April the 1st of '05;
22   is that right?
23   A. Yes, sir.

Page 132

1    Q. Okay. And you made reference to this in
2    here somewhere, but I didn't see it. What
3    did you tell him to do as far as the logo
4    on the side of the truck?
5    A. I sent two individuals over to his house.
6    Since I told him that he is fired away from
7    his house, due to DOT regulations I have to
8    give him 24 hours to reach his home 20,
9    which is his home, and then to remove the
10   logo. And since he was away from his
11   house, I -- he asked to be -- to go to his
12   house. So I sent two people over there to
13   remove that logo. His truck was not at his
14   house.
15   Q. Okay. When was that? Approximately when
16   would that have been done?
17   A. That would have been done on the 2nd.
18   Q. April 2nd of '05?
19   A. Yes.
20   Q. Okay.
21   A. They went back on April 3rd.
22   Q. Okay. Truck there?
23   A. Truck was not there.

# DEPOSITION OF BILLY GENE MICHAEL

## March 20, 2007

## Pages 1 through 227

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL  36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net



**Page 1**

```
 1
 2              IN THE CIRCUIT COURT
 3                      FOR
 3            MONTGOMERY COUNTY, ALABAMA
 4
 5   CANDACE M. GROSE,
 6        Plaintiff,
 7     vs.          CIVIL ACTION NO.
 8                    CV-06-900085
 9   BILLY GENE MICHAEL,
     et al.,
10
         Defendants.
11
12
13
14         * * * * * * * * * * * *
15      DEPOSITION OF BILLY GENE MICHAEL, taken
16   pursuant to stipulation and agreement before Gina
17   L. Haislip, Registered Professional Reporter and
18   Commissioner for the State of Alabama at Large, in
19   the Law Offices of Rushton, Stakely, Johnston &
20   Garrett, 184 Commerce Street, Montgomery, Alabama,
21   on Tuesday, March 20, 2007, commencing at
22   approximately 10:10 a.m.
23         * * * * * * * * * * * *
```

**Page 2**

```
 1
 2              APPEARANCES
 3
 4
 5   FOR THE PLAINTIFF:
 6   Mr. David E. Allred
     Mr. D. Craig Allred
 7   DAVID E. ALLRED, P.C.
     Attorneys at Law
 8   Suite 9
     7030 Fain Park Drive
 9   Montgomery, AL 36124-1594
10
     FOR THE DEFENDANT:
11
     Mr. Robert C. Ward, Jr.
12   RUSHTON, STAKELY, JOHNSTON & GARRETT
     Attorneys at Law
13   184 Commerce Street
     Montgomery, AL 36104
14
15   ALSO PRESENT:
16   Ms. Michael
17
           * * * * * * * * * * * *
18
19         EXAMINATION INDEX
20
     BILLY GENE MICHAEL
21
        BY MR. DAVID ALLRED . . . . . . . .  5
22
           * * * * * * * * * * * *
23
```

**Page 3**

```
 1
 2              EXHIBIT INDEX
 3   PX
 4   1   Diagram of accident scene         16
 5   2   4/6/05 Driver's Daily Log         27
 6   3   4/7/05 Driver's Daily Log         31
 7   4   Diagram drawn by Trooper Ratliff, mapped   89
         by Troopers Dean and Ratliff
 8
     5   Copy of a photo showing Mississippi tag   144
 9       number A111611
10   6   Copy of a photo of the back of the        168
         trailer
11
     7   Copy of a photo of numbers on the side    194
12       of the tractor
13   8   Sheet of paper with Joey L. Barnes dba     199
         J LUM B
14
15
16         * * * * * * * * * * * *
17
18
19
20
21
22
23
```

**Page 4**

```
 1              STIPULATION
 2       It is hereby stipulated and agreed by and
 3   between counsel representing the parties that the
 4   deposition of
 5              BILLY GENE MICHAEL
 6   is taken pursuant to the Alabama Rules of Civil
 7   Procedure and that said deposition may be taken
 8   before Gina L. Haislip, Registered Professional
 9   Reporter and Commissioner for the State of Alabama
10   at Large, without the formality of a commission,
11   that objections to questions other than objections
12   as to the form of the question need not be made at
13   this time but may be reserved for a ruling at such
14   time as the said deposition may be offered in
15   evidence or used for any other purpose by either
16   party provided for by the Statute.
17       It is further stipulated and agreed by and
18   between counsel representing the parties in this
19   case that the filing of said deposition is hereby
20   waived and may be introduced at the trial of this
21   case or used in any other manner by either party
22   hereto provided for by the Statute regardless of
23   the waiving of the filing of the same.
```

Page 5

1      It is further stipulated and agreed by and
2  between the parties hereto and the witness that the
3  signature of the witness to this deposition is
4  hereby waived.
5
6      * * * * * * * * * * * *
7
8      BILLY GENE MICHAEL
9      The witness, after having first been duly
10  sworn to speak the truth, the whole truth and
11  nothing but the truth, testified as follows:
12      EXAMINATION
13  BY MR. DAVID ALLRED:
14  Q.  Tell us your full name, please.
15  A.  Billy Gene Michael.
16  Q.  And you're the defendant in this case; is
17      that right?
18  A.  Yes, sir.
19  Q.  And that lady down at the other end of the
20      table, what's her name?
21  A.  Myrna Sue Michael.
22  Q.  I'm sorry?
23  A.  Myrna, M-Y-R-N-A.

Page 6

1  Q.  Okay.
2  A.  Sue.
3  Q.  And what relation is she to you?
4  A.  She's my wife.
5  Q.  Okay.  How long have y'all been married?
6  A.  20 year.
7  Q.  Have you ever told her that this wreck was
8      not your fault?
9      MR. WARD:  Form.
10        Do you understand his
11        question?
12  Q.  Have you ever told your wife that this
13      wreck was not your fault?
14      MR. WARD:  Form.
15  A.  Yes.
16  Q.  Okay.  Have you ever told anybody else that
17      this wreck was not your fault?
18      MR. WARD:  Object to the form,
19        particularly with respect to
20        any conversations between
21        Mr. Michael and myself.
22        You can answer the
23        question as it relates to

Page 7

1      conversations you had with
2      anybody other than me and your
3      wife because he's now asking
4      you about anybody else other
5      than.  The same question, but
6      it's other than your wife or
7      me.
8  A.  No.
9  Q.  Sir?
10  A.  I haven't discussed it.
11  Q.  All right.  Have you said -- The answer to
12      that question, then, is you've not said to
13      somebody else this wreck was not my fault?
14  A.  No.
15  Q.  Is that right?
16      Sir?
17  A.  No, I haven't.
18  Q.  Now, I can't take your attorney's
19      deposition, but you say you did tell your
20      wife this wreck was not your fault.
21  A.  Yes.
22  Q.  When did you tell her that?
23  A.  I don't remember the day.

Page 8

1  Q.  All right.  Was there anybody else present?
2  A.  No.
3  Q.  Okay.  When you talked to the trooper, it
4      would be correct you never told him that
5      this wreck was not your fault, did you?
6      MR. WARD:  Form.
7  Q.  Sir?
8  A.  I don't understand.
9  Q.  What do you not understand?
10  A.  I explained to him how it happened.
11  Q.  I understand that.
12  A.  But it wasn't -- it wasn't my fault.
13  Q.  But as far as -- did you ever make a
14      statement, words to the effect to Trooper
15      Dean or anybody with the state troopers,
16      well, this wreck was not my fault?
17      MR. WARD:  Form.
18  Q.  Did you ever --
19  A.  I don't remember.
20  Q.  -- say anything like that?
21  A.  I don't remember.
22  Q.  Sir?
23  A.  I don't remember.

Page 9

1    Q.  Okay.  Do you think this wreck was not your
2         fault?
3              MR. WARD:  Form.
4    A.  No, I know it wasn't my fault.
5    Q.  You are certain that it was not your fault.
6    A.  Yes, sir.
7    Q.  Is that right?
8    A.  Yes, sir.
9    Q.  Now, tell me why you feel that way.
10             MR. WARD:  Form.  You can answer.
11             MR. ALLRED:  Sir?
12             MR. WARD:  I was saying he can
13                  answer.
14   A.  Well, I just know in my own mind that it
15        wasn't my fault.
16   Q.  I understand that's your position, but tell
17        me why you think that.
18             MR. WARD:  He's asking you what
19                  leads you to believe and feel
20                  the accident was not your
21                  fault.  You've already told
22                  him that it wasn't.  He just
23                  wants you to explain to him

Page 10

1                  why it wasn't.
2    A.  It was an accident.
3    Q.  Well, I understand you didn't get
4         prosecuted for homicide.  But as far as
5         causing the wreck, why do you think you
6         didn't cause this wreck?
7              MR. WARD:  Object to the form of
8                   the question and move to
9                   strike the first part as a
10                  narrative.
11                  Now, do you understand
12                  his question?
13   Q.  Sir?
14             THE WITNESS:  Well, I don't know.
15             MR. WARD:  He's asking you to tell
16                  him what facts or information
17                  do you believe or have that
18                  supports your position that
19                  the accident was not your
20                  fault.  That's all he's
21                  asking.
22             MR. ALLRED:  Well, you know, I've
23                  asked the question, which is

Page 11

1                  pretty darn simple.  And, you
2                  know, we've got the usual
3                  stipulations, but what I
4                  object to is if I ask a
5                  question, if he's going to
6                  take the position that he just
7                  doesn't understand these
8                  simple questions, then he's
9                  going to be stuck with that.
10                 But what I do object to is for
11                 you to take the question and
12                 field it and massage it and
13                 then re-tender it to the
14                 witness as your version.
15                 I'll ask the questions,
16                 and if you have an objection
17                 to the form, well, then,
18                 that's what our stipulation
19                 is.  But the witness is going
20                 to have to answer the
21                 questions that I ask.
22             MR. WARD:  Well, you asked the
23                 same question to him two or

Page 12

1                  three times with the same
2                  words.
3              MR. ALLRED:  Well, I'm just
4                  asking --
5              MR. WARD:  He asked you --
6              MR. ALLRED:  --him why does he
7                  feel like the wreck was not
8                  his fault.  That's a pretty
9                  simple question.
10             MR. WARD:  David, I understand
11                 that's your conclusion --
12             MR. ALLRED:  Now, I want him to
13                 answer it.
14             MR. WARD:  David, I understand
15                 that's your conclusion that
16                 it's simple.  But if he has an
17                 issue with the question, I'm
18                 obligated as his attorney to
19                 help him throughout this
20                 deposition, and that's what
21                 I'm going to do.
22                 Now, I objected to the
23                 question.  And I think he has

Deposition of Billy Gene Michael

March 20, 2007

Page 13

| | |
|---|---|
| 1 | attempted to, but couldn't. |
| 2 | So the fact that I am here to |
| 3 | assist him -- |
| 4 | MR. ALLRED: Okay. |
| 5 | MR. WARD: -- with what you call a |
| 6 | simple question I don't think |
| 7 | is improper. So you can |
| 8 | answer if you understand his |
| 9 | question. |
| 10 | Q. Does that sound like a reasonable question |
| 11 | to you? If there's a wreck with a fatality |
| 12 | and somebody asks you how come you think |
| 13 | it's not your fault, do you think that's a |
| 14 | reasonable inquiry? |
| 15 | MR. WARD: Im going to object to |
| 16 | that question because it does |
| 17 | go a little bit beyond, I |
| 18 | believe, the scope of whether |
| 19 | or not this witness can deem a |
| 20 | question you ask as being |
| 21 | reasonable. |
| 22 | Now, I think you're |
| 23 | perfectly -- |

Page 14

| | |
|---|---|
| 1 | MR. ALLRED: That's enough |
| 2 | speeches. |
| 3 | MR. WARD: -- perfectly within |
| 4 | your rights -- |
| 5 | MR. ALLRED: Let's just take the |
| 6 | deposition. |
| 7 | Q. Just tell me why you feel like the wreck |
| 8 | was not your fault. If you can't answer |
| 9 | the question, just tell me I don't |
| 10 | understand your question or it's a stupid |
| 11 | question or whatever you want to say. But |
| 12 | what I want you to do is just take all the |
| 13 | time you need and explain to me why you |
| 14 | make the statement that you think this |
| 15 | wreck was not your fault. |
| 16 | A. It was unavoidable. |
| 17 | Q. Okay. Why do you say it was unavoidable? |
| 18 | A. Because I -- I didn't see nothing. I |
| 19 | didn't see him. |
| 20 | Q. If you had seen Jacob coming, would you |
| 21 | have pulled out in front of him? |
| 22 | A. No, sir. |
| 23 | MR. WARD: Object to the form. |

Page 15

| | |
|---|---|
| 1 | Q. Sir? |
| 2 | MR. WARD: Object to the form. |
| 3 | MR. ALLRED: Well, he's already |
| 4 | answered it. He said, no, he |
| 5 | wouldn't. |
| 6 | MR. WARD: Your question -- I |
| 7 | object to the fact that -- |
| 8 | MR. ALLRED: That's on the Record. |
| 9 | MR. WARD: Well, I know. |
| 10 | MR. ALLRED: All you have to do is |
| 11 | object to the form. You don't |
| 12 | have to -- |
| 13 | MR. WARD: David, I don't need you |
| 14 | telling me what I need to do, |
| 15 | now. |
| 16 | MR. ALLRED: -- make speeches. |
| 17 | MR. WARD: I agree with you. I |
| 18 | don't need speeches from you |
| 19 | either. |
| 20 | MR. ALLRED: Okay. |
| 21 | MR. WARD: This can be a smooth |
| 22 | deposition or not. |
| 23 | MR. ALLRED: Yeah, but we don't |

Page 16

| | |
|---|---|
| 1 | need each question to have all |
| 2 | these speeches about it. We |
| 3 | just need to go on with the |
| 4 | deposition. |
| 5 | MR. WARD: Well, I agree. So if |
| 6 | you stop, I'll stop. |
| 7 | MR. ALLRED: Okay. Now -- |
| 8 | MR. WARD: Now, go back to the |
| 9 | question. |
| 10 | Q. Tell me, if you had seen Jacob coming, |
| 11 | would you have pulled out in front of him? |
| 12 | MR. WARD: Hold on. Object to the |
| 13 | form of the question. |
| 14 | MR. ALLRED: Okay. |
| 15 | MR. WARD: You can answer. |
| 16 | A. No. |
| 17 | Q. Now, when you -- look at this diagram that |
| 18 | I've drawn, and I've got it labeled Exhibit |
| 19 | 1. |
| 20 | (Plaintiff's Exhibit 1 was marked |
| 21 | for identification.) |
| 22 | Q. And I'll tell you where this came from. |
| 23 | This is the trooper's diagram, and then |

**Page 17**

1  I've taped a piece of paper on it. And I
2  don't know exactly what it looks like down
3  there at Merle's Truck Stop, but this part
4  that's drawn in blue pen, I don't claim
5  that that's any kind of scale or anything
6  at all.
7  But what I want to find out from you is
8  when you came into -- And the purpose of
9  these questions is when you came to
10  Merle's, I understand you got there at a
11  certain time and you took a nap. Then you
12  got up and you were leaving when the wreck
13  happened; is that right?
14  MR. WARD: Form.
15  Q. Sir?
16  A. Yes.
17  Q. Okay. Now, when you got there -- And I
18  want you to use a red pen. I brought you a
19  red pen so that when we look at this later,
20  we can tell about it. And I'm going to
21  draw an example outside the drawing here to
22  give you a size reference. When you draw
23  your truck when I ask you some questions,

**Page 18**

1  make it about that size there. And I'm
2  going to circle that and put a DEA on it.
3  It's upside down because I'm sitting across
4  from you. But that's what I want you to do
5  is show me -- when you came in, do you
6  remember which entrance or exit you came
7  into?
8  MR. WARD: Hold on before you
9  answer. What's the DEA?
10  MR. ALLRED: That's my initials,
11  DEA.
12  MR. WARD: Thank you, David.
13  MR. ALLRED: All I did there was I
14  didn't want him to --
15  MR. WARD: I'm with you.
16  MR. ALLRED: -- draw a truck like
17  that big, you know, half of
18  the picture.
19  MR. WARD: Go ahead.
20  Q. When you came in, do you remember which one
21  of the entrances or exits you came into?
22  A. Yes, sir.
23  Q. Which one did you come in?

**Page 19**

1  A. Okay. Now, this diagram, there's --
2  Q. Let me tell you something else. This says
3  north.
4  A. That's what I'm getting at.
5  MR. WARD: Let him finish.
6  Q. Really, Montgomery is north on the diagram,
7  and if we put east, west and then south --
8  So did you come to Merle's through
9  Montgomery?
10  A. Yes, sir.
11  Q. Okay. So you would have come from the
12  north. And I've drawn that in blue over
13  there. Montgomery is that way.
14  When you came in, which one --
15  A. Okay. It's a --
16  Q. Go ahead.
17  A. It's a four-lane road, two lanes each way.
18  Q. Okay.
19  A. This is the median the way you've got it
20  set up here, the center.
21  Q. Okay.
22  A. If it is, I was coming south, and I entered
23  in this first driveway here into the

**Page 20**

1  parking lot, and I parked this away
2  (indicating).
3  Q. All right. You parked in front of Merle's?
4  A. Uh-huh (positive response).
5  MR. WARD: You need to say yes or
6  no for the court reporter.
7  Okay?
8  THE WITNESS: Do what?
9  Q. Now, if you would -- I'm not going to draw
10  on the diagram at all -- but just show --
11  make a red mark, your path where you came
12  in on there. And let me tell you, now, the
13  trooper drew this over here that's
14  straight, and I think that's the median
15  right there (indicating).
16  A. Okay.
17  Q. I mean, the crossover. And I think that's
18  the grassy median right in there
19  (indicating), those areas there. Do you
20  see what I'm talking about?
21  A. Uh-huh (positive response).
22  MR. WARD: Form.
23  A. Yes, sir.

Page 21

1   Q.   So from the beginning of the diagram over
2       there, how did you get into the parking
3       lot?
4   A.   I would have been traveling in this lane
5       here (indicating), in through here.
6   Q.   Okay.
7   A.   And I parked right back here (indicating).
8   Q.   All right. Can you draw a little truck
9       about the size of that one where I've got
10      my initials on it where you parked so it
11      won't be out of proportion.
12  A.   (Executed by witness.)
13  Q.   All right. So your truck, you parked it
14      headed south.
15  A.   Uh-huh (positive response).
16  Q.   And the back end of it toward Montgomery.
17      MR. WARD:   You need to say --
18  Q.   Is that right?
19      MR. WARD:   Im sorry, David. You
20          need to say yes or no for the
21          court reporter.
22  A.   Yes.
23  Q.   See, if you say uh-huh and huh-uh, she

Page 22

1       doesn't know really whether you're
2       saying --
3   A.   Yes.
4   Q.   -- huh-uh, no, or uh-huh, yeah.
5   A.   Okay. I'm sorry.
6   Q.   Okay? And then when you read it later,
7       it's kind of hard to figure out.
8           So the back end of your trailer was
9       towards Montgomery; is that right?
10  A.   Yes, sir.
11  Q.   Were there any other trucks in there?
12  A.   Yes, there was.
13  Q.   And how far would you say it was where your
14      truck was parked to the right out to where,
15      I guess, this -- I'm going to draw this in
16      blue, now. I'm thinking this may be like a
17      grassy area -- I don't know that -- where
18      I'm putting these lines across it.
19          How far do you think that was across
20      there?
21      MR. WARD:   Form.
22  Q.   From your truck to that first one. Was
23      there room for another truck --

Page 23

1       MR. WARD:   Form.
2   Q.   -- two trucks or how many?
3       MR. WARD:   Form.
4   A.   I really wouldn't know.
5   Q.   Do you have any judgment?
6       MR. WARD:   Same objection.
7   A.   No.
8   Q.   I'm sorry. I didn't hear you if you
9       answered.
10  A.   I know there was room for other trucks.
11  Q.   Okay.
12  A.   There was other trucks parked on that side
13      over here.
14  Q.   Okay. On your right --
15  A.   I came around, and I had an opening to come
16      in between two trucks.
17  Q.   Okay.
18  A.   And I parked between them.
19  Q.   So when you parked right there where you've
20      shown it -- I'm going to put a number one
21      in blue with a circle around it -- that's
22      where you pulled in and you stopped.
23  A.   Yes, sir.

Page 24

1   Q.   Correct?
2   A.   Yes, sir.
3   Q.   And then there may have been a truck on
4       your right and there may have been a truck
5       on your left, and you parked in a hole in
6       between them.
7   A.   Yes, sir.
8   Q.   A space in between them.
9           Could have been enough room on the
10      right side or the left side for more than
11      one; is that right?
12      MR. WARD:   Form.
13  A.   Yes, sir.
14  Q.   Was there anybody in front of you?
15  A.   No, sir.
16  Q.   What about on the other parts of the lot?
17      Do you recall if there were other trucks
18      parked there?
19  A.   I don't recall.
20  Q.   What time do you think you got there?
21  A.   Around 11 o'clock.
22  Q.   Okay. If the wreck happened on April the
23      7th of 2005, you would have gotten there on

Deposition of Billy Gene Michael

March 20, 2007

Page 25

```
1      the 6th, April the 6th --
2   A.  Yes, sir.
3   Q.  -- around 11 o'clock; is that right?
4   A.  Yes, sir.
5   Q.  Where had you been on April the 6th?
6      It had been raining that day; is that
7      right?
8   A.  Yes, sir.
9      MR. WARD:  Wait.  David, I'm
10         sorry.  From the standpoint of
11         form, you started off with one
12         question and then you went to
13         the other.  So--
14      MR. ALLRED:  Yeah.
15  Q.  You had been --
16      MR. WARD:  So listen.
17  Q.  -- in New Albany, Mississippi; is that
18      right?
19  A.  That's where I picked my load up.
20  Q.  And had you left from New Albany?
21  A.  When I got the load, I left from New
22      Albany.
23  Q.  And then you were going to go to Lakeland,
```

Page 26

```
1      Florida; is that right?
2   A.  Yes, sir.
3   Q.  And if the wreck hadn't have happened,
4      would you have gone on south on 231?
5   A.  Yes, sir.
6   Q.  To where?  Would you have hit I-10?
7   A.  Yes, sir.
8   Q.  So you would have gone through Dothan and
9      hit I-10 down there wherever it comes
10      across?
11  A.  Yes, sir.
12  Q.  Now, when you left New Albany, what time do
13      you think you left?
14      MR. WARD:  Form.
15  A.  I really don't know.
16  Q.  Sir?
17  A.  Without looking at my logs, I couldn't give
18      a true answer.
19  Q.  There's been some documents produced to me
20      here today which I haven't had a chance to
21      look at.  But look in there and see if
22      there's one on there that would give you
23      any information about that.
```

Page 27

```
1      MR. WARD:  Here it is.
2      THE WITNESS:  Yeah, right here.
3   A.  This one shows right here all the time.
4      MR. ALLRED:  Let's mark that one.
5      I've got my own stickers.
6   Q.  Is that the one you're looking at?  Because
7      I'm going to mark it if it is.
8   A.  Uh-huh (positive response).
9   Q.  Is it?
10      MR. ALLRED:  Okay.  And I've
11         marked that Exhibit 2.
12      (Plaintiff's Exhibit 2 was marked
13         for identification.)
14  Q.  Now, what does that log tell you -- sheet
15      tell you about when you left New Albany?
16  A.  It says I left New Albany at 5 o'clock.
17  Q.  P.M.?
18  A.  In the afternoon.
19  Q.  All right.  On April the 6th of '05.
20  A.  Yes, sir.
21  Q.  Did you stop anywhere --
22  A.  Yes, sir.
23  Q.  -- before you got to Merle's?
```

Page 28

```
1   A.  Yes, sir.
2   Q.  Okay.  Where did you stop?
3      MR. WARD:  Let him finish his
4         question before you
5         answer.  Okay?
6      THE WITNESS:  Okay.
7      MR. WARD:  Now you can answer his
8         question.
9   A.  I stopped at Sherman, Mississippi.
10  Q.  Is that where you fueled up?
11  A.  Yes, sir.
12  Q.  What time did you stop in Sherman?
13  A.  At 5:30.
14  Q.  P.M.?
15  A.  Yes, sir.
16  Q.  And all that's on Central time.  It's the
17      same time zone in Mississippi and Alabama,
18      isn't it?  Right?
19  A.  Yes, sir.  Yes, sir.
20  Q.  Okay.  Did you have anybody with you?
21  A.  No, sir.
22  Q.  How long did you stay at Sherman,
23      Mississippi?
```

Deposition of Billy Gene Michael                                      March 20, 2007

Page 29

1    A.  15 minutes.
2    Q.  What time did you leave Sherman,
3        Mississippi?
4    A.  I show leaving at 6 o'clock.
5    Q.  All right.  Did you make any stops between
6        6 o'clock leaving Sherman, Mississippi, and
7        when you got to Merle's, I mean, other than
8        maybe you stopped for a traffic light or
9        something like that?  I mean a stop where
10       you would get out of the truck.
11   A.  No, sir.
12   Q.  Did you have any events to occur between
13       Sherman, Mississippi and Merle's Truck
14       Stop, examples of which would be you get
15       stopped by the troopers or police or you
16       have a near accident or anything like that?
17   A.  No, sir.
18   Q.  Did you get held up in traffic?
19   A.  No, sir.
20   Q.  What time did you get to Merle's?
21   A.  At 11 o'clock.
22   Q.  Sharp?
23   A.  Yes, sir.

Page 30

1    Q.  Show me on the log where you get to
2        Merle's.
3    A.  Right here (indicating).
4    Q.  That's it right there where it says --
5        What is this line here?
6    A.  This is where I went up to thesleeper
7        berth.
8    Q.  So it's driving from 6 till 11, five hours,
9        and then the sleeper berth starts right
10       there at 11; is that correct?
11   A.  Yes, sir.
12   Q.  Did you buy any fuel at Merle's?
13   A.  No, sir.
14   Q.  Did you eat?
15   A.  No, sir.
16   Q.  Did you get out of the truck?
17   A.  Not until I was ready to leave that day.
18   Q.  Ready to leave?
19       All right.  Now, that one is going to
20       end at midnight on the 6th.  So where is
21       the log sheet for the 7th?  I'm going to
22       mark it Exhibit 3.
23       That's it?  All right.  I'm fixing to

Page 31

1        put Exhibit 3 on that one.
2        (Plaintiff's Exhibit 3 was marked
3        for identification.)
4    Q.  And then what does that show you with
5        regard to how long you were there?
6    A.  That shows that I got -- I got out of the
7        sleeper at 2 o'clock that morning.
8    Q.  All right.  So you were there for three
9        hours in the sleeper?
10   A.  Yes, sir.
11   Q.  Did anybody come over to your truck from
12       the time you got to Merle's till the time
13       you left?
14       MR. WARD:  Object to form.  To the
15       extent that you can answer his
16       question.
17   A.  No, sir.
18   Q.  Did you get out of the truck from 11
19       o'clock until you got ready to leave?
20   A.  When I got ready to leave, I got out,
21       walked around my truck.
22   Q.  All right.  Prior to getting ready to
23       leave, though, you had not been outside the

Page 32

1        tractor; is that right?
2    A.  That's right.  Yes, sir.
3    Q.  Did you have any food with you?
4    A.  I don't recall.
5    Q.  You said you didn't eat at Merle's, and you
6        didn't go in the restaurant to eat, right?
7        MR. WARD:  Now you can answer.
8    A.  No, sir, I didn't go in to eat.
9    Q.  Okay.  Do you recall having any food with
10       you that you ate?
11   A.  I usually carry food with me.
12   Q.  Do you specifically recall having any food
13       with you this morning, the morning of this
14       wreck?
15   A.  I don't recall.
16   Q.  When had you last eaten prior to getting to
17       Merle's?
18   A.  I eat at home that morning.
19   Q.  And what time of the day or night would
20       that have been?
21   A.  Around probably 9 o'clock that morning.
22   Q.  Had you had anything to eat from 9 o'clock
23       in the morning until you got to Merle's?

Deposition of Billy Gene Michael

March 20, 2007

---

Page 33

```
1    A.  I could have got something at Sherman.  I
2        usually do.  But I can't tell you
3        truthfully that I did or didn't.
4    Q.  Okay.  Were you taking any kind of
5        prescription or nonprescription medicine or
6        medication?
7    A.  No, sir.
8    Q.  You were taking no kind of medication or
9        medicine on the day of the accident?
10   A.  No, sir.
11   Q.  What about the day before?
12   A.  No, sir.
13   Q.  Okay.  Do you have any prescriptions for
14       medication?
15   A.  Yes, sir.
16   Q.  What do you have prescriptions for?
17   A.  I'm on a fluid pill.
18   Q.  All right.  Is that for high blood
19       pressure?
20   A.  No, sir.  It's for my feet swelling.
21   Q.  All right.  What's the name of it?
22   A.  I don't -- I don't know.
23   Q.  All right.  What other medications do you
```

Page 34

```
1        have prescriptions for?
2    A.  I have one for a pain pill.
3    Q.  Pain?
4    A.  Uh-huh (positive response).
5    Q.  What kind of pain?
6    A.  A back pain.
7    Q.  Have you got a bad back?
8    A.  Well, it just acts up sometimes.  It's
9        nothing regular.
10   Q.  What medication do you have a prescription
11       for?
12   A.  It's a Darvocet.
13   Q.  I'm sorry?
14   A.  Darvocet.
15   Q.  Okay.  Did you have Darvocet with you on
16       this trip?
17   A.  No, sir, I --
18   Q.  Did you have any other kind of
19       prescriptions?
20   A.  No, sir.
21   Q.  Have you ever had a prescription for
22       Antivert for dizziness?
23           MR. WARD:  Form.
```

Page 35

```
1    A.  Yes, sir, I have.
2    Q.  All right.  How long have you had dizziness
3        problems?
4           MR. WARD:  Form.
5    A.  Not long.
6    Q.  Okay.  How long before this wreck happened
7        had you had a prescription for dizziness
8        problems?
9           MR. WARD:  Form.
10   A.  I hadn't.
11   Q.  Okay.  Unless I'm wrong, I noticed in the
12       physical -- the CDL physical you told the
13       doctor you had a prescription for
14       Antivert.  Is that not correct?
15   A.  If it was in there, it's correct.
16   Q.  Okay.  Well, do you recall telling the
17       doctor that you had dizziness issues and
18       that some doctor had prescribed Antivert
19       for you?
20   A.  The one that would have wrote it on there
21       was the one that prescribed it.  He was the
22       doctor that gave me my physical.
23   Q.  What's his name?
```

Page 36

```
1    A.  Dr. Michael Howell.
2    Q.  Howell.
3    A.  Howell.
4    Q.  What town is he in?
5    A.  Tishomingo.  Tishomingo.
6    Q.  Spell that.  I-S-H-A-M-I-N-G-O?  Is that
7        it?
8    A.  I think so.
9    Q.  Ishamingo?
10   A.  Tishomingo, T-I-S-H.
11   Q.  T-I-S.  Oh, okay.  Tishomingo.
12           What kind of dizziness issues did you
13       have?  How did the dizziness affect you?
14   A.  It's more or less if I lift or straining
15       something.  You know, I -- I think it's an
16       inner ear, they call it.
17   Q.  Had you been to anybody besides Dr. Howell
18       for your inner ear problems?
19   A.  No, sir.
20   Q.  All right.  Have you told me about all the
21       medications and medicines that you had
22       prescriptions for?
23   A.  Yes, sir.
```

Deposition of Billy Gene Michael

March 20, 2007

---

Page 37

1  Q.  All right.  Did you have the Antivert with
2      you?
3  A.  No, sir.
4  Q.  Did you have aspirin with you?
5  A.  I could have.  I don't know.
6  Q.  All right.  When you pulled up there at
7      Merle's, now, and you stopped there where
8      Number 1 -- the little figure there is on
9      Plaintiff's Exhibit 1, did you do anything
10     when you stopped except pull the truck up,
11     stop it and get in the sleeper berth?
12 A.  Not that I recall.
13 Q.  Do you recall whether you had any trouble
14     going to sleep?
15 A.  No, sir, I didn't.
16 Q.  Okay.  Would it be your best judgment that
17     you did go to sleep shortly after you
18     stopped there at 11 o'clock?
19 A.  Yes, sir.
20 Q.  All right.  Did you set a clock?  Did you
21     have some way of waking up?  Or how did you
22     wake up?
23 A.  I wake up on my own.

---

Page 38

1  Q.  All right.  When did you wake up?
2          MR. WARD:  Form.
3  A.  Shortly before I left.
4  Q.  When you woke up -- if the accident
5      happened shortly after 2 o'clock, how long
6      do you think it was from the time that you
7      first woke up until the wreck happened?
8          MR. WARD:  Form.
9  A.  Well, it shows on my log when I left.
10 Q.  Okay.  Go ahead.
11 A.  And I don't --
12 Q.  Look at your logs there and tell me.
13 A.  I show leaving at 2 o'clock that morning,
14     but I don't show going nowhere.  That's
15     where it happened.
16 Q.  I'm sorry.  I didn't understand the last
17     part.
18 A.  I left at 2 o'clock that morning.
19 Q.  Okay.  But you --
20 A.  But I didn't go nowhere.  That's --
21 Q.  Okay.  If your log shows that you left at 2
22     o'clock, do you have any judgment as to
23     when you would have awakened from your nap?

---

Page 39

1          MR. WARD:  Form.  Asked and
2      answered.
3  A.  Not really.  I could have been awake 30
4      minutes, 45 minutes.  I don't know.
5  Q.  Do you have any recollection of being awake
6      30 or 45 minutes before you left?
7  A.  Yes, sir.
8  Q.  You do?
9          What all did you do during that 30 or
10     45 minutes?
11 A.  Mostly I sat in my truck.  I walked around
12     the truck, probably, to make sure, you
13     know, my lights and stuff was all still
14     working.
15 Q.  Okay.  So you would have awakened.  Would
16     you have eaten anything after you woke up?
17 A.  No, sir.
18 Q.  Did you drink any water?
19 A.  No, sir.
20 Q.  Did you drink any coffee, anything like
21     that?
22 A.  No, sir.
23 Q.  Did you go in the restaurant when you woke

---

Page 40

1      up?
2  A.  Yes, sir, I did.  I went in and purchased a
3      logbook.
4  Q.  A logbook?
5  A.  Uh-huh (positive response).  I had forgot
6      that.  I run in and got me a logbook.
7  Q.  Before you went to sleep or after you woke
8      up?
9          MR. WARD:  Form.
10 A.  I'm not really sure.
11 Q.  All right.  When you woke up, do you
12     remember laying in the cab awake for a
13     while, or did you just get on up when you
14     awakened?
15 A.  When I woke up, I got up.
16 Q.  Okay.  And tell me the things that you
17     would have done after you woke up and you
18     got out of there.  Would you have gone over
19     and purchased the logbook?
20         MR. WARD:  Form.
21 A.  I think I got my logbook as soon as I got
22     there.  I'm pretty sure I did.  And then
23     come back and went to bed.

---

10 (Pages 37 to 40)

Deposition of Billy Gene Michael                                           March 20, 2007

Page 41

1   Q.  Okay. So when you woke up, you would have
2      gotten out of the cab; is that right?
3   A.  Just briefly before I left, just long
4      enough to walk around the truck and trailer
5      to see that everything was working.
6   Q.  How long do you think it was between the
7      time you woke up after your nap and you got
8      out and you were walking around the
9      trailer?
10        MR. WARD: Object to the form of
11        the question.
12   Q.  How long do you think that would have been?
13   A.  It was just briefly, you know, just --
14   Q.  I understand briefly. But how long is
15      briefly?
16        MR. WARD: Object to the form of
17        the question. Asked and
18        answered.
19   Q.  How minutes is what I'm asking for. Just
20      give me your judgment.
21        MR. WARD: Same objection. I
22        don't want you guessing.
23   A.  I don't know.

Page 42

1   Q.  Well, was it -- did you stay in the truck
2      more than two or three minutes after you
3      woke up and before you went out and looked
4      around the trailer -- truck and trailer?
5        MR. WARD: Same objection.
6   A.  I don't know.
7   Q.  Can you say that you were -- that -- From
8      the time that you woke up until the time
9      that you left, can you say that it was any
10      more than about five minutes?
11        MR. WARD: Same objection.
12   A.  I don't know.
13   Q.  Sir?
14   A.  I don't know.
15   Q.  I understand you say I don't know. But can
16      you say it was any more than about five
17      minutes? Because on your log you've
18      written down 2 o'clock.
19        MR. WARD: Wait.
20   Q.  Right?
21        MR. WARD: Let him finish.
22   Q.  Sir?
23        MR. WARD: Now you can answer his

Page 43

1      question.
2   A.  Yeah, that's what I wrote down on my log.
3   Q.  Okay. And you always try to get your log
4      right, don't you?
5   A.  Yes, sir.
6   Q.  Okay. And then the wreck happened. The
7      trooper has got it down at 2:05. Is that
8      how you remember it?
9        MR. WARD: Form.
10   Q.  2:05 in the morning?
11        MR. WARD: Form. Asked and
12        answered.
13   A.  That would have been real close.
14   Q.  Okay. That would have been pretty
15      accurate.
16   A.  Yes, sir.
17   Q.  Okay. So from the time you woke up until
18      the wreck happened was somewhere from five
19      to 10 minutes, wasn't it?
20        MR. WARD: Object to the form of
21        the question.
22   A.  I don't know.
23   Q.  Well, can you tell me of anything you did

Page 44

1      other than get up, get out of the tractor,
2      walk around the rig, get back in it and
3      then leave? Can you tell me anything else
4      you did?
5        MR. WARD: Object to the form.
6   Q.  Sir?
7   A.  I don't know of anything I did.
8   Q.  All right. How long does it take you to
9      look at your rig?
10   A.  Not long.
11   Q.  How long is that?
12        MR. WARD: Form.
13   Q.  Does it take you a minute?
14   A.  Just -- Just --
15   Q.  Does it take you two minutes?
16        MR. WARD: Let him finish. Form.
17   A.  Maybe a couple of minutes just to walk
18      around and check, you know, and see if my
19      lights is burning and no flats.
20   Q.  All right. You spent about two minutes
21      looking at your trailer and your truck; is
22      that right?
23        MR. WARD: Form.

Deposition of Billy Gene Michael

March 20, 2007

Page 45

1   A. Yes.
2   Q. And why do you do that?
3   A. For safety.
4   Q. Why is that an issue concerning safety to
5      see if your lights are working?
6   A. We can't go if they're not.
7   Q. Do you fill out any kind of checklist or
8      anything like that when you look around
9      your trailer and truck or tractor, your
10     rig? When you look around your rig before
11     you leave, do you fill out any kind of
12     checklist?
13        MR. WARD: Form.
14  A. It's on the back of our logs here stating
15     that we have checked and everything is
16     satisfactory, and then we sign it.
17  Q. All right. That says -- The one you've
18     shown me is on the back of Exhibit 2. And
19     when did you fill that out?
20  A. I filled it out right here (indicating.)
21  Q. And right here --
22  A. Where I started filling it out at 4
23     o'clock. I showed I was off duty till 4

Page 46

1      o'clock.
2   Q. 4 o'clock?
3   A. On the --
4   Q. On the 6th?
5   A. On the 6th.
6   Q. On Exhibit 2; is that right?
7      Sir?
8   A. 4th and 6th.
9   Q. Okay. April the 6th, by that you mean
10     4th and 6th, you mean April 6th, right?
11  A. Yes, sir.
12  Q. At 4 o'clock p.m., right?
13  A. Yes, sir.
14  Q. That's when you were putting that writing
15     on there?
16  A. Yes, sir.
17  Q. All right. And is that when you filled out
18     the back of it there and put that check on
19     it and signed it?
20  A. I would have put that check on there when I
21     got to right here. It shows a PTI,
22     pre-trip inspection, at New Albany.
23  Q. All right. And that's down -- right here,

Page 47

1      you're talking about would be five --
2      between 5 and 6 o'clock p.m. on April the
3      6th; is that right?
4   A. Between 5 and 5:30, I show.
5   Q. Are Exhibits 2 and Exhibits 3, are they
6      copies of the logbook from the same book?
7   A. Yes, sir.
8   Q. Do they make carbon copies on those?
9   A. Yes, sir.
10  Q. Who has the carbon copies?
11  A. This is the carbon copies.
12  Q. This one that I have a -- that's been
13     produced to me and that I have, this is a
14     carbon copy?
15  A. Yes, sir.
16  Q. What happens to the original?
17  A. The original one gets turned in to the
18     company, to Bad J.
19        (Craig Allred is present.)
20  Q. Then there's a -- Did you do one on the
21     7th? Exhibit 3 is on the 7th. Is that one
22     checked?
23  A. Let's see. I wrote it down and dated it,

Page 48

1      but I failed to check a block.
2   Q. As far as what you've called the pre-trip
3      inspection that you say you made, you
4      didn't fill out anything to show that you
5      had done it; is that right?
6         MR. WARD: Form.
7   A. This one was just a walk-around. We're to
8      show an inspection at least every 24 hours,
9      and it hadn't been near 24 hours whenever I
10     left from there. All I did was walked
11     around, so I didn't check that I had did an
12     inspection.
13  Q. All right. So that one, there's no
14     document produced showing that you made an
15     inspection; is that right?
16        MR. WARD: Object to the form.
17  A. No, sir.
18  Q. Sir?
19  A. No, sir.
20  Q. Okay. Since that's not checked on the back
21     of Exhibit 3 by the April 7th logbook, does
22     that comply with the Federal Motor Carrier
23     Safety Regulations as far as you know?

J

Page 49

1          MR. WARD: Form.
2    A. Yes, sir.
3    Q. It does comply?
4    A. Yes, sir.
5    Q. And how is it that it applies – that it
6       complies? I'm sorry.
7          MR. WARD: Asked and answered.
8    A. Because it hadn't been no 24 hours since I
9       had pulled an inspection.
10   Q. When you looked at your rig before this
11      wreck happened, tell me what all you looked
12      at and what all you found.
13         MR. WARD: Form. At what point?
14   A. I didn't find nothing wrong.
15   Q. Did you look at any parts of the tractor or
16      the trailer?
17   A. I checked all the lights, all the tires to
18      make sure they were up.
19   Q. Were all your tires up?
20   A. Yes, sir.
21   Q. How do you check the tires? Do you have a
22      billy or do you just look at them?
23   A. I have a billy, just bump them.

Page 50

1    Q. How many lights are on the trailer and the
2       tractor?
3          MR. WARD: Form.
4    A. I don't recall how many, but I know we're
5       required to have seven across the back.
6    Q. All right. What other lights do you recall
7       being on there?
8    A. The ones on the front of the trailer, one
9       on each corner.
10   Q. Do you have any specific recollection of
11      looking at them that morning before you
12      left?
13   A. Yes, sir, I always check my lights.
14   Q. I understand that's your position that you
15      always do it. But do you have any specific
16      recollection of doing it that morning?
17   A. Yes, sir.
18   Q. All right. Which side of the truck or rig
19      did you look at first?
20   A. Down --
21         MR. WARD: Form.
22   A. -- the driver's side.
23   Q. Had either one of those trucks that you

Page 51

1       parked in between moved while you were
2       asleep?
3          MR. WARD: Form.
4    A. I don't recall.
5    Q. You don't recall if they were still there?
6    A. I don't know.
7    Q. And then when you looked on the driver's
8       side, where did you go from there looking?
9    A. I walked toward the back of my trailer,
10      across the back, and up the other side
11      toward the -- back toward the tractor.
12   Q. Was the engine running when you did this?
13   A. Yes, sir.
14   Q. Did you shut down the engine when you
15      stopped to take a nap?
16         MR. WARD: Form.
17   A. I don't recall.
18   Q. Did you have a cell phone with you or any
19      kind of phone that you could use in the
20      tractor?
21   A. Yes, sir. Had a cell.
22   Q. What was the number on it?
23   A. I don't know.

Page 52

1    Q. Who would have that information?
2    A. I don't know. I don't --
3    Q. Do you still have the same one?
4    A. No, I've -- No, sir, I don't.
5    Q. What happened to it?
6    A. It tore up.
7    Q. Explain that to me. Did you drop it? Did
8       it get run over? Did it just quit working?
9    A. It just quit working.
10   Q. Was that phone in your name?
11   A. No, sir, I don't think so.
12   Q. Whose name was it in?
13   A. I believe that one was in my wife's name.
14   Q. What company was it with?
15   A. I believe I was with -- was still with
16      Cingular.
17   Q. Cingular?
18   A. I believe that's correct.
19   Q. Do you still have a phone with Cingular?
20   A.. Cingular or Cellular, one or the other. I
21      can't keep --
22   Q. Was that phone in operating condition on
23      April the 6th and the 7th?

Deposition of Billy Gene Michael

March 20, 2007

Page 53

1   A.  Yes, sir.
2   Q.  Would your wife know the number of it, you
3       think?
4   A.  She could.  She might.
5   Q.  And you're saying when you got a different
6       phone, you got a different number?
7   A.  Uh-huh (positive response).  I had my
8       number changed.
9   Q.  Had your number changed?
10  A.  Uh-huh (positive response).
11  Q.  Why did you do that?
12          MR. WARD:  Yes or no.  Go ahead.
13          You can answer.
14  A.  Getting so many calls, I -- my number had
15      got out to -- So I changed.
16  Q.  Did you have it changed after this wreck?
17          MR. WARD:  Form.
18  A.  Yeah.
19  Q.  How long after the wreck do you think it
20      was that you had your phone changed?
21          MR. WARD:  Form.
22  A.  Truthfully, I don't know.  Whenever it tore
23      up.

Page 54

1   Q.  And how long do you think that was after
2       April the 7th of 2005?
3           MR. WARD:  Form.
4   A.  Without looking back and getting records on
5       it, I don't want to lie to you.  I don't
6       know how long it was.
7   Q.  I'm not asking you to tell me the exact
8       date.  Just give me a judgment, with the
9       understanding, and it will just be your best
10      judgment, and I won't criticize you if you
11      miss it.
12          MR. WARD:  I object to the form.
13          Same objection.  I don't want
14          you guessing.
15  A.  I really don't know.
16  Q.  All right.  Who paid for that phone?
17  A.  I did.
18  Q.  Did you use that phone on April the 6th or
19      April the 7th of 2005?
20  A.  I'm sure I did.
21  Q.  All right.  What calls would you have made,
22      say, on April the 6th?
23  A.  I can't recall making one on April the 6th

Page 55

1   because it was so late when I left.  I
2   don't know if I called my wife back before
3   I left or not.
4   Q.  Who all would you have called on April
5       6th?  Would you have called your wife?
6   A.  It's --
7   Q.  May have, may not have.
8   A.  Like I say, I may or may not have.
9   Q.  Would you have called anybody else on April
10      the 6th?
11  A.  Not that I can recall.
12  Q.  What about April the 7th before the wreck
13      happened?  Would you have called anybody?
14  A.  No, sir.
15  Q.  Now, look at Exhibit 1 here.  Now, when you
16      left Merle's and then up to the point of
17      where the wreck happened, what I want you
18      to do is trace your -- using that red pen I
19      gave you -- And first of all on Exhibit 1,
20      is that -- the way the trooper has drawn it
21      in there, is that how you remember where
22      your truck was when the impact occurred?
23          MR. WARD:  Form.

Page 56

1   A.  No, sir.
2   Q.  Okay.  Where do you say your truck was when
3       the impact occurred?
4   A.  If this is supposed to be --
5   Q.  Wait a minute.  Don't write anything yet.
6   A.  I'm not.  I'm not.
7   Q.  Okay.  Go ahead.
8   A.  If this is supposed to be the grassy
9       median, if this is supposed to be the two
10      lanes right here (indicating), my tractor
11      was already clear of this, and I was making
12      a left turn into this lane.
13  Q.  All right.  Show me, then -- You can go
14      ahead and write on it.  And make it kind of
15      the same general size as over there where
16      number one is.  And what I want you to do,
17      now, is show me where you claim that your
18      rig was at the time that Jacob impacted
19      it.
20          MR. WARD:  Object to the form.
21  A.  My tractor would have -- the front of it
22      would have done and started in these lanes
23      right here (indicating).

14 (Pages 53 to 56)

Deposition of Billy Gene Michael                                    March 20, 2007

---

Page 57

1    Q.   Okay.  All right.
2    A.   Of course, the trailer, you know, it ain't
3         going to be right straight.  It's going to
4         be -- Well, I may have -- This diagram, I
5         can't draw a little short trailer and put
6         my trailer where it was at.  But the
7         trailer was still blocking -- I was still
8         across part of the lanes here, but I wasn't
9         far as that.  I had -- My tractor was done
10        across the muddy part and was starting into
11        that left lane.
12   Q.   Well, you've not -- You see the little
13        figure over there like at number one and
14        then the exemplar that I gave you with my
15        initials on it.  Can you -- I don't care
16        where you claim you were when Jacob ran
17        under the truck and impacted it, but just
18        go ahead and draw it in where you claim it
19        was --
20             MR. WARD:  Wait a minute.
21   Q.   -- is what I'm asking you to do.
22             MR. WARD:  Hold on.  And let me
23        object.  I know, David, you've

---

Page 58

1         already stated that it's not
2         to scale.  However, you're
3         using the diagram of the
4         trooper to get him to draw a
5         truck smaller than what may or
6         may not be in the trooper's
7         report.
8    Q.   Draw it the same size as the trooper's so
9         there won't be any question about it.
10             MR. WARD:  Well, let me finish.
11             MR. ALLRED:  Yeah.
12             MR. WARD:  And as a consequence,
13        he's not qualified to
14        necessarily draw the diagram
15        as the trooper.  I think your
16        question is asking clearly,
17        and you're entitled to ask
18        him --
19             MR. ALLRED:  Well, good.
20             MR. WARD:  -- where he was at the
21        time of the impact.
22             MR. ALLRED:  All right.
23             MR. WARD:  All I'm suggesting,

---

Page 59

1         though, and my objection is
2         that because this is not to
3         scale, he can't draw to scale,
4         that the drawing is not going
5         to be reflective or accurate
6         as it relates to his answer to
7         your question.
8              Now, do the best you can.
9              MR. ALLRED:  Well, the jury will
10        decided on all that issue.
11   Q.   But what I want to know from you,
12        Mr. Michael -- see, none of us were there.
13        These folks in this room making all these
14        speeches, they weren't there.  You were
15        there.  And, see, Jacob is dead, so he
16        can't tell us.
17             MR. WARD:  Hold on.
18   Q.   So what I want you to do is you tell me
19        where your truck was when the impact
20        occurred.
21             MR. WARD:  I agree and object to
22        narratives, and I think they
23        apply to both.

---

Page 60

1              MR. ALLRED:  Okay.  Now, you've
2         objected to the form.  And
3         I've asked him where his truck
4         is, and you've told me all
5         about that.
6    Q.   Now, show me where your truck was when the
7         impact occurred.
8              MR. WARD:  Form.
9    A.   This sketch right here that he's got drawn
10        is too wide --
11   Q.   Well, why don't you do this.
12   A.   -- for me to do it right.
13   Q.   Draw it any way you want to and show me
14        where your truck was.
15             MR. WARD:  If you can, you can do
16        it.
17   A.   I've already showed you where the tractor
18        was at.
19   Q.   All right.  This square --
20   A.   But when I draw --
21             MR. WARD:  Let him ask the
22        question.
23   Q.   Wait a minute.  This square here is the

---

Page 61

1   tractor, right?
2   A.  Right.
3   Q.  So you're claiming -- and you understand
4       that this on this side here where the red
5       line is up there at the north side of the
6       map, that's the southbound lanes.  You
7       understand that, right?
8   A.  Yes, sir.
9   Q.  So what you're trying to tell the jury is
10      that your tractor was actually sticking out
11      into one of the lanes of the southbound
12      lanes when Jacob impacted your trailer; is
13      that correct?
14          MR. WARD:  Object to the form.
15              He's answering your question.
16              He's not telling the jury
17              anything.
18  A.  Yes, sir.  But to draw a scale of my
19      trailer on this little form, it's going to
20      show that I have done cleared both lanes of
21      the northbound.
22  Q.  Okay.
23  A.  See, there is too wide a space right here

Page 62

1       (indicating).
2   Q.  What you're trying to tell me is the
3       trooper got it wrong, that the trooper's
4       diagram is not correct.
5           MR. WARD:  Object to form.
6   Q.  Is that right?
7           MR. WARD:  Object to form.
8   Q.  Sir?
9           MR. WARD:  Form.
10  A.  The way I see it, it's wrong.
11  Q.  Okay.  And that you're wanting us to know
12      is that your tractor was actually in this
13      left lane of the southbound lane, but your
14      trailer was still blocking Jacob's lane; is
15      that right?
16          MR. WARD:  Object to form.
17  A.  Yes, sir.
18  Q.  And you agree that your trailer was
19      sticking out into Jacob's lane and blocked
20      his way.  You agree with that, don't you?
21          MR. WARD:  Object to the form.
22  Q.  Sir?
23          MR. WARD:  I object to the form.

Page 63

1           Do you understand his
2       question?
3   Q.  Now, what is it that you couldn't
4       understand about that, whether you agree
5       that your trailer was blocking Jacob's
6       lane?  Is there anything you don't
7       understand about that question?
8           MR. WARD:  Object to the form.
9   Q.  Sir?  Look at it there, now.
10          Are you still looking?
11  A.  Yes, sir.
12          MR. WARD:  Do you understand his
13          question?
14  A.  I don't object that -- My trailer, it was
15      in the lane.
16  Q.  In the lane meaning Jacob's lane.
17          MR. WARD:  Form.
18  A.  Across --
19  Q.  Sir?
20  A.  Across the lane.
21  Q.  Across the lane blocking it, right?
22          MR. WARD:  Wait.
23  Q.  Sir?

Page 64

1           MR. WARD:  Form.  Now, do you
2       understand his question?
3   Q.  Do you understand the question?  We don't
4       want you to misunderstand the question,
5       now.
6       The question before you is, was your
7       trailer blocking Jacob's lane when the
8       impact occurred?
9           MR. WARD:  My objection goes to --
10          MR. ALLRED:  Now your lawyer is
11          going to try to tell you how
12          to answer it.  So just listen
13          up to him and then I'll ask
14          you some more questions.
15          MR. WARD:  I certainly object to
16          the narrative and to
17          speculation on the part of
18          Mr. Allred.
19          MR. ALLRED:  All right.
20          MR. WARD:  My objection simply
21          goes to the fact that you need
22          to allow him to answer the
23          question before you interpose

16 (Pages 61 to 64)

Deposition of Billy Gene Michael

March 20, 2007

Page 65

1 another word or question prior
2 to him completing his answer.
3 That's what my objection goes
4 to. Now, you can certainly
5 ask him your question.
6 MR. ALLRED: Well, thank you.
7 Q. I will ask you the question. Was your
8 trailer blocking Jacob's lane when the
9 impact occurred?
10 MR. WARD: Form.
11 A. I was in the process of leaving. I was
12 crossing the road, and I hadn't completely
13 cleared those two lanes, so therefore I
14 would have been blocking --
15 Q. So the answer to my --
16 A. -- the lane.
17 Q. -- question is yes, you were; your trailer
18 was blocking his lane, wasn't it?
19 MR. WARD: Form.
20 Q. Sir?
21 A. Yes.
22 Q. Who had the right-of-way, you or Jacob?
23 MR. WARD: Form.

Page 66

1 A. He would have had.
2 Q. I mean, that's just simple, isn't it?
3 Sir?
4 MR. WARD: Form.
5 A. Yes. Yes, sir.
6 Q. Isn't that right?
7 Was there any particular delay when you
8 pulled up from point number one there at
9 Merle's Truck Stop to where the impact
10 occurred? Did you make any stops in the
11 parking lot there?
12 MR. WARD: Object to the form.
13 Do you understand the
14 question?
15 Q. Yeah. Do you understand that question,
16 Mr. Michael?
17 A. No stops were made from here (indicating)
18 until I got to this point (indicating) --
19 Q. Okay.
20 A. -- where I was about to pull out.
21 Q. All right. This point --
22 MR. WARD: David, I need to take a
23 break.

Page 67

1 MR. ALLRED: Okay. Go ahead. I'm
2 going to put number two right
3 here. Okay?
4 MR. WARD: That's fine.
5 (Brief recess.)
6 Q. (Mr. Allred continuing) Tell us,
7 Mr. Michael, you have -- I drew that number
8 two spot there. That number is upside down
9 because I'm on the other side of the table
10 from you, but that's a number two right
11 there. That's where you told me you moved
12 your truck from point number one over to
13 point number two.
14 And then what did you do?
15 A. I stopped when I came to the pulling-out
16 place.
17 Q. All right. Was it raining?
18 A. Yes, sir.
19 Q. Was it raining when you had looked around
20 your truck over there at point number one?
21 A. Just a -- Just a misting, you know, just
22 a --
23 Q. Did you have on a raincoat or anything, a

Page 68

1 hat or anything?
2 A. No, sir.
3 Q. Did you have on your glasses?
4 A. Yes, sir.
5 Q. Do you have to wear your glasses to be able
6 to drive safely?
7 A. Yes, sir.
8 Q. Is it required for you to wear your glasses
9 on your driver license?
10 A. Yes, sir.
11 Q. Okay. Then you got over to point number
12 two. Tell me how you got from point one to
13 point two. Tell me what all you did to
14 operate your rig.
15 A. I just put it in gear and drove to that
16 point.
17 Q. Did you do anything else?
18 You just put it in gear, drove, and
19 went forward from point one over to point
20 two; is that right?
21 A. Yes, sir.
22 Q. When you got over to point two, what did
23 you do there?

Deposition of Billy Gene Michael

March 20, 2007

Page 69

1   A.   I stopped. I looked to my left.
2   Q.   Okay.
3   A.   I seen nothing coming. I looked to my
4        right. There was nothing coming. I looked
5        back to my left and seen nothing coming,
6        and I proceeded in pulling out.
7   Q.   Okay. When you were doing all this looking
8        you're talking about, where was your truck
9        sitting? And I want you to draw me a
10       little exemplar truck, a little sample like
11       number one and like this one here up where
12       my initials are. And there's the right
13       lane and there's the left lane on Highway
14       231 there. And it's okay to draw over that
15       number two if you need to do that with your
16       red pen there. Show us where your rig was
17       sitting.
18  A.   Is this one lane and is this a lane? Is
19       that a lane of traffic and is this a lane
20       of traffic?
21  Q.   Yeah. Let me do something here. I'm going
22       to extend that out on the trooper's
23       diagram. It's in blue. And then there's

Page 70

1        a --
2            Now, then, does that make it more
3        clear?
4   A.   Yes, sir.
5   Q.   I'm going to put my initials there. I'll
6        turn it around so it won't be upside down.
7        I drew that in blue.
8   A.   (Witness complies.)
9   Q.   Okay. Also while you've got that red pen
10       there, trace your path from where you
11       started up at point one to where you got
12       over to point two.
13  A.   (Witness complies.)
14  Q.   Okay. So that red line there, the skipping
15       line between one and two, do I understand
16       correctly you're telling me that you
17       started up your rig, you said you put it in
18       gear, then you moved forward from point one
19       over to point two and you stopped; is that
20       right?
21  A.   Yes, sir.
22  Q.   Okay. How long did that take you to get
23       from point one to point two --

Page 71

1            MR. WARD: Form.
2   Q.   -- do you think?
3   A.   I really don't know.
4   Q.   Okay. Did you have your windshield wipers
5        on?
6   A.   Yes, sir.
7   Q.   Do you remember doing that or do you just
8        think you did?
9   A.   Yes, sir, I had them on.
10  Q.   You actually remember having them on.
11  A.   Yes, sir.
12  Q.   Were they on low speed, high speed,
13       intermittent or what?
14  A.   On low.
15  Q.   Okay. Did you ever let the window down on
16       the left side of your tractor from the time
17       you left point one till the impact
18       occurred?
19  A.   Yes, sir.
20  Q.   All right. Where did you let your window
21       down?
22           MR. WARD: Form.
23  A.   Before I got here to stop, where I could

Page 72

1        see clearly.
2   Q.   Before you got up to point two.
3   A.   Yes, sir.
4   Q.   Why were you concerned with being able to
5        see clearly?
6   A.   Because I didn't want to pull out in font
7        of somebody.
8   Q.   You acknowledge that traffic on 231 going
9        north -- that would have been to your
10       left -- that traffic had the right-of-way.
11       You acknowledge that, don't you?
12           MR. WARD: Form.
13  A.   I really don't -- don't understand.
14  Q.   Okay. Well, as a CDL truck driver, are you
15       telling me you don't know whether if you're
16       pulling out of a truck stop, traffic on a
17       four-lane highway has the right-of-way or
18       if you have the right-of-way?
19  A.   When I pulled here and stopped and looked
20       and I didn't see nothing coming, I had the
21       right-of-way to go across.
22  Q.   Okay. Have you ever told that to anybody
23       else?

18 (Pages 69 to 72)

Deposition of Billy Gene Michael

March 20, 2007

Page 73

1  A. No, sir.
2  Q. This is the first time that you've ever
3     said that today; is that right?
4        MR. WARD: Form.
5  A. Yes, sir.
6  Q. All right. Now, if I'm just asking you --
7     if we're just sitting here talking and I
8     say if you're going to pull out of a truck
9     stop and there's a four-lane highway that
10    you're going to be pulling out to, do you
11    have the right-of-way or does the traffic
12    on the four-lane highway have the right-of-
13    way, what would be your answer?
14 A. If I see anybody on that four lane --
15 Q. I'm going to ask you about that in a
16    minute. But let's just take it where
17    there's -- let's say if there's traffic on
18    the four lane, who has the right-of-way?
19       MR. WARD: Form.
20 A. If it's to my knowledge that there's
21    traffic there, they do.
22 Q. Okay. I mean, that's just a very simple
23    rule of the road, isn't it?

Page 74

1  A. If I know they're there, it is.
2  Q. All right. And do I understand you
3     correctly that if you look, like you say
4     you did, and you just don't see somebody,
5     then you actually have the right-of-way and
6     that's your position?
7        MR. WARD: Form.
8  A. Well, how else would you know when to pull
9     out?
10 Q. Well, you agree that Jacob Grose was
11    coming, wasn't he?
12       MR. WARD: Object to the form.
13 A. I -- I didn't know he was coming.
14 Q. I understand that's your position. But
15    looking at it now since the wreck occurred
16    and he was killed, you acknowledge and
17    agree that he was, in fact, coming, wasn't
18    he?
19       MR. WARD: Object to the form of
20       the question. I'm not going
21       to let him answer that
22       question. He's not qualified
23       to go back in time and be

Page 75

1        expected to be clairvoyant.
2        MR. ALLRED: Wait. We don't need
3        another speech.
4        MR. WARD: I'm objecting to the
5        question --
6        MR. ALLRED: Okay.
7        MR. WARD: -- as phrased in light
8        of --
9        MR. ALLRED: You've objected to
10       the form.
11       MR. WARD: -- the fact that you're
12       trying to suggest the witness
13       can be clairvoyant
14       retroactively.
15 Q. No, I don't want you to do that.
16    You agree you were in a wreck, right?
17 A. I know I was in an accident.
18 Q. Okay. And you know now that actually Jacob
19    Grose was coming up the road.
20       MR. WARD: Form.
21 A. I don't know where he come from.
22 Q. All right. Do you have any information
23    that he wasn't coming like the trooper drew

Page 76

1     it in Exhibit 1?
2        MR. WARD: Form.
3  A. I have no information.
4  Q. For example, do you have any information he
5     was coming up the median or coming up the
6     shoulder?
7  A. No information to it.
8  Q. All right. When you pulled up there to
9     point number two there and you say you
10    stopped and did all this looking, do you
11    have any explanation for why you would not
12    see Jacob Grose coming up the highway?
13 A. The only thing that I can think of is
14    because he was so far up the highway, I
15    couldn't see him, and his speed overtook
16    me.
17 Q. Okay. Have you ever told that to anybody
18    before today?
19       MR. WARD: Form.
20 A. No, sir.
21 Q. This is the first time you've said that; is
22    that right?
23       MR. WARD: Form.

Deposition of Billy Gene Michael

March 20, 2007

Page 77

1  A.  Yes, sir.
2  Q.  Okay.  Now, when you got up there to point
3      number two, how far could you see back to
4      your left?
5          MR. WARD:  Form.
6  A.  I really don't know --
7  Q.  Okay.
8  A.  -- under the --
9  Q.  Have you been back out --
10 A.  -- conditions of the weather.
11 Q.  Sir?
12 A.  Under the conditions of the weather, I
13     don't know how far.
14 Q.  All right.  Have you looked back to see
15     what the weather conditions were with the
16     weather bureau that night -- that morning?
17 A.  No, sir.
18 Q.  Okay.  If you had pulled up to point number
19     two and you thought the weather was such
20     that you couldn't safely see down the road
21     to see if something's coming, you wouldn't
22     have pulled out, would you?
23         MR. WARD:  Form.  You can answer.

Page 78

1  A.  If I could have seen something coming, I
2      wouldn't have pulled out.  I couldn't keep
3      a sitting there.
4  Q.  So it's your position that if the weather
5      is bad and you really can't see if
6      something is coming, you'll just pull out
7      anyway; is that right?
8          MR. WARD:  Object to the form.
9          That was not his response.
10 Q.  Sir?
11         MR. WARD:  Object to the form.
12 Q.  Well, then, let's go back to my question
13     then.  If the weather is bad, do you agree
14     that if you pull up to a point like at
15     point number two and you really can't see
16     what's coming, that you won't pull out
17     because you don't want to pull out in front
18     of somebody?  Do you agree with that?
19         MR. WARD:  Object to the form.
20 A.  If the weather is that bad, I'll not pull
21     up there to pull out to start with.
22 Q.  Okay.  Then when you pulled up there to
23     point number two, you agree with me that

Page 79

1      you made a decision in your mind that you
2      could see far enough that you thought you
3      could safely pull your rig out into that
4      highway, didn't you?
5          MR. WARD:  Form.
6  Q.  Sir?
7  A.  I could see far enough.
8  Q.  Okay.  And how far do you need to see so it
9      will be safe for you to pull out?
10         MR. WARD:  Form.
11 A.  It really depends on how fast the traffic
12     is coming.  And like I say, I didn't see
13     nothing coming.
14 Q.  Why do you think you didn't see him?
15         MR. WARD:  Form.
16 A.  Because he hadn't got up close enough for
17     his lights to be in view of me.  I --
18 Q.  Okay.  Have you been back out there in the
19     daylight since this wreck happened?
20 A.  Yes, sir.
21 Q.  Can't you see about a half a mile to the
22     left?
23         MR. WARD:  I object to form.

Page 80

1  Q.  I think seven-tenths of a mile, really.
2          MR. WARD:  Form.
3  Q.  Sir?
4  A.  You might can.
5  Q.  All right.
6  A.  I'm sure you --
7  Q.  What about you?  Do you have vision that
8      would enable you to see that far?
9  A.  Yes, sir.
10 Q.  All right.  If you can see a half a mile,
11     are you saying that between the point where
12     you say you stopped there and the point out
13     there where you got hit that Jacob came
14     around that curve a half a mile off and
15     came up and impacted your rig?
16         MR. WARD:  Hold on.  Don't answer
17         that question because the
18         question is attempting to --
19     MR. ALLRED:  Come on, Robert.
20         Don't --
21     MR. WARD:  No, no, no.
22     MR. ALLRED:  Don't do that.  He
23         can answer that.

20 (Pages 77 to 80)

Deposition of Billy Gene Michael

March 20, 2007

Page 81

1  MR. WARD: You come on, David.
2    You're asking him about --
3  MR. ALLRED: I'm asking him how
4    come he didn't see him.
5  MR. WARD: Hold on. Hold on.
6    Hold on.
7  MR. ALLRED: He's saying he came
8    around the curve.
9  MR. WARD: Let me state my
10   objection.
11      You asked him had he been
12   out there since the accident.
13   He answered it. Then you
14   asked him if he'd been out
15   there in the daytime and could
16   tell how far you could see to
17   the left. And he answered,
18   and you suggested a distance.
19   And now you're asking him to
20   associate that same distance
21   with the night of the
22   accident. That's improper.
23  MR. ALLRED: Don't associate the

Page 82

1    distance.
2  MR. WARD: That's improper.
3  MR. ALLRED: Ever how far that
4    curve is --
5  MR. WARD: And the weather --
6    Hold on. Let me finish.
7  MR. ALLRED: Yeah.
8  MR. WARD: And the weather
9    conditions are based on --
10 MR. ALLRED: Listen, now, because
11   he's trying to tell you what
12   you need to watch for when you
13   answer the question. Listen
14   up. Listen up.
15 MR. WARD: And your question is
16   improper because it changes
17   the weather condition.
18 MR. ALLRED: Okay.
19 MR. WARD: Different time,
20   different period, different
21   weather conditions.
22 MR. ALLRED: Okay.
23 Q.  Now, then -- Wait a minute. I want to ask

Page 83

1    you a question.
2  MR. WARD: There's no question on
3    the table now because I've
4    objected to that question and
5    instructed you not to answer.
6  MR. ALLRED: Yeah, he's made all
7    those speeches.
8 Q.  The curve there that you saw out during the
9    daytime, are you saying that the Grose
10   vehicle was back south of that curve when
11   you looked to your left?
12 MR. WARD: Form.
13 A.  I'm not familiar just how far back his car
14   was.
15      But how many seconds would it have took
16   for him to have hit me running at an
17   excessive speed when me crossing the
18   highway with a rig?
19 Q.  Okay. How many seconds did it take you
20   from where you started out from point
21   number two to when the impact occurred?
22 MR. WARD: Form.
23 A.  I can't say for sure, but it took a while.

Page 84

1 Q.  And how long is a while?
2 MR. WARD: Same objection.
3 A.  It took long enough for him to come from
4    where he was at and hit me.
5 Q.  Okay. Well, let's just talk about you
6    because you said you didn't see him. So
7    you have no personal knowledge of where he
8    was; is that correct?
9 A.  That's right.
10 Q.  You never saw him prior to the impact, did
11   you?
12 A.  No, sir.
13 Q.  All right. When you were back here at
14   point number two and you did all this
15   looking, what gear did you start up in?
16 MR. WARD: Form.
17 A.  I would have been in second.
18 Q.  How many forwards do you have -- did you
19   have?
20 A.  10.
21 Q.  Was that a -- It was a load of furniture.
22   Was it particularly heavy?
23 A.  No, sir, not particularly.

Deposition of Billy Gene Michael                                                                March 20, 2007

Page 85

1  Q.  So you could start up without having to
2      really lug your truck; is that right?
3  A.  Yes, sir.
4  Q.  So you would have just made a normal start-
5      up coming out from point number two out to
6      where the accident happened; is that right?
7          MR. WARD:  Form.
8  A.  Yes, sir.
9  Q.  And you said you looked to your right.  So
10     you didn't have to sit out there in the
11     median and wait on anybody coming from your
12     right, did you?
13 A.  No, sir.
14 Q.  You know what I'm talking about.  Sometimes
15     a truck will get hung up in a median
16     because they pull out, and then they've got
17     to wait on traffic to clear before they can
18     get on out.  You understand that, don't
19     you?
20 A.  Yes.
21 Q.  That didn't happen the morning of this
22     wreck, did it?
23 A.  I wasn't hung up.  But still, before I --

Page 86

1  Q.  I understand.  I'm just asking you the
2      question.
3          MR. WARD:  Let him finish his
4              answer, David.
5  Q.  All right.  Now, go ahead and say what you
6      wanted to say.
7          MR. WARD:  Let him finish
8              answering.
9  A.  Before I proceeded in going across that
10     median, I looked back again to my right.
11 Q.  Yeah.  And there was nothing coming.
12 A.  There were nothing coming from my right.
13     But that's when the --
14 Q.  And my point being, you didn't have to wait
15     on traffic coming from your right at all,
16     did you?
17 A.  No, sir.
18 Q.  So you were in a position -- Starting from
19     number -- point number two there, you were
20     in a position where you could just come
21     straight out, get into that southbound
22     lane and go on south without waiting on
23     anybody; isn't that correct?

Page 87

1          MR. WARD:  Form.
2  A.  When I got to that point, I rechecked
3      again.  I didn't just goose it to get on
4      out into the lane.  I looked back again to
5      my right.
6  Q.  Okay.  Was the last check you made, was
7      that off to your right?
8  A.  The best I remember.
9  Q.  And the last check you made when you looked
10     to your right, there's no traffic coming;
11     is that correct?
12 A.  That's correct.
13 Q.  All right.  So you would have been in a
14     position to come straight out and go out on
15     the southbound lane without waiting on
16     anybody coming from your right.
17         MR. WARD:  Form.
18 Q.  Is that correct?
19         MR. WARD:  Form.
20 A.  That's correct.
21 Q.  Okay.  And you're saying now that your
22     tractor was actually into the southbound
23     lane on the left side of that southbound

Page 88

1      lane; is that right?
2  A.  It had started into it, yes, sir.
3  Q.  All right.  Now, when you made the decision
4      to pull up -- out from point number two,
5      had you looked to your left to see if any
6      traffic was coming?
7  A.  Yes, sir.
8  Q.  And if you had seen Jacob coming, you told
9      me while ago you never would have pulled
10     out, would you?
11 A.  If I had seen him, no.
12 Q.  All right.  And tell me now -- Just take as
13     long as you want and tell me everything you
14     want to tell me as to why you say you
15     didn't see him.
16 A.  Because I don't feel like he had got close
17     enough that his lights had come into my
18     view.
19 Q.  Anything else?
20 A.  That's -- That's all I know.  He just
21     hadn't come into view at the time.
22 Q.  All right.  Did you know that the trooper
23     says that he had his lights on?  Did you

Deposition of Billy Gene Michael

March 20, 2007

Page 89

1    know that?
2  A.  I don't know what the trooper had to say.
3  Q.  All right.  Well, I'm telling you that he
4    says that Jacob had his lights on.  Do you
5    have any information that he did not have
6    his lights on?
7        MR. WARD:  Form.
8  A.  No, sir.
9  Q.  Do you have any information about how fast
10    Jacob was going?
11  A.  No, sir.
12  Q.  Now, this is a -- Exhibit 4 is a drawing
13    that the troopers made, and it shows where
14    the impact occurred.
15        (Plaintiff's Exhibit 4 was marked
16        for identification.)
17  Q.  And it says -- I'm looking upside down, but
18    I think that says damaged area between
19    lines.
20        Do you agree that that's where Jacob's
21    car impacted your trailer?
22  A.  Close.  There's just one thing wrong with
23    that drawing.

Page 90

1  Q.  What do you say the trooper got wrong about
2    it?
3  A.  He's got too many wheels on my truck.
4  Q.  All right.  How many were on your truck?
5  A.  It's just a single axle.
6  Q.  On the tractor or the trailer?
7  A.  On the tractor.
8  Q.  All right.  So you just have one set of
9    wheels on your tractor.
10  A.  Uh-huh (positive response).  Yes.
11  Q.  Other than that --
12  A.  And he hit me about, I'm going to say, a
13    third of the way back.  It would have been
14    on past -- He's got the impact -- I'm going
15    to say that's close.
16  Q.  Sir?
17  A.  The impact looks close to right.
18  Q.  All right.  And when you say he hit you a
19    third of the way back, a third of the way
20    back from the front of the truck?
21  A.  A third of the -- from the trailer.
22  Q.  A third of the way back --
23  A.  From the front of the trailer.

Page 91

1  Q.  From the front of the trailer.  All right.
2    But that drawing is close.
3  A.  Yes, sir.
4  Q.  Now, how long was your trailer?
5  A.  53 foot.
6  Q.  And how long was it that your tractor was?
7        MR. WARD:  Form.
8  A.  I really -- I really don't know the wheel
9    base on it.
10  Q.  Have you still got it?
11  A.  No, sir.
12  Q.  Are you sure that you've got on Exhibit
13    1 -- Let me give you that red pen back
14    because I don't want to mark on it.  But
15    you see that red mark you made there?
16  A.  Uh-huh (positive response).
17  Q.  That little square?
18  A.  Yes, sir.
19  Q.  Are you sure, now, that's where your
20    tractor was when the impact occurred?
21  A.  Yes, sir.
22  Q.  And then if your tractor is sitting there,
23    it really doesn't have two drive axles on

Page 92

1    it.  It's just got one.  And then you've
2    got a 53-foot trailer.  And the impact
3    occurred in the front one-third of that
4    trailer, right?
5        MR. WARD:  Form.
6  A.  Yes, sir.
7  Q.  What did you do when the impact occurred?
8  A.  I stopped and I got out.
9  Q.  All right.  Where did you stop?
10  A.  I went ahead and crossed over and parked on
11    the side to keep from having the rest of
12    the highway blocked.
13  Q.  Can you draw in, and we'll make that point
14    number three -- Well, wait a minute.  I
15    need to make this -- Where that little red
16    box is there, I'm going to put a three in
17    blue by that and I'm going to put a circle
18    around it.
19        Now, where you stopped, if you would,
20    draw another little truck figure and, we'll
21    call that point four.
22  A.  I was still a rolling whenever I --
23    whenever he hit me.

Deposition of Billy Gene Michael

March 20, 2007

Page 93

1   Q.   All right.
2   A.   I didn't know what had happened.
3   Q.   All right.
4   A.   I still hadn't seen him. I heard a
5        little -- just a little click like. And I
6        went ahead and pulled on across and got on
7        the shoulder over there and stopped.
8   Q.   All right. Can you draw in a little truck
9        figure over there? And we'll call that
10       point number four.
11  A.   About where I stopped at?
12  Q.   Yes, sir.
13  A.   Is this supposed to be off of the shoulder
14       over here?
15  Q.   Wait a minute. Let me --
16  A.   Where is the last lane of the highway at?
17  Q.   Wait a minute. This is -- See, they've
18       labeled that line barbed wire fence. The
19       last lane of highway --
20       Wait a minute. I drew that in on the
21       southbound side in blue.
22  A.   I would have been just off of the -- just
23       cleared the highway there with my truck to

Page 94

1        get off the pavement. I'm sitting back
2        this way.
3   Q.   Why was it important to get off the
4        pavement?
5   A.   To keep from blocking traffic.
6   Q.   Would there be a danger of a car hitting
7        your truck if it's blocking the lane?
8   A.   Yes, sir.
9        MR. ALLRED: All right. I labeled
10       that number four.
11  Q.   What else did you do after the impact?
12  A.   I got out. First of all, I tried to find
13       out what had happened. I still didn't know
14       that a -- somebody had run into me until I
15       seen some stuff laying in the highway.
16       Then I looked and I seen where his car had
17       landed. And I ran to the truck stop to
18       tell them to call the police, that there
19       had been an accident. And the lady said,
20       no, sir, there's not been no accident
21       around here. I said, ma'am, there have
22       because I'm involved in it; call the
23       polices.

Page 95

1        Well, in the meantime -- She called.
2        And in the meantime another truck had come
3        and had stopped, and he had called from his
4        cell phone, I reckon.
5   Q.   Where was your cell phone?
6   A.   I guess it was still in the truck. I might
7        have had it in my pocket. At that point I
8        don't know.
9   Q.   Why didn't you use it?
10  A.   I was too upset.
11  Q.   All right. You knew there had been a
12       pretty serious accident, didn't you?
13  A.   Yes.
14       MR. WARD: Form.
15  A.   When I seen where, you know, he was at, I
16       knew something had --
17  Q.   When did you first realize that you had
18       pulled out in front of Jacob?
19       MR. WARD: Form.
20  A.   Not until after the impact.
21  Q.   All right. Were you over there on point
22       number four? Did you realize it when you
23       were sitting in the tractor, or had you --

Page 96

1        did you get out first or what?
2        MR. WARD: Form.
3   A.   I still hadn't seen him or his vehicle
4        until I got out. And I still didn't see it
5        until -- I had to look around.
6   Q.   All right.
7   A.   And he was on down.
8   Q.   The trooper drew him -- vehicle two, final
9        rest, they drew him over there next to the
10       fence. Did you walk over there?
11  A.   Yes, sir.
12  Q.   Did you see him?
13       MR. WARD: Form.
14  A.   I seen enough.
15  Q.   What did you see when you walked over
16       there?
17       MR. WARD: Form.
18  A.   I didn't go all the way up to the vehicle,
19       but --
20  Q.   Why not?
21  A.   It was -- I just couldn't feel like I could
22       stand to look down on it.
23  Q.   Show me on here where you were when you

Page 97

1    noticed Kevin's (sic) body in the vehicle.
2              MR. WARD: Form.
3    A.  I hadn't --
4    Q.  Just point to it. Or, here, use your red
5        pen there and show me a point where you
6        were.
7              MR. WARD: Form.
8    A.  I said from -- There was -- one of the
9        other vehicles that had got there, after it
10       got there.
11   Q.  What I'm asking now is, where were you
12       standing when you saw Kevin's body -- I
13       mean, excuse me, Jacob's body in the
14       vehicle?
15             MR. WARD: Form.
16   A.  In this -- On the side of the highway over
17       here, just right behind his car.
18   Q.  All right. If I put a number five --
19             Were you on the shoulder?
20   A.  He had -- He had went into a pasture fence.
21   Q.  I understand that, but where were you?
22             MR. WARD: His question is, were
23             you on the shoulder.

Page 98

1    Q.  Were you on the shoulder?
2              MR. WARD: That's all he's asking
3              you, were you on the shoulder.
4    A.  I was in the highway.
5    Q.  Okay. Why don't you put a number five.
6        The rest of these numbers are in blue, but
7        if you'll put a small number five over
8        there where you were standing when you saw
9        Jacob's body. Turn it this way so it won't
10       be upside down. I put one of them on there
11       upside down. So when we're looking at it
12       later, we can tell.
13   A.  That's where he came to rest, right there.
14   Q.  Right. That's what the trooper said.
15             Is that the way you remember it, up
16       near -- near the fence?
17   A.  That's the way it was sitting.
18   Q.  All right.
19   A.  I would have been -- if this is the last --
20       if this is the outside line of traffic
21       here.
22   Q.  I will tell you that it is.
23   A.  And put a five?

Page 99

1    Q.  Yeah, a small five about the size of these
2        other numbers and put a little circle
3        around it.
4    A.  (Witness complies.)
5    Q.  It's kind of hard to read that. Over here
6        in the margin I'm going to put a five and
7        an arrow going to that. But what you meant
8        to write there was a five where that's red;
9        is that correct?
10   A.  Yes, sir.
11   Q.  So you walked back here. As you were
12       coming from point four to point five, had
13       you pretty much figured out that it was a
14       car that had hit you?
15   A.  Before I came from this point to this point
16       (indicating), I came to the truck stop to
17       make the phone call, and it had done been
18       made. And then I went from the truck stop
19       over.
20   Q.  So when you stopped over here at point
21       four, had you realized that you had pulled
22       out in front of somebody?
23             MR. WARD: Object to the form.

Page 100

1    A.  Not really.
2    Q.  All right. Then you -- But you knew there
3        had been an automobile wreck.
4    A.  I -- All I seen was a little debris laying
5        in the road. I didn't know what had
6        happened.
7    Q.  Was there debris out here where the little
8        vehicle is drawn in by the trooper right
9        there?
10             MR. WARD: Form.
11   Q.  In that area?
12   A.  Close, I'm going to say.
13   Q.  So you knew there had been some kind of a
14       motor vehicle event to occur; is that
15       right?
16   A.  Yes, sir.
17   Q.  All right. And then you went over to the
18       truck stop, to Merle's?
19   A.  Yes.
20   Q.  And you went in, right?
21   A.  Yes.
22   Q.  And what did you say?
23   A.  I told the lady at the field desk to call

Deposition of Billy Gene Michael

March 20, 2007

Page 101

1     the police, that there had been an
2     accident.
3  Q.  What else did you tell her?
4  A.  That's when she replied to me, no, there's
5     not been no wreck here tonight. I said,
6     ma'am, there have; I was involved in it.
7       And she got on the phone and found out
8     that somebody had done reported it. And I
9     guess it was the other truck that had came
10    up out of the north because he was stopped.
11  Q.  Had you decided or realized at point four
12    that you had been involved in that wreck?
13  A.  Yes, sir.
14  Q.  When you felt whatever the thump or
15    whatever you felt, did you know then you
16    had been involved in a wreck?
17       MR. WARD: Form.
18  A.  I didn't feel nothing.
19  Q.  Didn't feel anything.
20  A.  I didn't feel nothing.
21  Q.  Did you hear something?
22  A.  I heard just like a little click.
23  Q.  When you heard that click, did you know you

Page 102

1     had been involved in a wreck?
2  A.  No, sir, not really, I didn't.
3  Q.  So when you -- why did you stop, then?
4  A.  Because I looked in my mirror -- As I was
5    going on into my lane to keep agoing, I
6    looked back in my mirror, and that's when I
7    spotted something laying in the road.
8  Q.  Debris out there in the road?
9  A.  Uh-huh (positive response).
10  Q.  Did you learn later what it was?
11      MR. WARD: Form.
12  A.  Yes, sir.
13  Q.  What was it?
14  A.  It was part of his automobile.
15  Q.  Then you go over here to Merle's and you
16    talk to the lady. You tell her to call the
17    police because there's been a wreck and you
18    have been in it, right?
19  A.  Yes, sir.
20  Q.  Is that right?
21      And then what was your path from
22    Merle's up to point five? Did you walk out
23    this way (indicating)?

Page 103

1  A.  Yes. Yes, sir.
2  Q.  How did you -- When you got outside the
3    restaurant, how did you know where the
4    other car was?
5  A.  You could see it.
6  Q.  Okay. Was that well lighted that night?
7      MR. WARD: Form.
8  A.  Just -- I don't remember at that time if
9    they had up any streetlights there or not.
10    I don't know if they have now or not.
11  Q.  Do you know or is it correct that there was
12    at least enough light for you to see
13    Jacob's car on the other side of the road?
14      MR. WARD: Form.
15  A.  I couldn't see his car. I could see where
16    the other truck had stopped, and I could
17    see some taillights.
18  Q.  Were the taillights on Jacob's car?
19  A.  Yes, sir.
20  Q.  They were on.
21  A.  Yes, sir.
22  Q.  Were the headlights knocked out or were
23    they still going?

Page 104

1  A.  I really don't know.
2  Q.  Did you look and pay attention to them one
3    way or the other?
4      MR. WARD: Form.
5  A.  I don't think that that --
6  Q.  Okay.
7  A.  -- part was damaged.
8  Q.  So you walked from the front of Merle's,
9    and you came up to point number five?
10  A.  Yeah.
11  Q.  And that's where you were when you saw
12    Jacob's body.
13  A.  Yes.
14  Q.  Why didn't you walk over to the car?
15      MR. WARD: Form. Asked and
16      answered. If you have a
17      different answer, you can
18      answer.
19      THE WITNESS: Huh?
20      MR. WARD: If you have a different
21      answer, you can answer.
22      MR. ALLRED: If he has a what?
23      MR. WARD: Different answer.

26 (Pages 101 to 104)

Deposition of Billy Gene Michael                                                    March 20, 2007

---

Page 105

1   A.  I just --
2           MR. WARD:  Hold on.  Different
3       answer than the one he gave
4       you about 20 minutes ago.
5       Don't answer.
6           Do you have a different
7       answer?
8           THE WITNESS:  No, sir.  I answered
9       it while ago.
10  Q.  Well, what was your answer?  I've just
11      forgotten.
12  A.  You've got it wrote down there.
13          MR. WARD:  Hold on a second.
14      Gina, I know it may be hard,
15      but can you find the answer to
16      that question that was asked,
17      please, ma'am?
18          COURT REPORTER:  Uh-huh.
19      (Discussion held off the Record.)
20          MR. ALLRED:  Now, you instructed
21      him not to answer the question
22      because you say it's been
23      asked and answered.

---

Page 106

1           MR. WARD:  I did.
2           MR. ALLRED:  Okay.
3   Q.  (Mr. Allred continuing)  Now, you're saying
4       you told me while ago the answer to that
5       question.  If I'm remembering right, and I
6       may be wrong, you said you didn't think you
7       could stand it or something like that.
8   A.  Yes.
9   Q.  Was that your answer?
10  A.  Yes, sir.
11  Q.  Tell me what you saw.
12          MR. WARD:  Object to form.
13  A.  I -- it was just a -- From what I could
14      see, it was just a bloody mess.
15  Q.  Was he decapitated?
16          MR. WARD:  Form.
17  A.  I found out later he was.
18  Q.  You didn't get any closer than point number
19      five; is that right?
20  A.  Yes, sir.
21  Q.  Did you walk over to the car or see the car
22      at any time to see what was in it besides
23      Jacob?

---

Page 107

1   A.  No, sir.
2   Q.  Do you have any personal knowledge of any
3       items or anything that was in the car?
4   A.  I never seen anything.
5   Q.  Okay.  Did you go look at the car at the
6       salvage yard or anything like that?
7   A.  They wouldn't let nobody close to it, or
8       you couldn't stand to get close to it at
9       the time that I had been called to come and get
10      it.  They had his car inside the building
11      holding it until the investigation was done
12      on his car.
13  Q.  Is the answer to that question no, you
14      didn't look in it to see anything in it,
15      any items or anything?
16          MR. WARD:  Form.
17  A.  No, sir, I didn't look in it.
18  Q.  And when you say you couldn't stand to get
19      near it, what was the problem?
20          MR. WARD:  Object to -- Wait,
21      wait.  Don't answer that
22      question.

---

Page 108

1           David, I think you keep
2       coming back to the same
3       question, as I understand it.
4           MR. ALLRED:  No.  I'm just
5       asking.  He said you couldn't
6       stand to get near it.  I want
7       to know why you couldn't stand
8       it.
9           MR. WARD:  I think he described to
10      you in his answer earlier to
11      the same question --
12          MR. ALLRED:  Okay.  We don't need
13      another speech.
14  Q.  Was there an odor from the car?
15          MR. WARD:  Form.  Go ahead.
16  Q.  When you say you couldn't stand it, are you
17      talking about an odor?
18  A.  At the time I went to pick the truck up,
19      yes.
20  Q.  Okay.  Did the odor have anything to do
21      with alcohol or any type of drugs or
22      substance?
23          MR. WARD:  Form.

---

Deposition of Billy Gene Michael

March 20, 2007

Page 109

1   A.  The odor was because they told me they had
2      left his scalp in the car, didn't get it
3      out.
4   Q.  Did any of the things that -- How long
5      after the accident was this you're talking
6      about that you went to the storage place?
7      MR. WARD:  Form.
8   Q.  How many days?
9      MR. WARD:  Form.
10  A.  Maybe three.  I'm not real sure.
11  Q.  And was that the first time that you had
12     ever gone near the car after seeing it
13     there on the scene?
14  A.  Yes, sir.
15  Q.  Where was it located?
16  A.  It was at a wrecker yard, and I don't
17     recall the name of the wrecker company.
18  Q.  What was your purpose for being there?
19  A.  Trooper Dean called me and told me he had
20     completed the inspection on my truck, that
21     I could come and get it.
22  Q.  Okay.  So you went to get your truck.
23  A.  Yes, sir.

Page 110

1   Q.  Was it still drivable?
2   A.  Yes, sir.
3   Q.  Do you have any evidence or any personal
4     knowledge that there was any alcohol or any
5     drugs or any substances of any kind in the
6     vehicle other than Jacob being in there and
7     parts of his body?
8     MR. WARD:  Form.
9   A.  I have not read no police report.  All I
10     know is what I've told you.
11  Q.  I'm going to give you an example, and I
12     don't mean to limit it to this.  But for
13     example, when you went to get your truck
14     and you're talking about the car was there
15     at the same salvage yard, did you see any
16     alcohol containers, anything like that?
17  A.  No, sir.
18  Q.  Okay.  Or anything else to do with alcohol
19     or drugs or any substance?
20  A.  I wasn't close enough to look in --
21  Q.  So the answer --
22  A.  -- into anything.
23  Q.  -- is no, you did not; is that correct?

Page 111

1      MR. WARD:  He said he wasn't close
2      enough to look in.  That's his
3      answer.
4   A.  I wasn't close enough to look in.
5   Q.  Well, if you have any evidence of alcohol
6     containers or drug -- or drug containers or
7     anything to do with it, I want you to tell
8     me about it.  You have no personal
9     knowledge of that; is that correct?
10     MR. WARD:  Asked and answered.
11  A.  Yes, sir.
12  Q.  Have you ever spoken with Jacob's mama?
13  A.  No.
14  Q.  Have you ever spoken with anybody from the
15     Grose family?
16  A.  No, sir.
17  Q.  Did you go to Jacob's funeral?
18  A.  No, sir.
19  Q.  Did you send any flowers?
20     MR. WARD:  Form.
21  A.  No, sir.
22  Q.  Did you send a sympathy card?
23  A.  No, sir.

Page 112

1   Q.  All right.  When you walked back out there
2     to the scene at point number five there on
3     Exhibit 1, what's the next thing you did or
4     said to anybody?
5   A.  I don't recall anything that was said.  All
6     I know is I sat there till 7 o'clock the
7     next morning when the trooper took me to
8     get a blood test.
9   Q.  All right.  When you left point number five
10     on this drawing, where did you go?
11  A.  I was in the car with Trooper Dean.
12  Q.  Okay.  Where did he put his car on that
13     diagram, if it's shown there?
14     MR. WARD:  Form.
15  A.  When it was all said and done, I got in the
16     car right there at that point.
17  Q.  Right there at point number five?
18  A.  Yes, sir.
19  Q.  And y'all sat there off and on from there
20     until about 7 in the morning?
21  A.  I wasn't in his car until 7 in the
22     morning.  I was sitting in another -- one
23     of the emergency vehicles or something or

Deposition of Billy Gene Michael

March 20, 2007

| | Page 113 |
|---|---|

1    another that had come up there.  And the
2    guy told me, said, you can sit in my
3    truck.  And it was parked where I'm showing
4    you there.
5    Q.  At number five?
6    A.  (Witness nods affirmatively).
7    Q.  Near to number five?
8    A.  (Witness nods affirmatively).
9    Q.  You have to answer out loud.
10   A.  Yes, sir.
11          MR. WARD:  You need to say yes or
12   no.
13   Q.  Do you know of any witnesses to the wreck?
14   A.  No, sir.
15   Q.  Did you give a statement to Trooper Dean?
16   A.  Yes, sir.
17   Q.  And did you try to get the facts of the
18   accident as accurate as you could?
19          MR. WARD:  Form.
20   A.  Yes, sir.
21   Q.  Did you tell him the truth?
22   A.  Yes, sir.
23   Q.  And that was taken right after the accident

| | Page 114 |
|---|---|

1    happened.
2    A.  Yes, sir.
3    Q.  Is that correct?
4    A.  Yes, sir.
5    Q.  And wouldn't you agree that whatever you
6    told Trooper Dean, the facts were a lot
7    fresher on your mind two years ago than
8    they are today?  Is that right?
9          MR. WARD:  Form.
10   A.  I don't know if they were or not.
11   Q.  You don't agree with that.
12   A.  They're still pretty fresh.
13   Q.  Have you gone back to Trooper Dean and told
14   him that you -- you know, that statement I
15   gave you, I think I told you the wrong
16   thing about this issue or that issue?  Have
17   you gone back to him with any conversation
18   like that?
19          MR. WARD:  Form.
20   A.  No, sir.
21   Q.  Have you had any conversations with Trooper
22   Dean since the day of the accident?
23   A.  Yes, sir.

| | Page 115 |
|---|---|

1    Q.  All right.  When did you get back with
2    him?  You got up to 7 o'clock in the
3    morning.  Did he tell you you could go or
4    what happened then?
5    A.  He took me downtown to the -- I guess it's
6    the patrol office, ever what it is, and
7    that's where he took my --
8    Q.  Where did you give the statement?
9    A.  There at that office.
10   Q.  What time did they tell you that you could
11   leave?
12          MR. WARD:  Form.
13   A.  I don't remember.
14   Q.  Was it on the 7th?
15   A.  It was on the same day, yeah.
16   Q.  And what did you do when they said you
17   could leave?
18   A.  I had to call home for somebody to come get
19   me.
20   Q.  Did your wife come get you?
21   A.  No, sir.
22   Q.  Who came and got you?
23   A.  My daughter.

| | Page 116 |
|---|---|

1    Q.  All right.  They kept your truck for three
2    days or whatever; is that right?
3    A.  Had to keep it till he did the inspection
4    on it.
5    Q.  Then when you came over and picked up the
6    truck, did you deliver the furniture?
7    A.  No, sir.
8    Q.  What happened to it?
9    A.  Somebody else from that company, not from
10   the company I was driving for but from FSR,
11   the company that we was hauling for, went
12   and picked the load up and I guess
13   delivered it.
14   Q.  The trailer, did it have any repairs done
15   to it?
16          MR. WARD:  Form.
17   A.  Yes, sir.
18          MR. WARD:  Oh, I'm sorry.
19            Withdraw that.
20   Q.  Sir?
21   A.  Yes, sir.
22   Q.  Did you own that trailer?
23   A.  No, sir.

Deposition of Billy Gene Michael

March 20, 2007

---

Page 117

1  Q.  Who owned it?
2  A.  FSR.
3  Q.  Okay.  Now, when you were hauling this
4     load, who were you working for?
5  A.  It would have been Bad J.
6  Q.  Now, what is Bad J?
7  A.  That's the initials from his children and
8     his wife.  The first initial in it --
9  Q.  Who is his?
10  A.  -- spells their names.
11  Q.  Who are you talking about his?
12  A.  His name is Joey Barnes.
13  Q.  Joey Barnes.
14     When did you last see him or talk to
15     him or have any contact with him?
16     MR. WARD:  Form.
17  A.  Not since the accident.
18  Q.  Not since the accident?
19  A.  No, sir.
20  Q.  How can you find him?  If you wanted to
21     find him today, how would you go about it?
22     MR. WARD:  Form.
23  A.  That's a good question, sir.  I really

---

Page 118

1     don't know.
2     MR. WARD:  Time.  David, is this a
3     good point to stop for lunch?
4     MR. ALLRED:  If y'all want to.  I
5     don't care.
6     MR. WARD:  Let's do that.
7     (Lunch recess.)
8  Q.  (Mr. Allred continuing) Tell me,
9     Mr. Michael, you owned the tractor that was
10     involved in this wreck; is that right?
11  A.  Yes, sir.
12  Q.  I mean, did you hold the title to it?
13  A.  Yes, sir.
14  Q.  Is Mississippi a state that you have to
15     have a title on a motor vehicle?
16  A.  Yes, sir.
17  Q.  And that was in your name?
18  A.  Yes, sir.
19  Q.  Was your wife on it?
20  A.  No, sir.
21  Q.  Was there anybody else on it?
22  A.  No, sir.
23  Q.  Did y'all produce to me a copy of the

---

Page 119

1     certificate of title?
2     MR. WARD:  I don't know.
3     MR. ALLRED:  I haven't looked at
4     all these documents.
5  Q.  Who has that?
6     MR. WARD:  Let me answer your
7     question.  I'd be remiss,
8     David, if I definitively said
9     yes.  I can tell you that --
10     MR. ALLRED:  Well, what --
11     MR. WARD:  Let me finish.  I can
12     tell you that we provided to
13     you all of the documents
14     received from Mr. Michael this
15     morning, and we certainly can
16     double-check that before you
17     leave.
18     MR. ALLRED:  All right.  I'd like
19     to get a copy of the title if
20     it's not in there.
21  Q.  Do you know whether you have a copy of the
22     title, Mr. Michael?
23  A.  I don't know if I have or not because --

---

Page 120

1  Q.  Did you sell that tractor?
2  A.  Yes, sir.
3  Q.  When did you sell it?
4  A.  It was, I guess, a couple of months after
5     the accident.
6  Q.  If the accident happened in April of '05,
7     then somewhere around May or June?
8  A.  May or June, one or the other.
9  Q.  Who did you sell it to?
10  A.  M & L Trucking.
11  Q.  M & L?
12  A.  Trucking.
13  Q.  Trucking.
14     MR. WARD:  David, if I could, with
15     respect to your request for
16     the title, we'll provide you
17     with that, but it wasn't in
18     your original request.
19     MR. ALLRED:  Well, I should have
20     asked for it if I didn't.
21  Q.  All right.  Do you know where the truck
22     is -- the tractor, excuse me, is today?
23  A.  No, sir.

---

30 (Pages 117 to 120)

Page 121

1  Q.  Who is M & L Trucking?
2  A.  Michael Leatherwood.
3  Q.  Michael Leatherwood?
4  A.  Uh-huh (positive response).  Yes, sir.
5  Q.  Do you know how to find him?
6  A.  Yeah, I could find him.
7  Q.  Okay.  Where does he live?
8  A.  Ecru, Mississippi.
9  Q.  Say that --
10 A.  E-C-R-U, Ecru.
11 Q.  How often do you see him?
12 A.  Not that often.
13 Q.  Do you think there was anything wrong with
14    your tractor that had anything to do with
15    you pulling out from the truck stop when
16    the accident happened?
17        MR. WARD:  Form.
18 A.  No, sir.
19 Q.  Did everything about the tractor work like
20    you thought it should have worked?
21 A.  Yes, sir.
22 Q.  Do you claim in this accident that there
23    was something about your tractor that, you

Page 122

1     know, malfunctioned and that that had
2     something to do with you being involved in
3     the accident?
4  A.  No, sir.
5  Q.  Do not?  Okay.
6        Did the truck hesitate or choke down,
7     anything like that, when you started
8     pulling out?
9  A.  No, sir.
10 Q.  Can you give me any idea about how long it
11    was from point two up to the point of the
12    impact on this diagram here?
13        MR. WARD:  Form.
14 A.  No, sir.
15 Q.  Was there anything that caused any delay
16    between when you started out across that
17    lane and when the impact occurred?
18        MR. WARD:  Form.
19 A.  No, sir.
20 Q.  Would it be true that it was just a steady
21    movement?  You started out in, I think you
22    said, second gear or third --
23        Did you say second or third?

Page 123

1  A.  Second.
2  Q.  Second?
3        You started out in second gear, and you
4     just went straight on out there without any
5     choking down or hesitation; is that right?
6  A.  No choking down, no, sir.
7  Q.  Was there any hesitation?
8  A.  Just me looking up to make sure there
9     wasn't nothing acoming back to my right.
10 Q.  Well, I mean as far as the -- I understand
11    that's your position.  But as far as once
12    you made the decision to pull out, when you
13    did that, you didn't hesitate or the truck
14    didn't choke down or almost -- the engine
15    sputter or anything like that; is that
16    correct?
17 A.  Yes, sir.
18 Q.  Now, the truck or the tractor -- I want to
19    talk about the tractor a minute.  Did you
20    operate it for a while after the wreck
21    occurred?  Did you use that same tractor?
22 A.  Not for myself.
23 Q.  Okay.  Explain that to me.

Page 124

1  A.  The company I sold it to, I went to work
2     for him for a while, and I drove the same
3     truck for him.
4  Q.  Okay.  So at the time of the wreck, you
5     were employed by Bad J?
6  A.  Yes, sir.
7  Q.  Joey Barnes.
8  A.  Yes, sir.
9  Q.  Like on your income tax return when it said
10    employer, did you put down Bad J Trucking
11    Company?
12 A.  Yes, that would have been where my W-2 came
13    from.
14 Q.  Did you have any other employer other than
15    Joey Barnes, Bad J Trucking Company?
16 A.  Yes, sir.
17 Q.  Who was that?
18 A.  I also drove for M & L that year.
19 Q.  At the time of the wreck?
20 A.  No, after.
21 Q.  I'm talking about the day of the wreck,
22    now.  Let's talk about that a minute.
23 A.  Oh, the day of the wreck, I was strictly

Deposition of Billy Gene Michael                                                    March 20, 2007

Page 125

1      hauling -- it was strictly Bad J.
2   Q.   And when this wreck happened, were you
3        acting in the line and scope of your duties
4        as a driver for your employer?
5            MR. WARD:  Form.  Go ahead.
6   A.   Yes, sir.
7            MR. WARD:  You can answer.
8   Q.   What did you say?
9   A.   Yes, sir.
10           MR. WARD:  He said yes, sir.
11  Q.   Okay.  Now, how long had you worked for
12       Bad J?
13  A.   I started I believe it was in December of
14       '04.
15  Q.   All right.  Who did you talk to about going
16       to work for Bad J?
17  A.   His cousin, Benny Cooksey, told me about
18       him and told me --
19  Q.   Benny?
20  A.   Benny, B-E-N-N-Y.
21  Q.   All right.  I can handle that.  What's that
22       last name?
23  A.   Cooksey.

Page 126

1   Q.   All right.  Benny.  C-O --
2   A.   O-K-S-E-Y, I believe.
3   Q.   And that is Joey Barnes' cousin.
4   A.   Uh-huh (positive response).  Yes, sir.
5   Q.   So who actually hired you into the Bad J
6        organization?
7            MR. WARD:  Form.
8   A.   Joey.
9   Q.   Joey Barnes?
10  A.   Yes, sir.
11  Q.   How long had you known him when you went to
12       work?
13  A.   I really didn't know him, just --
14  Q.   Did you know him before he hired you?
15  A.   No, sir.
16  Q.   All right.  Why did you go to work for him?
17  A.   Just through his cousin.  I was -- I was
18       wanting to lease -- was hunting another
19       place to lease, and he told me about Joey.
20       And so Joey came to me, and we seemed to
21       hit it off.
22  Q.   What was your arrangement with Joey Barnes?
23  A.   As a what?

Page 127

1   Q.   For you to be working for him.
2   A.   Well, I just -- I just leased to him.
3   Q.   You did what, now?
4   A.   I leased -- I leased to him.
5   Q.   What percentage did you get out of the
6        gross?
7   A.   He charged me so much a week to run his
8        authority.
9   Q.   What did he charge you?
10  A.   He charged me a hundred dollars a week.
11  Q.   What did he do for the $100 a week?
12  A.   He didn't do nothing for it except provide
13       a name on my door and make sure -- he was
14       supposed to make sure that the insurance
15       and everything was --
16  Q.   Okay.
17  A.   -- kept up.
18  Q.   Did you have any type of -- anything in
19       writing about the -- you were talking about
20       being leased to him?
21  A.   He never did draw up a lease agreement.  It
22       was just --
23  Q.   Is there anything in those documents y'all

Page 128

1        produced about your deal with Joey Barnes?
2   A.   Don't think so.
3   Q.   All right.  The name on the door, there's
4        some pictures I had here while ago.
5            MR. ALLRED:  Find us one with the
6            name on the door.
7   Q.   Did you have -- What was that, a magnetic
8        sign or something?
9   A.   No, sir.
10  Q.   Was it actually painted on there?
11  A.   It was -- What do they call it.
12  Q.   This right here.
13  A.   Vinyl.  It was vinyl tape.
14  Q.   Vinyl tape?
15  A.   Uh-huh (positive response).  Yes, sir.
16  Q.   And so the reason you had that on your door
17       was what?
18  A.   Because he was the man I was running
19       under.  I had to --
20  Q.   Who is actually Bad J?  Who is that person?
21  A.   That's Joey Barnes.
22  Q.   He's Bad J?
23  A.   Yes, sir.

32 (Pages 125 to 128)

Page 129

1    Q.  And you say running under.  So Joey Barnes
2         had a -- he had a DOT permit?
3    A.  Yes, sir.
4    Q.  Did you have one?
5    A.  No, sir, I was running under his.
6    Q.  And when you say running under his, he was
7         charging you a hundred dollars a week to
8         run under his -- to use his DOT number; is
9         that right?
10   A.  Yes, sir.
11   Q.  And then who furnished the loads?
12   A.  We got the loads -- He had the loads set up
13        through that FSR.
14   Q.  All right.  So Joey Barnes furnished you
15        with this load when the accident happened?
16   A.  Yes, sir.
17   Q.  And how did that work?  How did you know
18        you had a load?
19   A.  I would talk to the man at FSR.  He knew
20        the agreement that me and Joey had, and he
21        was furnishing both of us hauling.
22   Q.  Did Joey Barnes also have trucks and he
23        hauled loads?

Page 130

1    A.  Yes, sir.
2    Q.  How many trucks did he have?
3    A.  I really don't -- I really don't know.  I
4         can't say.
5    Q.  Give me your best judgment.  One or ten or
6         five?
7         MR. WARD:  Form.
8    A.  I knew he had one he was driving, and there
9         was another boy leased to him, I believe,
10        at the time.
11   Q.  When you met with Joey Barnes and he hired
12        you, where did that meeting take place?
13   A.  At my house.
14   Q.  He came to your house.
15   A.  Yes, sir.
16   Q.  All right.  When I asked you while ago did
17        you know how to find Joey Barnes and you
18        kind of laughed, is he still around over
19        there in --
20        What's the name of that town on that
21        door?
22   A.  That's Iuka.
23   Q.  Is he still around in Iuka?

Page 131

1    A.  I can't say what town he's living in, but I
2         know he's still around.
3    Q.  You didn't know much about him, then, when
4         you went to work for him, did you?
5    A.  Not really, no, sir.
6    Q.  All right.  And you're telling me you don't
7         have a clue how to find him today.
8         MR. WARD:  Form.
9    A.  No, sir, not really.
10   Q.  Now, what was he supposed to furnish?  He
11        was going to furnish the loads, and he
12        furnished you a DOT number; is that right?
13   A.  His authorities.
14   Q.  Okay.  What did that mean to you?
15   A.  It means everything that went on my truck
16        had to go through Joey Barnes.
17   Q.  Did you -- What kind of arrangement did you
18        have with Joey Barnes about the insurance?
19   A.  The insurance is in his name.
20   Q.  How do you know that?
21   A.  Because the name that appears on a truck
22        door, that's the name the insurance has to
23        be in.

Page 132

1    Q.  Did you pay anything for the insurance?
2    A.  Yes, sir.
3    Q.  How much did you pay?
4    A.  It's 600 a month.
5    Q.  Who did you pay that to?
6    A.  To the insurance company.
7    Q.  And who was the insurance company?
8    A.  Transportation Insurance.
9    Q.  Okay.  Are they in Booneville?
10   A.  Yes, sir.
11   Q.  All right.  And this tractor was a '93
12        International; is that right?
13   A.  Yes, sir.
14   Q.  Have you ever been told that you do not
15        have liability insurance?  Anybody told you
16        you do not have liability insurance?
17        MR. WARD:  Form.
18   A.  No, sir.
19   Q.  Do you, as far as you know, have liability
20        insurance?
21   A.  Yes, sir.
22   Q.  Who is it with?
23   A.  It was with Canal.

Page 133

1  Q.  All right.  And that's through the agent
2      Transportation Insurance Services in
3      Booneville, Mississippi?
4  A.  Yes.
5  Q.  And when you would make your payments to
6      them, how would you make them?
7  A.  Cash.
8  Q.  Who did you make them to?  Any particular
9      person in there?
10 A.  Most of the time it would be to Karen Edge.
11 Q.  Karen Edge?
12 A.  Yes, sir.
13 Q.  All right.  Would they give you a receipt?
14 A.  Yes, sir.
15 Q.  Is it true that there's not any dispute
16     between you and Canal Insurance Company
17     about whether you have liability coverage
18     that covers you for this wreck?
19     MR. WARD:  Form.
20 A.  I've not heard nothing from Canal.
21 Q.  Nobody has notified you of any kind of
22     coverage dispute; is that right?
23     MR. WARD:  Form.

Page 134

1  A.  Canal come and did an interview with me at
2      my house after the accident.
3  Q.  I'm going to ask you about that in a
4      minute.  But what I'm asking about is, is
5      it correct that nobody from Canal has said,
6      wait a minute, you don't have insurance for
7      this wreck?
8      MR. WARD:  Form.
9  A.  No, sir, they haven't.
10 Q.  Okay.  Now, do you have -- did you have the
11     actual policy itself?  I mean, did they
12     issue a policy to you?
13 A.  Not in my name.  Everything says Bad J
14     Trucking, and I had a copy that said Bad J
15     Trucking.
16 Q.  Is that copy in those documents y'all have
17     produced to us?
18     MR. WARD:  I didn't see one,
19     David.
20     THE WITNESS:  I don't think I sent
21     you one.
22     MR. WARD:  If you have it, then
23     send it to us so we can give

Page 135

1      it to him.
2      THE WITNESS:  Okay.
3  Q.  All you would have had would have been just
4      something saying you've got insurance, and
5      then it had Bad J Trucking on it, is
6      that --
7  A.  Yes, sir.
8  Q.  Now, Joey Barnes, did he deal with this
9      same company, Transportation Insurance
10     Services --
11 A.  Yes, sir.
12 Q.  -- in Booneville?
13 A.  Yes, sir.
14 Q.  Did he deal with Karen Edge?
15 A.  Yes, sir.
16 Q.  Is she still there --
17 A.  Yes, sir.
18 Q.  -- at Transportation Services?
19     Do you --
20 A.  As far as I know.
21 Q.  -- still deal with her?
22     MR. ALLRED:  Let him finish.
23 Q.  What else did you want to say?

Page 136

1  A.  As far as I know, she's still there.
2      MR. WARD:  Let Mr. Allred finish
3      his question before you
4      answer.  That's what I was
5      getting at.
6      THE WITNESS:  Okay.
7  Q.  Do you still deal with Transportation
8      Insurance Services?
9  A.  No, sir.
10 Q.  If you wanted to find Joey Barnes today,
11     how would you go about it?
12 A.  I'd have to try through his cousin.
13 Q.  Okay.  Benny Cooksey.
14 A.  Yes, sir.
15 Q.  How do you contact Benny Cooksey?
16 A.  I have his phone number somewhere.
17 Q.  What is his number?
18 A.  I'd have to look in my cell phone to get
19     it.
20 Q.  Is the cell phone here in Montgomery?
21 A.  Yes, sir.
22 Q.  Has your wife got it in this room?
23 A.  No, sir.

34 (Pages 133 to 136)

Deposition of Billy Gene Michael

March 20, 2007

Page 137

1  Q.  Is it in your car?
2  A.  Yes, sir.
3  Q.  All right.  I'd like to get that number.
4       But what about Mr. Cooksey's address?
5       Where does he stay?
6  A.  I don't know his address.  I believe it's a
7       Booneville address.
8  Q.  Booneville?
9  A.  Uh-huh (positive response).
10  Q.  How long have Joey Barnes and Mr. Benny
11      Cooksey, how long have they lived in the
12      Booneville-Iuka area?
13         MR. WARD:  Form.
14  A.  The Cooksey boy has always --
15  Q.  All of his life?
16  A.  Uh-huh (positive response).  Yes, sir.
17  Q.  Okay.  Does Bad J have an office somewhere?
18  A.  I don't know.
19  Q.  You don't know of any?
20  A.  Huh-uh (negative response).  No, sir.
21  Q.  When you told me while ago about sending
22      one of those logbook sheets to Bad J, where
23      did you send it?

Page 138

1  A.  He would come by my house.
2  Q.  He meaning Joey Barnes?
3  A.  Joey Barnes.
4  Q.  All right.  He'd come by your house and
5       pick them up?
6  A.  Yes, sir.
7  Q.  How often did he do that?  Do you know?
8  A.  About every two or three weeks he'd come
9       by.
10  Q.  Do you know what he did with them?
11  A.  No, sir.
12  Q.  Did you have some problems with the DOT
13      about your logbooks and keeping up with
14      them?
15         MR. WARD:  Form.
16  A.  No, sir.
17  Q.  Never did?
18  A.  No, sir.
19  Q.  Okay.  Have you ever since you have been a
20      truck driver?
21         MR. WARD:  Form.
22  A.  I have got a -- had violations on my
23      logbook, yes, sir.

Page 139

1  Q.  So you actually didn't work for Bad J, if I
2       can find this logbook -- You didn't really
3       work for Bad J but just December to April
4       when this wreck happened; is that right?
5  A.  Yes, sir.
6  Q.  And how long after the wreck did you work
7       for them?
8         MR. WARD:  Form.
9  A.  I didn't.
10  Q.  Not at all.
11  A.  Not at all.
12  Q.  Was that your choice or was that Joey
13      Barnes' choice?
14  A.  It was my choice, number one.
15  Q.  And tell me why you decided not to work for
16      Bad J anymore, if that's what happened.
17         MR. WARD:  Form.
18  A.  One thing, he sold out.
19  Q.  Okay.  When did he sell out?
20  A.  Immediately after the accident.
21  Q.  And did he close his P.O. box right after
22      the wreck, too?
23         MR. WARD:  Form.

Page 140

1  A.  I don't know about that, but he canceled
2       his authorities.
3  Q.  All right.  Did you -- There we go.  This
4       says up here Joey Barnes.  Do you see that
5       document there where I've got it
6       highlighted?  Is that you or is that Joey
7       Barnes himself or do you know?
8  A.  Talking about up here?
9  Q.  Those violations.  Are those yours or are
10      those Joey Barnes' violations?
11         MR. WARD:  Object to the form.
12          You can answer his question.
13  A.  I don't remember no --
14  Q.  You don't think those are yours.
15  A.  Is this where the -- where the trooper
16      performed an inspection on it or --
17         MR. WARD:  No, look.  He's asking
18          you -- His only question is do
19          you think these are yours or
20          his.
21  Q.  Your violations or Joey Barnes'
22      violations.
23         MR. WARD:  That's all he's asking.

Deposition of Billy Gene Michael

March 20, 2007

Page 141

1          See, he's got that
2     highlighted, and he has the
3     date here of the inspection.
4     He's not trying to trick you.
5     He's just asking one way or
6     the other.
7  A.  I think they would be Mr. Barnes's.
8  Q.  Okay.  What violations did you have about
9     your logbooks?  You said you had had some
10    problems with them.
11         MR. WARD:  Form.
12 A.  Sir, that's been so long.  I think one, I
13    had went 30 minutes over my time.
14 Q.  Yeah.
15         MR. WARD:  When?  Because he asked
16    you about your career.  When?
17         THE WITNESS:  I don't remember.
18         MR. WARD:  Okay.
19 Q.  Did you ever get charged with operating a
20    commercial motor vehicle without a periodic
21    inspection?  Did you ever have a violation
22    like that?
23         MR. WARD:  Form.

Page 142

1  A.  No, sir, not that I recall.
2  Q.  Did you ever have a violation for failing
3     to retain the previous seven days' logs?
4     The last entry was at 12 midnight, off
5     duty, Booneville, Mississippi, on 4/5/05.
6     That would be the day before -- well, two
7     days before the accident.  The accident
8     happened actually on the 7th.
9         MR. WARD:  Form.
10 Q.  You're saying that's not you?
11 A.  And you're asking if I what?
12 Q.  If you got a violation for failing to
13    retain the previous seven days' logs.
14 A.  No, sir.
15 Q.  And the trailer -- the tractor was an
16    International 1993 tractor, right?
17 A.  Yes, sir.
18 Q.  And the license number -- I don't know if
19    we've --
20         MR. ALLRED:  See if we've got a
21    picture of the license number
22    on there and the trailer, too.
23 Q.  The trailer was a Great Dane?

Page 143

1  A.  I really can't say.
2  Q.  Okay.  Well, it looks to me like this is
3     the same serial number of the tractor that
4     was involved in the wreck, and they're
5     saying you didn't retain the logs.  But you
6     say that's not you.
7         MR. WARD:  Form.
8  A.  I was given no kind of citation.
9  Q.  Well --
10        MR. ALLRED:  What about the tag
11    number of it?
12        MR. WARD:  Is that a question,
13    David, of Mr. Michael?
14        MR. ALLRED:  No, I was talking to
15    Craig.  Here we go.
16 Q.  I'm going to represent to you that that
17    picture of the front of the vehicle there
18    that we'll mark Number 5 --
19        MR. ALLRED:  Would you put that on
20    there?
21 Q.  -- is what the troopers took of the front
22    of your tractor.  And you see here, that's
23    the same license number, A111611, and it's

Page 144

1     a '93 International.  And you see on
2     Exhibit 5 that's the same license number.
3     Do you see that?
4  A.  Yes, sir.
5         (Plaintiff's Exhibit 5 was marked
6     for identification.)
7         MR. WARD:  This document here
8     you're referring to dated
9     April the 12th, '05?
10        MR. ALLRED:  Right.
11        MR. WARD:  Okay.
12 Q.  And then it says on there -- They're
13    talking about that tractor.  And then it
14    says:  Driver failed to retain previous
15    seven days' logs.  Last entry was at 12
16    midnight, off duty, Booneville,
17    Mississippi, 4/5/05.
18        You're saying that's not you.
19 A.  I'm saying I didn't receive no citation,
20    and you've got a copy of my logs to show
21    all of that.
22 Q.  Well, I'm not asking you did you receive a
23    citation.

Deposition of Billy Gene Michael

March 20, 2007

Page 145

1        MR. WARD:  Just hold on a minute.
2  Q.  Were you charged with violating that
3     regulation --
4        MR. WARD:  Form.
5  Q.  -- whether they ticketed you or not?
6        MR. WARD:  Object to form.
7  A.  I don't know.
8  Q.  Have you ever been told by anybody that you
9     had violated the Federal Motor Carrier
10    Safety Regulations --
11  A.  No, sir.
12       MR. WARD:  Wait.
13  Q.  -- by not keeping up with your logs?
14       MR. WARD:  Form.
15  Q.  Have you?
16  A.  No, sir.  No.
17  Q.  Okay.  Do you acknowledge that the tag
18     number -- since the tag number on the
19     accident vehicle and on this report here
20     that I'm looking at are the same, that
21     that's really the tractor you were driving
22     at the time of the wreck?
23       MR. WARD:  Form.

Page 146

1  A.  Yes, sir.
2  Q.  Okay.  You have a CDL; is that right?
3  A.  Yes, sir.
4  Q.  Tell me, have you had any tickets or
5     violations before this wreck happened?
6       MR. WARD:  Form.
7  A.  I don't recall no tickets for a while.
8  Q.  Did you have some?
9  A.  Yeah, there might be a couple during my
10    whole -- since I've been driving.
11  Q.  How long have you been driving?
12  A.  Since back in the '80s.
13  Q.  How long have you had a CDL?
14  A.  Since back in the '80s.
15  Q.  You had -- Whatever tickets or wrecks you
16    had had, did you tell Joey Barnes and his
17    cousin about that?  Did you tell them about
18    that before they hired you?
19       MR. WARD:  Object to form.
20       There's been no testimony
21       about wrecks he had.
22  Q.  What's your answer?
23  A.  I ain't got no comment on it.

Page 147

1  Q.  You don't have any comment on that?
2  A.  No.
3  Q.  Okay.  Let me ask you this.  Did anybody
4     even ask you had you ever had a wreck or a
5     ticket driving an eighteen-wheeler before
6     you were hired by the Bad J outfit?
7  A.  No, sir.
8  Q.  Didn't even ask you that question, did
9     they?
10  A.  No, sir.
11  Q.  Did they check your driving record as far
12    as you know?
13  A.  I don't know.  I'm sure they did.
14  Q.  Well, do you have any personal knowledge
15    that it was actually checked?
16  A.  No, sir.
17  Q.  Has Joey Barnes ever told you that he
18    checked your driver's record?
19  A.  No, sir.
20  Q.  Has that other fellow, the cousin, whatever
21    his name was, has he told you?
22  A.  No, sir.
23  Q.  Mr. Benny Cooksey?

Page 148

1  A.  No, sir.
2  Q.  All right.  Was the long and short of it,
3     Joey Barnes came to your house, cut a deal
4     with you, you're going to pay him a hundred
5     dollars a week and the other things you
6     told me about, and then you started hauling
7     loads for Bad J?
8       MR. WARD:  Form.
9  Q.  Was anything else done?
10  A.  That's all.
11  Q.  All right.  What is your CDL license
12    number?  Have you got it on you?
13  A.  Yes, sir.
14  Q.  Okay.  While you're looking for it, is your
15    date of birth February the 14th, 1943?
16  A.  Yes, sir.
17  Q.  Is your Social Security number 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?
18  A.  Say again.
19  Q.  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.
20  A.  Yes, sir, that's right.
21       MR. ALLRED:  I don't think that's
22       what I said the first time,
23       was it?

Deposition of Billy Gene Michael

March 20, 2007

Page 149

1    MR. WARD: You're right, it's not.
2  Q. All right. 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, that's the correct
3     number, right?
4  A. Yes, sir.
5  Q. Okay. What is your residence address?
6  A. House number 8, County Road 1200,
7     Booneville, Mississippi.
8  Q. Have you ever lived at County Road 3011,
9     house number 10 in Booneville?
10 A. Yes, sir.
11 Q. When did you live there?
12 A. About for 10 or 15 year up till I moved
13    into that place there.
14 Q. When did you move from the house number 10
15    address?
16 A. I think I've been in this address two year
17    or better.
18 Q. Did you move before or after the accident?
19 A. Before.
20 Q. Okay. All right.
21    MR. WARD: Do you want a copy,
22       David?
23    MR. ALLRED: I don't think so.

Page 150

1  Q. Can you tell me any tickets you've gotten
2     while operating an eighteen-wheeler?
3     MR. WARD: Form. Asked and
4        answered. Do the best you
5        can. Go ahead.
6  A. I'm trying to think. It's been -- I think
7     I have had one, but I do not remember
8     when. It's --
9  Q. Tell me the one you remember.
10 A. I got a ticket. I don't remember what
11    year, but I got one right here in this
12    town.
13 Q. In Montgomery?
14 A. In Montgomery early one Sunday morning.
15 Q. What were you doing?
16 A. I think that's when they got me for -- I
17    believe it was a logbook violation that
18    time.
19 Q. Okay. Any others you remember?
20 A. No, sir.
21 Q. Do you deny that you got convicted of a
22    defective brake violation in March or April
23    of 2004 in Texas?

Page 151

1    MR. WARD: Form.
2  A. No, sir, I don't deny it.
3  Q. That did happen, didn't it?
4  A. Yes, sir.
5  Q. What was your fine?
6  A. I believe they charged me a hundred dollars
7     on the spot and made me adjust the brakes.
8  Q. Okay. Did you have a wreck?
9  A. No, sir.
10 Q. Okay. Who were you running for then,
11    driving for then?
12 A. For M & L Trucking.
13 Q. Is that that same outfit you sold this
14    tractor to?
15 A. Yes, sir.
16 Q. Did you pay the fine or did they pay the
17    fine?
18 A. I paid it.
19 Q. All right. Did you get a ticket for
20    failure to obey the Motor Carrier rules and
21    regulations in July of 2003 in Alabama?
22    MR. WARD: Form.
23 A. I don't recall it.

Page 152

1  Q. Do you deny it? If the records show that,
2     do you deny that you got such a citation?
3  A. If the record shows it, no.
4  Q. You don't deny it.
5  A. Not if it shows it.
6  Q. All right. What about a citation in March
7     of '02 and a conviction in April of '02 for
8     something to do with documentation -- no
9     documentation? Is that the one you're
10    talking about you got in Montgomery, you
11    think?
12 A. Where did that occur?
13 Q. It just says Alabama District Court.
14 A. I don't recall it.
15 Q. Do you deny you got a speeding ticket in
16    Mississippi in February of 2000?
17    MR. WARD: Form.
18 A. I don't recall that one either. I don't
19    deny it if it says it, but I don't recall
20    it.
21 Q. If the records with your name, Social
22    Security, date of birth on it show these
23    violations, you don't deny that you're the

38 (Pages 149 to 152)

Deposition of Billy Gene Michael

March 20, 2007

Page 153

```
 1         one that this record is referring to; is
 2         that right?
 3    A.   No, sir, I don't deny it.
 4    Q.   When was the first time you talked to Joey
 5         Barnes after the wreck happened?
 6    A.   I haven't.
 7    Q.   Who was the first person that had anything
 8         to do with Bad J that you talked to after
 9         the wreck?
10    A.   His cousin.
11    Q.   Benny?
12    A.   Yes, sir.
13    Q.   All right.  Was he kind of your go-to man?
14             MR. WARD:  Form.
15    A.   Yes.  Yes, sir.
16    Q.   Huh?
17    A.   Yes, sir.
18    Q.   Y'all keep laughing about these folks.  Do
19         they have some type of history that I need
20         to know about?
21             MR. WARD:  I'm laughing about the
22               noise.  Hold on a second.
23    Q.   Sir?
```

Page 154

```
 1             MR. WARD:  I'm laughing about the
 2               noise, if you want to know
 3               what I'm laughing about since
 4               you said we.
 5    Q.   Mr. Michael, do these people, Mr. Cooksey
 6         and Mr. Barnes, do they have some kind of
 7         history that's humorous or anything?
 8    A.   Not to my knowledge.
 9    Q.   Okay.  Well, who was your contact person
10         with the Bad J outfit?
11    A.   At what time?
12    Q.   At any time.  You only worked for them four
13         months.  Take me from the start all the way
14         through.  Who did you deal with?
15    A.   With him, with Joey Barnes.
16    Q.   How often did you have contact with him
17         during the four months that you worked for
18         him?
19    A.   Several times.  We'd talk on the phone.
20    Q.   All right.  How many times a week do you
21         think you'd have conversations with him?
22             MR. WARD:  Form.
23    A.   At least twice.
```

Page 155

```
 1    Q.   Okay.  And then did that -- was that about
 2         the same the whole four months you worked
 3         for him?
 4    A.   Yes, sir.
 5    Q.   All right.  What about Benny Cooksey, what
 6         kind of contact did you have with him?
 7    A.   I've ran a lot with him.  He also drives a
 8         truck.
 9    Q.   When you say ran a lot, did y'all haul a
10         load as a team, two drivers?
11    A.   No.  Him in his truck; me in mine.
12    Q.   Y'all would go the same route hauling two
13         different loads.
14    A.   Yes, sir.
15    Q.   Okay.  How often did you do that?
16    A.   Maybe once a week.
17    Q.   Okay.  Now, Mr. Cooksey, if you had your
18         phone with you now, your cell phone, you
19         could call him right now, couldn't you?
20    A.   Yes, sir.
21    Q.   And wouldn't he know where Joey Barnes is?
22             MR. WARD:  Form.
23    A.   It's possible.
```

Page 156

```
 1    Q.   Do you know of any reason he would not know
 2         where Joey Barnes is?
 3             MR. WARD:  Form.
 4    A.   I wouldn't know.
 5    Q.   I mean, Joey Barnes is not in jail or off
 6         in the military or something, is he?
 7    A.   No, sir, not to my knowledge.
 8    Q.   All right.  So you talked with Joey Barnes
 9         a couple of times a week.  You'd run a lot
10         with Benny Cooksey.  You said about once a
11         week.  And then the wreck happened.
12             And do I understand correctly you've
13         never talked to Joey Barnes about this
14         wreck?
15    A.   That's right.
16    Q.   Never had any conversation with him at all.
17    A.   No, sir.
18    Q.   How did he find out it happened?
19             MR. WARD:  Form.
20    A.   Unless it was through the insurance there
21         at home or through Benny Cooksey, I don't
22         know.  I tried to call him, and I couldn't
23         get an answer that morning.
```

Deposition of Billy Gene Michael

March 20, 2007

| Page 157 |
|---|

1    Q. All right. Well, what happened? You're
2      having conversations with him a couple of
3      times a week. Then you have this wreck.
4      Did you actually try to call him and tell
5      him about the wreck or talk to him about
6      it?
7    A. Yes, sir.
8    Q. And you couldn't get him on the phone.
9    A. No, sir.
10   Q. Was it a cell phone number or a home phone
11      number?
12   A. It was his cell phone.
13   Q. Is that phone still -- the number still
14      operative?
15   A. I don't have no idea if it's still the same
16      one or not. I --
17   Q. What about when you were trying to call him
18      back right after the wreck?
19   A. It was the same then.
20   Q. And it was still an operative number. You
21      just couldn't get an answer.
22   A. That's right.
23   Q. Well, did you go try to find him at his

| Page 158 |
|---|

1      house or try to find him at a restaurant or
2      somewhere?
3         MR. WARD: Form.
4    A. I have tried to make connections with him
5      through his cousin, and he said he didn't
6      want to have no conversation with me.
7    Q. Okay. Benny Cooksey told you that.
8    A. That's right.
9    Q. Okay. And in fact, you've not -- as you
10      say, you've not talked to Joey Barnes at
11      all about the wreck since it happened.
12      You've not been able to get up with him.
13   A. No, sir, I haven't.
14   Q. Now, Mr. Cooksey, you have talked to him
15      since the wreck; is that right?
16   A. Yes, sir.
17   Q. Well, let me ask you this. How did it come
18      to be that your employment relationship was
19      terminated, ever how it was, with Bad J?
20      Tell me the details about that.
21   A. I don't know no details.
22   Q. All right. Well, let me ask you this
23      question. You have the wreck on April the

| Page 159 |
|---|

1      7th of '06, correct?
2         MR. WARD: '05.
3    A. '05.
4    Q. I'm sorry. '05. April the 7th of '05,
5      correct?
6    A. Yes, sir.
7    Q. Okay. And then you said you didn't work
8      for him anymore.
9    A. No, sir.
10   Q. All right. Well, did you send a letter to
11      Joey Barnes or to Mr. Cooksey or anybody
12      and say I don't work for you anymore, I
13      quit, or anything like that?
14   A. There were no need when he canceled his
15      authorities. I'm going to say that --
16   Q. So the answer to my question is you did not
17      send a letter.
18   A. No, sir.
19   Q. And you said you didn't talk to Joey
20      Barnes. Did you tell Mr. Cooksey you quit?
21   A. Yes, sir.
22   Q. When did that occur?
23   A. Before I ever went back to get the truck.

| Page 160 |
|---|

1    Q. Okay. Within three days of the accident.
2    A. Yes, sir.
3    Q. Did that conversation take place in person
4      or on the phone?
5    A. In person, I think.
6    Q. Where were y'all?
7    A. We were in Booneville.
8    Q. Were you at a restaurant, at somebody's
9      house?
10   A. I don't remember.
11   Q. All right. What was said by you and what
12      was said by Benny Cooksey?
13   A. I don't remember his conversation. I just
14      know I told him I wasn't -- I wouldn't be
15      driving no more.
16   Q. How did it come to pass that you had a
17      meeting with Benny Cooksey? Did you set
18      that up? Did he set it up?
19   A. No, sir.
20         MR. WARD: There were two
21      questions. I'm sorry. David,
22      could you -- you asked him two
23      questions and he answered no,

Page 161

1       so --
2       MR. ALLRED: I think it's pretty
3           clear.
4   Q.  I just wanted to know how you came to have
5       the meeting, whether you set it up or he
6       set it up.
7       MR. WARD: Okay.
8   Q.  Who set up the meeting?
9   A.  There were no meetings set up. We live in
10      a small town. We see one another.
11  Q.  Yeah, I know. That's why I can't figure
12      out why it's so much trouble to find Joey
13      Barnes. You ought to be able to find folks
14      in such a small town, shouldn't you?
15      MR. WARD: Form.
16  A.  Mr. Barnes also drives a truck, and he is
17      gone about all the time.
18  Q.  And how do you know that?
19      MR. WARD: Form.
20  A.  He was driving a truck when I was leased
21      for him, sir.
22  Q.  All right. Now, tell me about the meeting
23      with Benny Cooksey. Did you arrange that

Page 162

1       or did he arrange it?
2   A.  There was no arrangements made.
3   Q.  Well, apparently y'all got together one day
4       someway. What did you do, just bump into
5       him on the street?
6   A.  Well, you could put it that away.
7   Q.  Okay. So you just bumped into him on the
8       street, and then you said I'm not going to
9       be working for Bad J anymore.
10  A.  At the time, I didn't intend on ever being
11      back in another truck, and I never crawled
12      into one for about two months later.
13  Q.  Okay. Did you know when you had this
14      meeting with Benny Cooksey that Joey Barnes
15      had canceled his authority?
16  A.  He's the one that told me.
17  Q.  Benny Cooksey told you.
18  A.  Yes, sir.
19  Q.  Did he tell you that before you said that
20      you quit or after you said you quit?
21  A.  I can't tell you a truthful answer. I
22      don't know.
23  Q.  Was there anybody else present for this

Page 163

1       conversation?
2   A.  No.
3   Q.  Can you tell me what street it occurred on?
4   A.  No, sir.
5   Q.  Was it in Booneville or in Iuka?
6   A.  It would have been in Booneville.
7   Q.  All right. Did you get any kind of a
8       question from Mr. Cooksey about, well, how
9       did this wreck happen or anything like --
10      any question similar to that?
11  A.  Any question from Mr. Cooksey?
12  Q.  (Nods affirmatively).
13  A.  No, sir.
14  Q.  All right. When you had -- When you bumped
15      into him on the street in Booneville and
16      you had this conversation, did he already
17      know that you had had a wreck where
18      somebody was killed?
19      MR. WARD: Form.
20  A.  Yes.
21  Q.  How did he get that information?
22  A.  I do not know.
23  Q.  But you didn't tell him.

Page 164

1   A.  No, sir.
2   Q.  So there's really not anybody from Bad J
3       that's asked you how the accident
4       happened.
5   A.  No, sir.
6   Q.  Is that right?
7   A.  No, sir.
8   Q.  Okay. Did you yourself report this to your
9       insurance company?
10  A.  Yes, sir.
11  Q.  Who did you report it to?
12  A.  To Transportation Insurance.
13  Q.  When did you make that report?
14  A.  It would have been -- I don't remember if
15      it was that day or not. It was whenever I
16      got back home.
17  Q.  The day of the wreck?
18  A.  Yes, sir.
19  Q.  Okay. Did you talk to this lady that you
20      paid the premiums to, Karen Edge?
21  A.  Yes, sir.
22  Q.  What did you tell her?
23      MR. WARD: Form.

Deposition of Billy Gene Michael                                              March 20, 2007

|  | Page 165 |
|---|---|

1   A.  Just there'd been an accident.
2   Q.  Did you say anything else?
3   A.  I don't recall.
4   Q.  Did you tell her somebody had been killed?
5        MR. WARD:  Form.
6   A.  I don't recall.  I probably did.
7   Q.  All right.  Then you said while ago that
8        somebody came and took your statement?
9   A.  Yes, sir.
10  Q.  When did that occur?
11  A.  It was -- It was a little while after the
12       accident.  I couldn't tell you what day it
13       was on.
14  Q.  All right.  It was sometime before this
15       lawsuit was filed, wasn't it?
16  A.  Yes, sir.
17  Q.  Had you gotten any letters from anybody
18       saying that you were going to get sued
19       because of this accident prior to your
20       statement being taken?
21       MR. WARD:  Form.
22  A.  No, sir.
23  Q.  Was that statement recorded?

|  | Page 166 |
|---|---|

1        MR. WARD:  Form.
2   A.  What statement?
3   Q.  The one we're talking about that your
4        insurance company took from you.
5   A.  I'm not real sure.  I believe they did.
6   Q.  Have you seen a copy of it?
7   A.  No, sir.
8   Q.  Do you know who has a copy of it?
9   A.  No, sir.
10  Q.  Were you asked -- On that statement were
11       you asked how the accident happened?
12       MR. WARD:  Form.
13  A.  I don't remember.
14  Q.  Did you explain to whoever took your
15       statement your side of the story?
16  A.  I don't recall.
17  Q.  We'd just have to look at that statement to
18       see what you were asked and what you were
19       told, wouldn't we?
20       MR. WARD:  Form.
21  A.  Yes, sir.
22  Q.  Right?
23       Okay.  Has anybody else taken your

|  | Page 167 |
|---|---|

1   statement other than that one time from
2   your insurance company?
3   A.  Not besides Trooper Dean.
4   Q.  Has he taken your statement more than one
5        time?
6   A.  No, sir.
7   Q.  Was that statement recorded?
8   A.  Yes, sir.
9   Q.  Did he ask you how the accident happened?
10  A.  Yes, sir.
11  Q.  And did you tell him your side of the
12       story?
13  A.  Yes, sir.
14  Q.  All right.  You've not talked to Bad J or
15       Joey Barnes about how the accident
16       happened.
17  A.  No, sir.
18  Q.  And you told me about talking to your
19       insurance company.  Don't tell me what you
20       said to your lawyer.  You did talk to
21       Trooper Dean, right?
22  A.  Yes, sir.
23  Q.  Have you talked to anybody else about how

|  | Page 168 |
|---|---|

1   the accident happened?
2   A.  Not that I recall, no, sir.
3   Q.  Now, tell me about this entity, this
4        organization or outfit, that owned the
5        trailer, FSR.  What is that?
6   A.  That's a trucking company, also.
7   Q.  Okay.  What does FSR stand for?  What I'm
8        trying to get to is what's the real name?
9   A.  I don't know the names that those initials
10       represent, but I do know there's a name.
11       But that is what they've got on their
12       trucks is FSR.
13  Q.  This is a picture that the trooper took of
14       the back end of the trailer that you were
15       pulling, and it says FSR on there.
16       (Plaintiff's Exhibit 6 was marked
17        for identification.)
18  Q.  See that?
19  A.  Uh-huh (positive response).
20  Q.  How did you come about pulling that
21       trailer?
22  A.  They furnished the trailers.
23  Q.  Who is they?

42 (Pages 165 to 168)

Deposition of Billy Gene Michael

March 20, 2007

Page 169

1  A.  FSR.
2  Q.  What was the arrangement between you and
3      FSR about getting ahold of their trailer?
4  A.  FSR, the way I understand it, is a broker.
5      They were getting our hauling from a little
6      furniture company that's right in front of
7      their door.  But FSR furnished the trailers
8      and got the hauling.
9  Q.  What town is FSR located in?
10  A.  Pontotoc, Mississippi.
11  Q.  And how far is that from Iuka and
12      Booneville?
13  A.  It's approximately 50 mile from Booneville,
14      and I believe it's 15 from New Albany.
15  Q.  Did you ever deal with any individual at
16      FSR?
17  A.  Just -- What's his name.
18  Q.  There's a name on this --
19  A.  Stutsey.
20  Q.  Who?
21  A.  Jerry Stutsey.
22  Q.  That name there looks to me like Jackie
23      Caldwell.  Did you ever deal with anybody

Page 171

1      between FSR and Joey Barnes?
2  A.  No, sir, I don't.
3  Q.  Is FSR still in business?
4  A.  Yes, sir.
5  Q.  And this Mr. Stutsey, do you think he would
6      know how to find Joey Barnes?
7  A.  He's no longer with them.
8  Q.  Stutsey is gone?
9  A.  Stutsey is not with them no more.
10  Q.  When did he leave out?
11  A.  I really don't know.
12  Q.  Was it after this wreck?
13  A.  It was after the wreck.
14  Q.  Okay.  Where can you find him today?
15  A.  I don't know.
16  Q.  If you wanted to look for him, how would
17      you go about doing it?
18          MR. WARD:  Form.
19  A.  I don't know rather than go to Pontotoc,
20      get the phone directory and see if I could
21      find his name.
22  Q.  Did you deal with anybody at the -- Was it
23      Stratford Company that made the furniture?

Page 170

1      named Jackie Caldwell at FSR?
2  A.  Not that I know of.  The only one I knew
3      was Jerry Stutsey.
4  Q.  Jerry.  Spell the last name.
5      S-T-U-D-S-E-Y?
6  A.  That's as close as I know.
7  Q.  All right.  When you picked up this
8      trailer, though, they already had the
9      furniture in it?
10  A.  Yes, sir.
11  Q.  Did you have anything to do with loading
12      it?
13  A.  No, sir.
14  Q.  And when you picked it up, you just backed
15      your tractor up and hooked it up on the
16      fifth wheel and hooked up the air and the
17      stuff that you hook up?
18          MR. WARD:  Form.
19  A.  Yes.
20  Q.  Did FSR have anything else to do with it
21      other than they owned the trailer?
22  A.  No, sir.
23  Q.  Do you know what the arrangement was

Page 172

1  A.  That's where that particular load came
2      from.
3  Q.  Okay.  Did you deal with anybody there?
4  A.  No, sir.
5  Q.  And the weight on this load, if it shows it
6      was about 6,350 pounds, would that be the
7      same as what you think?
8          MR. WARD:  I object to the form.
9  A.  I don't --
10          MR. WARD:  If it shows.  If what
11          shows?
12          MR. ALLRED:  This document.  On
13          the packing list --
14          MR. WARD:  This document.
15          MR. ALLRED:  -- it shows 6,300
16          pounds.
17  Q.  Do you think that's about what that load
18      weighed?
19          MR. WARD:  Form.
20  Q.  6,350 I think is what it says.
21          MR. WARD:  Form.
22  A.  That's the total weight they say.  I --
23  Q.  That's the packing list for that load.

Deposition of Billy Gene Michael                                                    March 20, 2007

Page 173

1   A.  That's the packing list.
2   Q.  If that's the right packing list.
3       That wasn't a particularly heavy load.
4   A.  No, sir.
5   Q.  Did you haul furniture mostly with that
6       tractor, light loads?
7   A.  Yes, sir.
8   Q.  If you hauled a heavy load, you'd have to
9       have one with a dual drive axle, wouldn't
10      you?
11  A.  Yes, sir.
12  Q.  Tell me about Joey Barnes, as you said,
13      selling out.
14          MR. WARD:  Form.
15  Q.  What do you know about that?
16  A.  No more than what I've told you.  I just
17      heard he sold out.
18  Q.  Who did you hear it from?
19  A.  From his cousin.
20  Q.  And that's Benny --
21  A.  Benny.
22  Q.  -- Cooksey.
23          What did he tell you?

Page 174

1   A.  That he had sold out and canceled his
2       authority.
3   Q.  Sold out and canceled authority.
4       And that was what, a day or two after
5       the wreck?
6   A.  Yes, sir.
7   Q.  That was because of this wreck, wasn't it?
8           MR. WARD:  Form.  Form.  I don't
9               want you guessing.
10  A.  I can't say for sure.  I don't know.
11  Q.  Do you know of any event that occurred
12      other than this wreck that would have
13      caused Joey Barnes to sell out all of a
14      sudden and cancel his authority?
15          MR. WARD:  Object to form.  I
16              don't want you guessing.
17  A.  I don't.
18  Q.  Sir?
19  A.  I don't know of nothing.
20  Q.  You don't know of any event that would have
21      caused that other than this wreck, do you?
22          MR. WARD:  Object to the form of
23              the question.  I think he's

Page 175

1       asked and answered it.  He
2       never admitted to the
3       accident --
4           MR. ALLRED:  He never admitted
5               what?
6           MR. WARD:  He never admitted to
7               the accident being what caused
8               him to sell out.
9           MR. ALLRED:  Okay.  I'm not asking
10              him to.
11          MR. WARD:  But that's -- Yes, you
12              are.
13          MR. ALLRED:  I'm not asking him
14              to.
15  A.  I don't know what caused him to sell out.
16  Q.  I understand that.  Do you know of any
17      event other than this accident that could
18      have caused Joey Barnes to sell out?
19          MR. WARD:  Object to the form.
20  Q.  I mean, did something else happen?  Was
21      there another accident?  Did --
22  A.  You're asking me two questions in one.
23  Q.  Did they have a fire somewhere?

Page 176

1           MR. WARD:  Wait.  Wait.
2   Q.  Sir?
3           MR. ALLRED:  Let him finish.
4               Go ahead, David.  Did you
5               finish?
6           MR. ALLRED:  Yes.
7           MR. WARD:  Object to the form of
8               the question.  And it does ask
9               him to admit, as I mentioned
10              before, that the sale -- that
11              the accident is an event that
12              caused Mr. Barnes to sell
13              out.  That's what I'm
14              objecting to.  He's not in a
15              position to answer that
16              question as phrased.
17          MR. ALLRED:  I asked him if it
18              could have, anything other
19              than the accident that could
20              have, and I gave him some
21              examples.
22          MR. WARD:  And my objection that
23              I'm not going to let him

44 (Pages 173 to 176)

Page 177

| | |
|---|---|
| 1 | answer it, David, goes to your |
| 2 | suggesting that he admit the |
| 3 | reason Mr. Barnes may have |
| 4 | sold out was because of the |
| 5 | accident. You can -- He can |
| 6 | answer the rest of the |
| 7 | question after that phrase. |
| 8 | MR. ALLRED: Do you represent |
| 9 | Bad J? |
| 10 | MR. WARD: All I'm telling you is |
| 11 | I'm not -- |
| 12 | MR. ALLRED: Who represents Bad J? |
| 13 | MR. WARD: -- allowing him to |
| 14 | answer what was in Mr. Barnes' |
| 15 | state of mind. |
| 16 | MR. ALLRED: I'm not asking him |
| 17 | that. There's no way that |
| 18 | this witness could answer |
| 19 | that. |
| 20 | MR. WARD: That's right. |
| 21 | MR. ALLRED: I'm just asking from |
| 22 | his personal knowledge, does |
| 23 | he know of anything -- |

Page 178

| | |
|---|---|
| 1 | MR. WARD: Other than. |
| 2 | MR. ALLRED: -- other than this |
| 3 | wreck that may have caused |
| 4 | it. That's a very simple |
| 5 | question. |
| 6 | MR. WARD: Well, it's simple to |
| 7 | you, but it suggests that the |
| 8 | reason he did was because of |
| 9 | the accident. That's why I'm |
| 10 | telling him not to answer. |
| 11 | MR. ALLRED: And you're saying not |
| 12 | just there's an objection to |
| 13 | it. You're just saying you |
| 14 | don't want him to answer that |
| 15 | question. |
| 16 | MR. WARD: As phrased, that's |
| 17 | correct. |
| 18 | MR. ALLRED: Okay. Who represents |
| 19 | Bad J? |
| 20 | MR. WARD: Are you asking me? |
| 21 | MR. ALLRED: Yeah. |
| 22 | MR. WARD: I don't know. |
| 23 | Q. Are you going to answer that question? |

Page 179

| | |
|---|---|
| 1 | MR. WARD: I've instructed him not |
| 2 | to answer the question. |
| 3 | Q. Okay. Do you know the answer to that |
| 4 | question? |
| 5 | A. Refer to Bad J. |
| 6 | MR. WARD: Don't answer. Listen. |
| 7 | Hold on. Don't answer his |
| 8 | question. |
| 9 | A. I ain't got no idea. |
| 10 | Q. Was there any event going on during your |
| 11 | four months of working with Bad J that made |
| 12 | it look like they were going to sell out? |
| 13 | MR. WARD: Form. |
| 14 | A. Not to my knowledge. |
| 15 | Q. Was it a surprise to you when you were told |
| 16 | that Joey Barnes had sold out and canceled |
| 17 | his authority? |
| 18 | MR. WARD: Form. |
| 19 | A. Yes, it was. |
| 20 | Q. Okay. How many other drivers did he have |
| 21 | besides Joey Barnes and then the cousin, |
| 22 | Benny Cooksey? Did he have others? |
| 23 | A. Not to my knowledge. |

Page 180

| | |
|---|---|
| 1 | Q. Do you see any trucks over there in your |
| 2 | small little town with Bad J on them |
| 3 | anymore? |
| 4 | A. No, sir. |
| 5 | Q. If you had the events of that morning to do |
| 6 | over again when this accident happened, |
| 7 | would you have done anything any different |
| 8 | than the way you did it? |
| 9 | MR. WARD: Form. You can answer. |
| 10 | A. I can't think of none. |
| 11 | Q. Even knowing what you know now -- |
| 12 | MR. WARD: Object to form. |
| 13 | Q. -- you'd do it the same way; is that right? |
| 14 | MR. WARD: Object to form. |
| 15 | If you've got a different |
| 16 | answer, you can answer it. |
| 17 | A. How was I to know what was going to happen? |
| 18 | MR. WARD: He's not asking you |
| 19 | that. |
| 20 | Q. We know now what did happen. That's the |
| 21 | point. You pulled out in front of Jacob. |
| 22 | Now that you know that -- |
| 23 | MR. WARD: Hold on. |

Deposition of Billy Gene Michael

March 20, 2007

Page 181

1  Q.  -- would you have done anything any
2      different?  That's what I'm asking.
3          MR. WARD:  Object to the form of
4              the question.  Now, if you
5              understand it, you can answer
6              it.
7  A.  I can't think of a thing I would have done
8      different than the way I did it that
9      morning, getting up --
10  Q.  Even knowing --
11  A.  -- and getting ready to leave.
12          MR. WARD:  Wait.  Hold on.
13  Q.  Okay.  Even knowing that you pulled up
14      there, you say you stopped, you say you
15      looked, but you didn't see him, so you
16      pulled out in front of him and he was
17      killed, and if you had it all to do over
18      again, you would still do it the same way;
19      is that right?
20          MR. WARD:  Object to the form of
21              the question.
22  Q.  Or would you do it different?
23          MR. WARD:  Hold on a second.

Page 182

1          MR. ALLRED:  Okay.
2          MR. WARD:  Object to the form of
3              the question.  Asked and
4              answered.  I'm not letting him
5              answer it again.
6          MR. ALLRED:  No.  I haven't asked
7              him has that been done any
8              different and gotten an answer
9              on it.  I'm asking --
10          MR. WARD:  Asked and answered.
11          MR. ALLRED:  -- would he do it
12              different.
13          MR. WARD:  I'm not letting him
14              answer the question again.
15              He's answered it twice.  Now,
16              you --
17          MR. ALLRED:  So the answer --
18          MR. WARD:  Let me finish.
19              You want to take the
20              question --
21          MR. ALLRED:  As long as it's true.
22          MR. WARD:  Hold on a second.  You
23              want to take the question --

Page 183

1          MR. ALLRED:  He'd do it the same.
2              He'd do it the same.  He
3              wouldn't change anything.
4          MR. WARD:  You want to take the
5              question and then on the front
6              of it add a bunch of things
7              that you want him to answer or
8              not answer.
9          MR. ALLRED:  Yeah.
10          MR. WARD:  But the basic
11              question --
12          MR. ALLRED:  That's right.
13          MR. WARD:  -- you asked him about
14              changing anything he's
15              answered twice.
16          MR. ALLRED:  And let me tell you
17              why I added things on it --
18          MR. WARD:  And that's --
19          MR. ALLRED:  -- is because he said
20              that he would have done it
21              just like he did it even
22              knowing that he pulled out in
23              front of somebody.  He's still

Page 184

1              saying he would have done it
2              just like he did it.
3                  Is that what you want him
4              to answer?
5          MR. WARD:  David, you asked him if
6              he would change anything based
7              upon what he knows.
8          MR. ALLRED:  Yeah.
9          MR. WARD:  He answered that once.
10          MR. ALLRED:  Okay.  He wouldn't
11              change --
12          MR. WARD:  You asked him the
13              second time.  He answered it
14              again, said the same thing.
15          MR. ALLRED:  Are y'all pleased
16              with that answer?
17          MR. WARD:  The question is not
18              whether or not Im pleased
19              with the answer.  The question
20              is --
21  Q.  Do you want to change the answer in any
22      way?  Do you want to change the answer in
23      any way?

46 (Pages 181 to 184)

Deposition of Billy Gene Michael

March 20, 2007

Page 185

1     MR. WARD: I'm not letting him
2         answer the same question you
3         asked him twice --
4     MR. ALLRED: Okay.
5     MR. WARD: -- a third time, David,
6         is what I'm saying to you.
7     MR. ALLRED: That's fine.
8  Q. Mr. Michael, that question, according to
9     your lawyer, has been now asked and
10    answered twice, according to your lawyer.
11    And all I want to know from you, is there
12    anything that you want to change about that
13    answer to that question in any way? Take
14    as long as you want and say anything you
15    want to and tell me whether there's
16    anything about your answer that you want to
17    change.
18        MR. WARD: And I'm instructing him
19        not to answer the question.
20 Q. And you're not going to answer whether
21    there's anything you want to change?
22        MR. WARD: David, that's the same
23        thing you've asked him.

Page 186

1         MR. ALLRED: No, it's not.
2         MR. WARD: Yes, it is.
3  Q. If there's anything you want to change --
4         MR. WARD: The only word that's
5         not in there is event. But
6         that's the same question you
7         asked him twice.
8         MR. ALLRED: No.
9  Q. I'm asking is there anything you want to
10    change about your answer?
11        MR. WARD: Go ahead. Do you
12        understand his question? He
13        understands your answer. Now
14        he's asked if there's anything
15        you want to change about the
16        answer.
17 Q. Yeah, anything you want to add to it or
18    take away from it or say differently.
19        THE WITNESS: The question was
20        what I didn't understand. I
21        thought he was meaning when I
22        left from home.
23        MR. WARD: Well, ask him what he

Page 187

1     meant. Ask him what he meant.
2         MR. ALLRED: Let me ask it again
3         because he's been answering a
4         different question.
5  Q. Knowing what you know now -- I'm not
6     talking about left from home. I'm talking
7     about look at Exhibit 1, point number two.
8     Okay? Knowing what you know now -- And
9     you've explained to us what happened, what
10    you did, and we know now that an accident
11    occurred. Knowing what you know today, is
12    there anything that you would have done
13    different back on the morning of the
14    accident knowing what you know today?
15        MR. WARD: Form.
16 A. Only if I'd have known that somebody had
17    been coming.
18 Q. Well, you understand that the question I'm
19    asking you is that you know now somebody
20    was coming. You understand that.
21        MR. WARD: I object to the form.
22        Do you understand what he's
23        saying?

Page 188

1  A. I didn't know there was anybody coming.
2  Q. I understand you say that. But you said
3     you looked and you said you just didn't see
4     him. But, see, what I'm asking is, we know
5     now he was coming because there was a wreck
6     that occurred.
7         MR. WARD: Don't say anything.
8  Q. If you had known that at the time you
9     pulled out, would you have done anything
10    any different?
11        MR. WARD: Do you understand his
12        question?
13        THE WITNESS: Yeah.
14        MR. WARD: And I think you've
15        answered it.
16        MR. ALLRED: And he's answered
17        it?
18        MR. WARD: Yeah, just before
19        you --
20        MR. ALLRED: Okay. That's fine.
21        MR. WARD: He said if he had known
22        he was coming was his answer
23        to your question.

47 (Pages 185 to 188)

Deposition of Billy Gene Michael

March 20, 2007

Page 189

1  Q.  Well, what Im asking is if you had known
2      he was coming, that's part of the question,
3      would you have done anything different?
4      What's the answer to that question?
5  A.  I would have sat there until he got by.
6  Q.  Yeah.  Okay.  Do you know of anything that
7      Jacob did to cause the accident?
8          MR. WARD:  Object to the form.
9          You can answer that.
10 A.  No, I don't know.
11 Q.  Okay.  Do you -- If you pull out in front
12     of somebody, if you look and you just make
13     a mistake and you don't see them and you
14     pull out in front of them, do you say that
15     it's their fault if they just don't see
16     you?
17         MR. WARD:  Object to the form.
18 Q.  Is that your position?
19         MR. WARD:  Hold on a second.
20         Object to the form.  I think
21         there's no way he can answer a
22         question like that, David,
23         because the assumption is --

Page 190

1          MR. ALLRED:  Oh, it is, too.
2          MR. WARD:  Well, the assumption is
3          the decedent didn't see him.
4          MR. ALLRED:  Is the what?
5          MR. WARD:  The decedent didn't see
6          him.
7          MR. ALLRED:  Well, I'm just asking
8          his position.  Sometimes
9          people don't see you.
10         MR. WARD:  No, no.  You're either
11         not understanding me or --
12         MR. ALLRED:  Well, that's all
13         right.  All you have to do is
14         object to the form.
15         MR. WARD:  Well, I'm objecting --
16         MR. ALLRED:  I'm going to ask my
17         question.
18         MR. WARD:  I'm not going to let
19         him answer that question as
20         posed.
21         MR. ALLRED:  All right.  Well,
22         that's fine.
23 Q.  Tell the jury and the court, if you would,

Page 191

1          Mr. Michael, is it your position as a truck
2          driver that if you make a mistake and pull
3          out in front of somebody, it's their fault
4          if they hit you?
5              MR. WARD:  Form.
6  A.  That would depend.
7  Q.  And what all would that depend on,
8      Mr. Michael?  Tell the court and the
9      jury --
10 A.  On the speed of travel they were --
11         MR. WARD:  Form.
12 Q.  Sir?
13 A.  On their speed.
14 Q.  Do you have any evidence that Jacob was
15     speeding?
16         MR. WARD:  Form.
17 A.  I haven't seen no report.
18 Q.  If you look at the report, it conclusively
19     shows that he was not speeding, doesn't it,
20     Mr. Michael?
21         MR. WARD:  Form.
22 A.  I haven't seen it.
23 Q.  All right.  Well, let's look at it.  We've

Page 192

1          got it in here somewhere.  Here we go.
2              Have you even looked at the police
3          report in this case?
4              MR. WARD:  Form.
5  A.  No, sir.
6  Q.  Well, let's look at it now.  This is the
7      first time you've ever looked at it; is
8      that right?
9  A.  Yes, sir.
10 Q.  And they put down things on there like the
11     officer's judgment about the speed.  He put
12     you down at five miles an hour.  Was that
13     about right?
14         MR. WARD:  Form.
15 A.  Yes, sir.
16 Q.  Sir?
17 A.  Yes, sir.
18 Q.  All right.  And then the speed limit there
19     on that space of highway was 65 miles an
20     hour.  Do you see that?
21         MR. WARD:  Form.
22 Q.  Sir?
23 A.  Yes, sir.

48 (Pages 189 to 192)

Deposition of Billy Gene Michael

March 20, 2007

Page 193

1  Q.  Mr. Michael, do you see that?
2  A.  Yes, sir.
3  Q.  And what did the trooper enter on there for
4      the speed of Jacob?
5          MR. WARD:  See where it says
6          estimated speed?
7  A.  It says 65.
8  Q.  So he's not speeding, was he?
9          MR. WARD:  Form.
10  A.  Not if that's the posted speed limit.
11  Q.  Okay.  You would agree that if he was going
12      65 and the speed limit was 65, then he's
13      not speeding, was he?
14          MR. WARD:  Form.
15  A.  No, sir.
16  Q.  So if you pull out in front of him, your
17      answer there about if he's speeding it
18      would be his fault, that wouldn't be
19      correct, would it?
20          MR. WARD:  Form.
21  Q.  Sir?
22          MR. WARD:  Form.
23  A.  It wouldn't have been due to the speed, no,

Page 194

1      sir.
2  Q.  Okay.  Well, can you tell me of anything
3      that the accident would have been due to,
4      as you said, other than you pulling out in
5      front of him?
6          MR. WARD:  Object to the form.
7  A.  I ain't got no comment on it.
8  Q.  Well, why do you not have any comment on
9      it?  I mean, can you not answer that
10      question with a yes or no and any kind of
11      explanation you want to give?  You just
12      want to say there's no comment?
13  A.  I don't know is what I'm saying.
14  Q.  All right.
15          MR. WARD:  There you go.
16  Q.  How did you come about putting these
17      numbers on the side of your tractor that
18      are shown on Exhibit 7?
19  A.  Through Mr. Barnes' permission.
20  Q.  Okay.
21  A.  He gave me the copy to have put on there.
22         (Plaintiff's Exhibit 7 was marked
23         for identification.)

Page 195

1  Q.  Did he furnish those numbers to you?
2  A.  No, sir, I paid for the numbers.  He just
3      gave me what to have put on it.
4  Q.  All right.  Have you transferred any
5      property since you had this wreck?
6          MR. WARD:  Form.  Form.  I'm not
7          going to let him answer that,
8          David.
9          MR. ALLRED:  Well, there's a case
10          called Prestwood versus Ivey
11          that says transferring
12          property is evidence of
13          consciousness of guilt, and
14          it's not only discoverable,
15          it's admissible.  So we need
16          to have an answer to that.  We
17          heard about Mr. Barnes selling
18          out.
19          MR. WARD:  I'm not going to let
20          him answer that question today
21          because it's my understanding
22          that goes to post-trial --
23          MR. ALLRED:  No.

Page 196

1          MR. WARD:  -- information.
2          MR. ALLRED:  Why don't we stop and
3          let you read the case because
4          I've had --
5          MR. WARD:  Have you got it?  Give
6          it to me.
7          MR. ALLRED:  I mean, I don't have
8          it here with me.  It's
9          Prestwood v. Ivey.  It's out
10          of Coffee County and it's
11          Judge Paul and it's in the
12          '60s.  And the issue there was
13          a fellow had a bad wreck and
14          he started transferring
15          property, and it was
16          admissible in the case to show
17          consciousness of guilt.  It
18          may be Ivey v. Prestwood.  I
19          don't know.
20          But what I want to know
21          is if there's -- and you told
22          us about -- And the questions
23          I want to ask, he told me

Page 197

1    about selling his truck, and I
2    want to know if he owned any
3    real property and he sold it
4    or if he moved things into
5    somebody else's name.
6        MR. WARD: I understand what your
7        question goes to.
8        MR. ALLRED: And if he really
9        hasn't done any of that kind
10       of thing, then it's not that
11       big a deal. If he's
12       transferred some property,
13       then we're entitled to know
14       about it.
15       MR. WARD: Well, I take a
16       different view, and I'll take
17       a break.
18       MR. ALLRED: Okay.
19       (Brief recess.)
20   Q.   (Mr. Allred continuing) Do you know,
21       Mr. Michael, any address for Joey Barnes
22       other than that one on that envelope
23       there? I think it's a P.O. Box 75 or

Page 198

1    something.
2    A.   No, sir.
3    Q.   It's P.O. Box 575.
4    A.   No, sir. That was when he was at
5        Booneville. I believe he moved back to
6        Iuka.
7    Q.   Okay.
8    A.   I can't be, you know, positive, but I
9        believe he did.
10   Q.   Let me ask you, how far is Iuka from
11       Booneville?
12   A.   Maybe 25 mile.
13   Q.   Okay. And does an address 45 CR --
14       That's county road, right?
15   A.   Yes, sir.
16   Q.   45 CR 229, Iuka, does that mean anything to
17       you?
18       MR. ALLRED: Excuse me. I'm
19       sorry.
20       MR. WARD: Go ahead, David.
21   A.   No, sir, it don't.
22       MR. ALLRED: I'm sorry. I
23       apologize.

Page 199

1        MR. WARD: Okay. Now you can
2        answer it.
3    A.   No, sir, it don't.
4    Q.   45 CR 229, Iuka, Mississippi, does that
5        mean anything to you?
6    A.   No, sir.
7    Q.   What about a Joey L. Barnes, d/b/a J LUM B,
8        does that mean anything to you? I'm going
9        to write it out on a piece of paper and
10       give it to you. I'm going to put it like
11       it's Joey Barnes.
12       MR. WARD: You can answer.
13   A.   No, it don't mean nothing to me.
14   Q.   D/b/a --
15       MR. WARD: Speak louder so --
16   A.   No, sir, it don't.
17   Q.   -- J LUM B.
18       Does this mean anything to you like
19       that's written on Exhibit 8?
20       (Plaintiff's Exhibit 8 was marked
21       for identification.)
22   A.   No, sir, it don't.
23   Q.   Have you ever heard of a d/b/a or a

Page 200

1    business name for Joey Barnes like that --
2    A.   No, sir, I haven't.
3    Q.   -- on Exhibit 8?
4        What about a P.O. Box 32, Iuka,
5        Mississippi? Have you ever known Joey
6        Barnes to have that address?
7    A.   No, sir.
8        MR. ALLRED: I don't know if we've
9        got a picture that's got the
10       DOT number in it. Oh, we do.
11       MR. WARD: I think you found it
12       earlier.
13   Q.   Number 7, read me the DOT number off of
14       that, if you would, please. Now, that
15       one -- When I say that, that's Exhibit 7,
16       and that's the accident tractor.
17   A.   900240.
18   Q.   Is it 0900?
19   A.   Huh-uh (negative response).
20       MR. WARD: Huh-uh (negative
21       response).
22   A.   No, it's --
23   Q.   Just a nine.

Deposition of Billy Gene Michael

Page 201

1  A.  Just a nine.
2  Q.  900240.  Okay.
3  A.  Uh-huh (positive response).
4  Q.  And that's the accident tractor?
5  A.  Yes, sir.
6  Q.  The side of the tractor you had the
7     accident in?
8  A.  Yes, sir.
9  Q.  And that's Joey's Barnes' DOT number?
10  A.  Yes, sir.
11  Q.  When you went to work for Michael
12     Leatherwood or his outfit, when did you
13     start with him?
14  A.  I'm bad on dates.  It was, I'm going to
15     say, a couple of months after --
16  Q.  Did you talk to Michael Leatherwood himself
17     about going to work for him?
18  A.  Did I talk to Michael about going to work
19     for him?
20  Q.  His company, whatever the name of that,
21     M & L?
22  A.  Yes, sir.
23  Q.  You talked to Michael himself about M & L,

Page 202

1     right?
2  A.  Yes, sir.
3  Q.  Did you have -- Did he ask you about your
4     driving history?
5  A.  He took my license and I'm sure ran them.
6  Q.  Did he ask you had you had any wrecks?
7  A.  No, sir.
8  Q.  Did he ask you how this wreck, the April
9     7th of '05 wreck happened?
10  A.  No, sir.
11  Q.  Did you discuss it with him?
12  A.  No, sir.
13  Q.  Was he aware that you had had this fatality
14     wreck when he hired you?
15  A.  I can't say if he did or not.
16  Q.  Did you feel like that would be an
17     important piece of information to give a
18     truck-driving company when you're going to
19     go to work for them?
20        MR. WARD:  Form.
21  A.  If he asked the question, yeah.
22  Q.  What if he didn't ask?
23        MR. WARD:  Form.

Page 203

1  A.  I'm sure that he knew about it.
2  Q.  What makes you sure that he knew about it?
3  A.  Well, he was the one that bought my truck.
4  Q.  All right.  Well, when he bought the truck,
5     did you discuss with him that it had been
6     in a wreck?
7  A.  He knew I had had an accident, but the
8     truck --
9  Q.  How did he know it is what I'm trying to
10     get to.
11  A.  But the truck itself hadn't been, you
12     know --
13  Q.  Yeah.
14        MR. WARD:  Listen to his question.
15  Q.  How did he know you had been in a wreck?
16  A.  I'm sure I had discussed it with him.
17  Q.  All right.  What had you told him about it?
18  A.  Just that I had had an accident.
19  Q.  All right.  You told him that the tractor
20     wasn't damaged; is that right?
21  A.  Yeah.  He --
22  Q.  Because that would be an issue if he was
23     buying the tractor, is that right?

Page 204

1  A.  Yes, sir.
2  Q.  Did you -- Did you ever tell him that this
3     accident of April the 7th of '05 was not
4     your fault?
5        MR. WARD:  Form.
6  A.  Yes, sir.
7  Q.  You did tell him that.
8  A.  Yes, sir.
9  Q.  When did you tell Michael Leatherwood that?
10  A.  I don't remember the date, but it was
11     before he bought my truck.
12  Q.  Did you explain to Mr. Leatherwood, if you
13     said that the accident was not your fault,
14     why it was that you felt it wasn't your
15     fault?
16  A.  I didn't go into details.
17  Q.  How did you put it to Mr. Leatherwood as
18     far as it not being your fault?
19  A.  I just told him I didn't feel like it
20     was -- was my fault.
21  Q.  Okay.  That you didn't feel like it was
22     your fault.
23  A.  That's right.

Page 205

1  Q.  Did you explain to him that it was a pull-
2       out accident?
3           MR. WARD:  Form.
4  A.  He knew how it happened, yes, sir.
5  Q.  How did he know how it happened?  I mean,
6       he wasn't there.  Somebody had to tell him,
7       right?
8  A.  Through others that knows me had told him,
9       through -- One of them was the Cooksey boy,
10      again, because he works for M & L, too.
11 Q.  So he would have known -- as you say, he
12      would have known how it happened through
13      others --
14 A.  Yes, sir.
15 Q.  -- that you had told.
16          MR. WARD:  Form.
17 Q.  And Cooksey would be one of them; is that
18      right?
19 A.  Well, I never did really discuss it with
20      any individuals about what had happened,
21      just --
22 Q.  Well, then, how would they get that
23      information to go and tell Michael

Page 206

1       Leatherwood?
2  A.  There were some of the trucks that knows me
3       passed by that morning and seen that I was
4       involved in an accident and got the word
5       back home before I ever got back home.
6  Q.  Did any of those truckers that you knew
7       that passed by that morning, did they see
8       this wreck happen?
9  A.  No, sir.
10 Q.  Do they have any personal knowledge about
11      the wreck or anything to do with the wreck?
12 A.  No, sir.
13 Q.  Did they stop?
14 A.  No, sir.
15 Q.  Who are the ones that came by there that
16      you knew?
17 A.  I didn't see them.
18 Q.  Who are they now -- I mean, that you've
19      learned later that they came by there?
20 A.  I don't know.  I just heard that somebody
21      came by and seen me.
22 Q.  Do you know the name of any driver that
23      came by while you were still there on the

Page 207

1       wreck scene that was somebody that you had
2       known before?
3  A.  No, sir.
4           MR. WARD:  Hold on one second.
5           (Discussion held off the Record.)
6  Q.  (Mr. Allred continuing) Mr. Michael, can
7       you tell me the names of any of the people
8       that came by the accident scene that you
9       later found out they came by and that you
10      had known them before the accident?
11 A.  No, sir.
12 Q.  How did that information come to your
13      attention?  I mean, did somebody say that,
14      well, I came by there, I remember seeing a
15      wreck at Merle's, I didn't know that was
16      you?  Did anybody tell you that?
17 A.  Someone told me that somebody told them
18      that they came by and seen me.  Now, I
19      don't remember who even told me, but I got
20      the word that somebody had seen me that
21      recognized the truck.
22 Q.  But you can't give me the name of anybody.
23 A.  No, sir.

Page 208

1  Q.  Now, the people that you've talked to the
2       accident about, you talked to the troopers,
3       and you did what they told you to do.
4  A.  Yes, sir.
5  Q.  And you talked to Benny Cooksey and you've
6       talked to your lawyers and you talked to
7       Michael Leatherwood.  Is there anybody
8       else?
9           MR. WARD:  Form.
10 A.  No, sir.
11 Q.  Okay.  Well, you said you had talked to
12      your wife when we first started.
13 A.  Well, my wife.
14 Q.  Yeah.  Is there anything about your
15      position as to how you say the accident
16      happened and your position that you don't
17      feel like this is your fault, is there
18      anything about your position that's the
19      most important thing for somebody looking
20      at it and considering who is at fault that
21      they really need to understand?
22          MR. WARD:  Object to the --
23 Q.  What's the most important thing?

Deposition of Billy Gene Michael

March 20, 2007

Page 209

1          MR. WARD: Object to the form.
2     A.  I don't understand you.
3     Q.  All right. Let me ask it different. What
4          is the most important thing in your mind
5          for somebody to understand when you say
6          that you don't feel like this accident was
7          your fault?
8          MR. WARD: Form.
9     A.  I just feel like it was unavoidable on my
10         part.
11    Q.  Okay. That it was unavoidable. And what
12         is the most important thing for somebody to
13         understand as being the reason why it was
14         unavoidable from your standpoint?
15         MR. WARD: Form.
16    A.  I didn't -- I didn't see him.
17    Q.  We need to find out about the documents
18         that y'all have produced. And do you
19         have -- I've looked through these
20         documents. I haven't been able to study
21         them because I just got them at the
22         beginning of the deposition. But you
23         didn't prepare any kind of accident or

Page 210

1          incident report yourself, did you, or did
2          you?
3          MR. WARD: Answer his --Do you
4          understand the question?
5     Q.  Did you prepare some kind of an accident or
6          incident report?
7     A.  Just with -- you know, just with Trooper
8          Dean, just things -- Is that --
9          MR. WARD: No, listen to his
10         question.
11    Q.  No. You yourself. You yourself.
12    A.  No. No, sir.
13    Q.  I talked to you about the insurance
14         policy. These documents y'all produced to
15         me today, is there a declarations page or
16         something in there, something to do with
17         the insurance?
18    A.  No, sir.
19         MR. WARD: There's not, David. I
20         think we said we were going to
21         follow with that.
22         MR. ALLRED: All right.
23         MR. WARD: If you wouldn't mind

Page 211

1          sending me a letter of the
2          things that you've asked for
3          specifically. I have a note
4          about that, about the
5          insurance policy. I don't
6          know if there's anything
7          else. That's the only thing
8          I've written down.
9     Q.  Do you have any photographs, videotapes,
10         slides or motion pictures of the accident
11         scene or the vehicles or anything to do
12         with them?
13         MR. WARD: Other than what we've
14         provided to you already prior
15         to today, there's nothing else
16         in our possession, subject to
17         the usual scheduling order,
18         experts, whatever.
19    Q.  Have you ever talked to anybody that's
20         going to testify as an expert or that might
21         be an expert in this case?
22    A.  No, sir.
23    Q.  What's the -- The log sheets that have been

Page 212

1          produced to us, are those for the whole
2          month? We asked for the month of the
3          collision and six months prior. You didn't
4          work there but four months. I don't see a
5          whole bunch of them in here. What period
6          of time are these for?
7     A.  I gave you two months prior to the
8          accident.
9     Q.  Do you have the ones from December when you
10         started, December of '04?
11    A.  No, sir.
12    Q.  What happened to those?
13    A.  I just discarded them.
14    Q.  How long are you supposed to keep up with
15         them?
16    A.  Six months.
17    Q.  Why did you discard them?
18    A.  Because they was about two year old.
19         MR. WARD: This is '07.
20    Q.  All right. But you had been in a fatality
21         wreck in April of '05. And then you didn't
22         feel like maybe somebody would want to look
23         at those log --

Page 213

1       MR. WARD: Form.
2  Q.  -- sheets later, that they would be
3  important?
4       MR. WARD: Form.
5  A.  What would they have had to have done with
6  what happened?
7  Q.  Well, I don't know.  You threw them away.
8       MR. WARD: No, just answer the
9       question.  You're not asking
10      him questions.  He's asking
11      you questions.
12  Q.  Here's what they may have to do with it,
13  Mr. Michael.  If you were not a good,
14  compliant person concerning the DOT
15  regulations, we don't have any way to go
16  back and look at your log records now
17  because you threw them away.  Isn't that
18  correct?
19       MR. WARD: Form.
20  A.  Yes.
21  Q.  Did you keep a permanent file, unit file on
22  the tractor that was involved in this
23  wreck?

Page 214

1  A.  Yes.
2  Q.  Where are those records?  Did you produce
3  them to us?
4       MR. WARD: Have you got a
5      permanent file?
6      THE WITNESS: Yeah.
7  A.  All I keep up with is when I have it
8  serviced and --
9  Q.  This is just going to be service records --
10  A.  Yes.
11  Q.  -- that you produce to us?
12       MR. WARD: If you don't understand
13      his question, let him know.
14      He's not tricking you.
15  Q.  What I want to know is the records that
16  you're supposed to keep up with on a
17  tractor under the Federal Motor Carrier
18  Safety Regulations, did you keep those?
19  Did you keep a permanent unit file?  That's
20  one of the records you're supposed to keep.
21       MR. WARD: Form.
22  Q.  Did you keep that?
23       MR. WARD: Form.

Page 215

1  A.  I don't think so.
2  Q.  Do you have any records about the cost of
3  the -- what you paid for the tractor?
4  A.  I think so.
5  Q.  Where are those records?
6  A.  It would be at home.
7  Q.  Did you keep an accident register that's
8  required under the Federal Motor Carrier
9  Safety Regulations?
10       MR. WARD: Form.  Not of the
11      driver.
12  Q.  Is your answer no, you did not?
13  A.  No.  That would have been Bad J.
14  Q.  All right.  Do you have any documents to
15  show that your tractor or the trailer you
16  were pulling at the time of the wreck was
17  ever inspected?
18  A.  It had a sticker on the truck.
19  Q.  Is it shown in any of these pictures?
20  A.  It's just a little square.
21       MR. WARD: Yeah, I know what
22      you're talking about.  Those
23      are usually -- It could be on

Page 216

1      the inside or right outside
2      the door.
3      THE WITNESS: I think this one was
4      just -- when you opened the
5      door, it would have been on
6      the side of the seat on the
7      metal part.
8      MR. WARD: I don't think there's
9      any in these pictures.
10  Q.  What did that picture mean to you?
11  A.  It showed that the truck had been inspected
12  and was in compliance with DOT.
13  Q.  Was it a Mississippi inspection?
14  A.  Yes, sir.
15  Q.  And when was it done?
16  A.  Well, I had just got the truck not long
17  before this.  It wasn't but about maybe --
18  It might have been six months since --
19  Q.  How often were you supposed to have it
20  inspected?
21  A.  Once a year.
22  Q.  You said while ago there were no leases or
23  contracts between you and Joey Barnes or

Deposition of Billy Gene Michael

March 20, 2007

Page 217

1      Bad J, I mean, nothing in writing.
2  A.  Nothing in writing.
3  Q.  Did you have any kind of satellite device
4      in your tractor?
5  A.  No, sir.
6  Q.  QUALCOMM or anything like that?
7  A.  No, sir.
8  Q.  Do you know what those things are?
9  A.  Some kind of tracking device where they can
10     keep up with me or --
11  Q.  Right.
12  A.  No, sir.
13  Q.  The truck you drive now, does it have one
14     in it?
15  A.  No, sir.
16  Q.  Have you ever driven a truck that has one?
17  A.  No, sir.
18  Q.  Is there any type of device like that -- I
19     don't mean to limit it to QUALCOMM, but is
20     there any type satellite device or tracking
21     device that you can look at and get data
22     out of that would prove that you actually
23     stopped before you pulled out into Highway

Page 218

1     231?
2        MR. WARD:  Form.
3  A.  No, sir.
4  Q.  Is there any type of black box device in
5     your tractor that would show when the
6     engine was cranked up just before the
7     accident and that would record movement of
8     the tractor?
9        MR. WARD:  Form.
10  A.  Not to my knowledge.
11  Q.  Any kind of on-board computer report?
12     There's nothing like that?
13  A.  No, sir.
14        MR. ALLRED:  I need to get hold of
15        your cell phone records for
16        the 6th and the 7th, and I
17        need to get that number from
18        your wife before y'all leave
19        here.  So when we stop, if you
20        would ask her about that.  And
21        also if you'd ask her about
22        the number for Benny Cooksey,
23        please, when we stop.

Page 219

1  Q.  Do you know what a seven-day prior form is
2     or an eight-day prior form is?
3  A.  That's what -- I have to keep them in my
4     possession for that long, don't I, in the
5     truck?
6  Q.  Do you know anything -- and what form are
7     you talking about?
8  A.  On my logs.
9  Q.  Logs?
10     So when you hear that seven-day prior
11     forms, you think that means logs?
12  A.  That's what I thought.
13  Q.  Okay.  What about eight-day prior forms,
14     what does that mean to you, that
15     expression?
16  A.  That's also on log, but --
17  Q.  That's also what?
18  A.  On log.
19  Q.  And how long are you supposed to keep them
20     in the truck?
21  A.  Seven days.
22  Q.  Are you familiar with any regulation under
23     the Federal Motor Carrier Safety

Page 220

1     Regulations that if you have a serious
2     accident, like a fatality, that you're
3     supposed to keep the logs, make sure you
4     keep up with them?
5        MR. WARD:  Form.  For what period
6        of time?
7  A.  For a period of time, yeah.
8  Q.  Are you familiar with any requirement under
9     the Federal Motor Carrier Safety
10     Regulations that you do that?
11  A.  Not for how long, I'm not.
12  Q.  You would agree that those regulations do
13     require you to keep up with them for some
14     length of time.
15  A.  Yes, sir.
16  Q.  You just don't know how long; is that
17     right?
18  A.  Yes, sir.
19  Q.  Have you ever read those regulations to see
20     what your responsibilities are, I mean,
21     with regard to keeping up with logbooks
22     after a fatality wreck?
23        MR. WARD:  Form.

Deposition of Billy Gene Michael                                    March 20, 2007

---

Page 221

1   A.  Yes, sir.
2   Q.  You just don't remember what they said?
3   A.  No, sir.
4   Q.  Did you go back and look at them after this
5       wreck?
6   A.  No, sir.
7   Q.  When you were getting ready to throw those
8       logs away, did you have -- did it occur to
9       you to go look at the regulations and see
10      if you ought to keep up with them so
11      everybody could look at them?
12  A.  No, sir.
13  Q.  The ones you threw away, was that just your
14      copies?
15  A.  Just my copies.
16  Q.  You didn't go to Joey Barnes' place and
17      throw away the ones you had sent him.
18  A.  No, sir.
19  Q.  Did your cell phone have text messaging or
20      video on it in April of 2005?
21  A.  No, sir.
22  Q.  Did you have a way to receive satellite
23      communications or e-mail in your tractor?

---

Page 222

1   A.  No, sir.
2   Q.  Was there an electronic control module or
3       an event data recorder or a sensing and
4       diagnostic module in your tractor?
5           MR. WARD:  Form.
6   A.  No, sir.
7   Q.  Have you ever completed any safe driving
8       program or driver training program?
9   A.  Yes, sir.
10  Q.  Okay.  Tell me about it.
11  A.  I've got a card if I haven't throwed it
12      away.
13  Q.  All right.
14  A.  I've tried to keep up with it.  It's been a
15      long time.
16  Q.  What did that training program have to do
17      with?  I mean, who put it on?
18  A.  Let me see if I can find my card and it
19      will tell.
20  Q.  Okay.
21  A.  This would have been back in the '80s.
22      That's a long time to keep anything, isn't
23      it?

---

Page 223

1   Q.  Before '85 or after '85?
2           MR. WARD:  Form.
3   A.  Along about that time.  I don't --
4   Q.  Had you had any kind of safe-driving
5       program that you completed since about
6       1985?
7   A.  No, sir.
8   Q.  Do you have any printouts from any kind of
9       a database for a recording or an auditing
10      of your driver logs that verify that you
11      were in compliance or that you were not in
12      compliance with the Federal Motor Carrier
13      Safety Regulations?
14  A.  I don't know if I understand.
15  Q.  Have you got any piece of paper anywhere
16      that shows that somebody has looked at your
17      logs and, yes, you complied with the
18      regulations or, no, you did not?
19          MR. WARD:  Form.
20  A.  No, sir, I have not.
21          MR. ALLRED:  Do you want to take a
22      break and see if you can find
23      those cell phone numbers for

---

Page 224

1       me?  And then we'll get our
2       exhibits together and be
3       done.
4   THE WITNESS:  I told you that
5       little old card where I --
6   MR. WARD:  That's okay.
7   MR. ALLRED:  I need to ask that
8       question about transferring
9       property.
10  MR. WARD:  Okay.  We'll do that
11      before you end.
12  MR. ALLRED:  All right.
13  (Brief recess.)
14  MR. WARD:  David has had a
15      question outstanding on the
16      Record relative to whether or
17      not Mr. Michael has
18      transferred any property since
19      this accident.  I objected to
20      it, and David cited a case
21      called Prestwood v. Ivey which
22      was written by the Alabama
23      Supreme Court in 1962.  I have

---



Page 225

1    reviewed that case. I still
2    believe that that question is
3    inappropriate and will, with
4    reservation and objection,
5    allow the question to be
6    answered for the purposes of
7    discovery only. David?
8  Q.  (Mr. Allred continuing) Have you
9    transferred any property since the wreck
10   happened?
11 A.  No, sir.
12 Q.  Well, you sold your truck. You sold the
13   tractor.
14 A.  Yes, sir.
15 Q.  Okay. Have you sold anything else, real
16   property or -- you know, real estate, land
17   or personal property?
18 A.  No, sir.
19 Q.  Are there any of your answers that you want
20   to change, add to, take away from or make
21   any modifications to them whatsoever?
22      MR. WARD:  Form.
23 A.  No, sir.

Page 226

1      MR. ALLRED:  Okay. Thank you,
2    sir.
3
     * * * * * * * * * * * *
4
     FURTHER DEPONENT SAITH NOT
5
     * * * * * * * * * * * *
6
7    REPORTER'S CERTIFICATE
8  STATE OF ALABAMA:
9  MONTGOMERY COUNTY:
10     I, Gina L. Haislip, Registered Professional
11 Reporter and Commissioner for the State of Alabama
12 at Large, do hereby certify that I reported the
13 deposition of:
14     BILLY GENE MICHAEL
15 who was first duly sworn by me to speak the truth,
16 the whole truth and nothing but the truth, in the
17 matter of:
18     CANDACE M. GROSE,
19     Plaintiff,
20     vs.
21     BILLY GENE MICHAEL,
22     et al.,
23     Defendants.

Page 227

1    In the Circuit Court of
2    Montgomery County, Alabama
3    Case Number
4    CV-06-900085
5  on Tuesday, March 20, 2007.
6      The foregoing 226 computer printed pages
7  contain a true and correct transcript of the
8  examination of said witness by counsel for the
9  parties set out herein. The reading and signing of
10 same is hereby waived.
11     I further certify that I am neither of kin
12 nor of counsel to the parties to said cause nor in
13 any manner interested in the results thereof.
14     This 7th day of April 2007.
15
16
17
                 _____
                 Gina L. Haislip, Registered
18               Professional Reporter and
                 Commissioner for the State
19               of Alabama at Large
20
21
22
23

**A**

**able** 68:5 72:4 158:12
161:13 209:20
**about** 7:4 16:2 17:20
18:1 20:20 21:9
24:16 26:23 27:15
33:11 36:20 42:10,16
44:20 47:1 55:12
58:9 60:5 63:4,7
66:20 69:8 73:15
79:21 80:7 81:2 84:5
85:14 89:9 90:1,12
93:11 99:1 105:4
108:17 109:6 110:14
111:8 112:20 114:16
117:11,21 121:19,23
122:10 123:19
124:21,22 125:15,17
126:19 127:19,19
128:1 131:3,18
133:17 134:3,4
136:11 137:4,21
138:8,13 140:1,8
141:8,16 143:10
144:13 146:17,17,21
148:6 149:12 152:6
152:10 153:18,20,21
154:1,3 155:1,5
156:10,13 157:5,5,17
158:11,20 161:17,22
162:12 163:8 166:3
167:15,18,23 168:3
168:20 169:3 171:17
172:6,17 173:12,15
183:13 185:12,16
186:10,15 187:6,7
192:11,13 193:17
194:16 195:17
196:22 197:1,14
199:7 200:4 201:17
201:18,23 202:3
203:1,2,17 205:20
206:10 208:2,14,18
209:17 210:13 211:4
211:4 212:18 215:2
215:22 216:17
218:20,21 219:7,13
222:10 223:3,5 224:8
**accident** 3:4 9:20 10:2
10:19 29:16 33:9
38:4 75:17 81:12,22
85:6 94:19,20 95:12
101:2 109:5 113:18
113:23 114:22
117:17,18 120:5,6
121:16,22 122:3
129:15 134:2 139:20
142:7,7 145:19
149:18 160:1 164:3
165:1,12,19 166:11

167:9,15 168:1 175:3
175:7,17,21 176:11
176:19 177:5 178:9
180:6 187:10,14
189:7 194:3 200:16
201:4,7 203:7,18
204:3,13 205:2 206:4
207:8,10 208:2,15
209:6,23 210:5
211:10 212:8 215:7
218:7 220:2 224:19
**according** 185:8,10
**accurate** 43:15 59:5
113:18
**acknowledge** 72:8,11
74:16 145:17
**acoming** 123:9
**across** 18:3 22:18,19
26:10 50:5 51:10
57:8,10 63:18,20,21
72:21 86:9 93:6
122:16
**acting** 125:3
**ACTION** 1:7
**acts** 34:8
**actual** 134:11
**actually** 61:10 62:12
71:10 74:5 75:18
87:22 126:5 128:10
128:20 139:1 142:8
147:15 157:4 217:22
**add** 183:6 186:17
225:20
**added** 183:17
**address** 137:4,6,7
149:5,15,16 197:21
198:13 200:6
**adjust** 151:7
**admissible** 195:15
196:16
**admit** 176:9 177:2
**admitted** 175:2,4,6
**affect** 36:13
**affirmatively** 113:6,8
163:12
**after** 5:9 37:17 38:5
39:16 40:7,17 41:7
42:2 53:16,19 54:1
94:11 95:20 97:9
109:5,12 113:23
120:4 123:20 124:20
134:2 139:6,20,21
149:18 153:5,8
157:18 162:20
165:11 171:12,13
174:4 177:7 201:15
220:22 221:4 223:1
**afternoon** 27:18
**again** 86:10 87:3,4
148:18 180:6 181:18

182:5,14 184:14
187:2 205:10
**agent** 133:1
**ago** 88:9 105:4,9 106:4
114:7 128:4 130:16
137:21 165:7 216:22
**agoing** 102:5
**agree** 15:17 16:5 59:21
62:18,20 63:4 74:10
74:17 75:16 78:13,18
78:23 89:20 114:5,11
193:11 220:12
**agreed** 4:2,17 5:1
**agreement** 1:16 127:21
129:20
**ahead** 18:19 19:16
38:10 53:12 56:7,14
57:18 67:1 86:5
92:10 93:6 108:15
125:5 150:5 176:4
186:11 198:20
**ahold** 169:3
**ain't** 57:2 146:23 179:9
194:7
**air** 170:16
**al** 1:9 2:9,13 226:22
**Alabama** 1:3,18,20 4:6
4:9 28:17 151:21
152:13 224:22 226:8
226:11 227:2,19
**Albany** 25:17,20,22
26:12 27:15,16 46:22
169:14
**alcohol** 108:21 110:4
110:16,18 111:5
**allow** 64:22 225:5
**allowing** 177:13
**Allred** 2:6,6,7,21 5:13
9:11 10:22 12:3,6,12
13:4 14:1,5 15:3,8,10
15:16,20,23 16:7,14
18:10,13,16 25:14
27:4,10 47:19 58:11
58:19,22 59:9 60:1
64:10,18,19 65:6
67:1,6 75:2,6,9 80:19
80:22 81:3,7,23 82:3
82:7,10,18,22 83:6
94:9 104:22 105:20
106:2,3 108:4,12
118:4,8 119:3,10,18
120:19 128:5 135:22
136:2 142:20 143:10
143:14,19 144:10
148:21 149:23 161:2
172:12,15 175:4,9,13
176:3,6,17 177:8,12
177:16,21 178:2,11
178:18,21 182:1,6,11
182:17,21 183:1,9,12

183:16,19 184:8,10
184:15 185:4,7 186:1
186:8 187:2 188:16
188:20 190:1,4,7,12
190:16,21 195:9,23
196:2,7 197:8,18,20
198:18,22 200:8
207:6 210:22 218:14
223:21 224:7,12
225:8 226:1
**almost** 123:14
**Along** 223:3
**already** 9:21 15:3
56:11 58:1 60:17
163:16 170:8 211:14
**always** 43:3 50:13,15
137:14
**another** 22:23 65:1
75:3 92:20 95:2
108:13 112:22 113:1
126:18 130:9 161:10
162:11 175:21
**answer** 6:22 7:11 9:10
9:13 11:20 12:13
13:8 14:8 16:15 18:9
26:18 28:5,7 31:15
32:7 42:23 53:13
59:6 64:12,22 65:2
65:15 73:13 74:21
77:23 80:16,23 82:13
83:5 86:4 104:17,18
104:21,21,23 105:3,5
105:7,10,15,21 106:4
106:9 107:14,22
108:10 110:21 111:3
113:9 119:6 125:7
136:4 140:12 146:22
156:23 157:21
159:16 162:21
176:15 177:1,6,14,18
178:10,14,23 179:2,3
179:6,7 180:9,16,16
181:5 182:5,8,14,17
183:7,8 184:4,16,19
184:21,22 185:2,13
185:16,19,20 186:10
186:13,16 188:22
189:4,9,21 190:19
193:17 194:9 195:7
195:16,20 199:2,12
210:3 213:8 215:12
**answered** 15:4 23:9
39:2 41:18 43:12
49:7 81:13,17 104:16
105:8,23 111:10
150:4 160:23 175:1
182:4,10,15 183:15
184:9,13 185:10
188:15,16 225:6
**answering** 61:15 86:8

187:3
**answers** 225:19
**Antivert** 34:22 35:14
35:18 37:1
**anybody** 6:16 7:2,4 8:1
8:15 24:14 28:20
31:11 36:17 55:9,13
72:22 73:14 76:17
85:11 86:23 87:16
111:14 112:4 118:21
132:15 145:8 147:3
159:11 162:23 164:2
165:17 166:23
167:23 169:23
171:22 172:3 188:1
207:16,22 208:7
211:19
**anymore** 139:16 159:8
159:12 162:9 180:3
**anything** 8:20 17:5
29:16 32:22 37:9
39:16,20 43:23 44:3
44:7 45:8 48:4 56:5
61:17 63:6 67:23
68:1,17 88:19 101:19
107:3,4,6,15,16
108:20 110:16,18,22
111:7 112:5 121:13
121:14 122:7,15
123:15 127:18,23
132:1 148:9 153:7
154:7 159:13 163:9
165:2 170:11,20
176:18 177:23 180:7
181:1 183:3,14 184:6
185:12,14,16,21
186:3,9,14,17 187:12
188:7,9 189:3,6
194:2 198:16 199:5,8
199:18 206:11
208:14,18 211:6,11
217:6 219:6 222:22
225:15
**anyway** 78:7
**anywhere** 27:21 223:15
**apologize** 198:23
**apparently** 162:3
**APPEARANCES** 2:2
**appears** 131:21
**applies** 49:5
**apply** 59:23
**approximately** 1:22
169:13
**April** 24:22 25:1,5
27:19 46:9,10 47:2
48:21 52:23 54:2,18
54:19,22,23 55:4,9
55:12 120:6 139:3
144:9 150:22 152:7
158:23 159:4 202:8

Deposition of Billy Gene Michael

March 20, 2007

Page 2

204:3 212:21 221:20
227:14
**area** 22:17 89:18
100:11 137:12
**areas** 20:19
**around** 23:15,21 24:21
25:3 31:21 32:21
39:11 41:4,8 42:4
44:2,18 45:8,10
48:11 67:19 70:6
80:14 81:8 92:18
94:21 96:5 99:3
120:7 130:18,23
131:2
**arrange** 161:23 162:1
**arrangement** 126:22
131:17 169:2 170:23
**arrangements** 162:2
**arrow** 99:7
**asked** 10:23 11:22 12:5
39:1 41:17 43:11
49:7 60:3 81:11,14
104:15 105:16,23
111:10 120:20
130:16 141:15 150:3
160:22 164:3 166:10
166:11,18 175:1
176:17 182:3,6,10
183:13 184:5,12
185:3,9,23 186:7,14
202:21 211:2 212:2
**asking** 7:3 9:18 10:15
10:21 12:4 41:19
54:7 57:21 58:16
73:6 81:2,3,19 86:1
97:11 98:2 108:5
134:4 140:17,23
141:5 142:11 144:22
175:9,13,22 177:16
177:21 178:20
180:18 181:2 182:9
186:9 187:19 188:4
189:1 190:7 213:9,10
**asks** 13:12
**asleep** 51:2
**aspirin** 37:4
**assist** 13:3
**associate** 81:20,23
**assumption** 189:23
190:2
**ate** 32:10
**attempted** 13:1
**attempting** 80:18
**attention** 104:2 207:13
**attorney** 12:18
**Attorneys** 2:7,12
**attorney's** 7:18
**auditing** 223:9
**authorities** 131:13
140:2 159:15

**authority** 127:8 162:15
174:2,3,14 179:17
**automobile** 100:3
102:14
**awake** 39:3,5 40:12
**awakened** 38:23 39:15
40:14
**aware** 202:13
**away** 20:1 162:6
186:18 213:7,17
221:8,13,17 222:12
225:20
**axle** 90:5 173:9
**axles** 91:23
**a.m** 1:22
**A111611** 3:9 143:23

---

**B**

B 3:13 199:7,17
**back** 3:10 16:8 21:7,16
22:8 34:6,7 40:23
44:2 45:14,18 46:18
48:20 50:5 51:9,10
51:11 54:4 55:2 69:5
74:23 77:3,9,14
78:12 79:18 83:10,13
84:13 86:10 87:4
90:13,19,20,22 91:13
94:1 99:11 102:6
108:2 112:1 114:13
114:17 115:1 123:9
146:12,14 157:18
159:23 162:11
164:16 168:14
187:13 198:5 206:5,5
213:16 221:4 222:21
**backed** 170:14
**bad** 34:7 47:18 78:5,13
78:20 117:5,6 124:5
124:10,15 125:1,12
125:16 126:5 128:20
128:22 134:13,14
135:5 137:17,22
139:1,3,16 147:6
148:7 153:8 154:10
158:19 162:9 164:2
167:14 177:9,12
178:19 179:5,11
180:2 196:13 201:14
215:13 217:1
**barbed** 93:18
**Barnes** 3:13 117:12,13
124:7,15 126:3,9,22
128:1,21 129:1,14,22
130:11,17 131:16,18
135:8 136:10 137:10
138:2,3 139:13 140:4
140:7,10,21 146:16
147:17 148:3 153:5
154:6,15 155:21

156:2,5,8,13 158:10
159:11,20 161:13,16
162:14 167:15 171:1
171:6 173:12 174:13
175:18 176:12 177:3
177:14 179:16,21
194:19 195:17
197:21 199:7,11
200:1,6 201:9 216:23
221:16
**Barnes's** 141:7
**base** 91:9
**based** 82:9 184:6
**basic** 183:10
**bed** 40:23
**before** 1:16 4:8 18:8
27:23 28:4 33:11
35:6 38:3 39:6 40:7
41:3 42:3 45:10
49:10 50:11 55:2,12
64:6,23 71:23 72:2
76:18 85:17,23 86:9
99:15 119:16 126:14
136:3 142:6,7 146:5
146:18 147:5 149:18
149:19 159:23
162:19 165:14
176:10 188:18
204:11 206:5 207:2
207:10 216:17
217:23 218:6,18
223:1 224:11
**beginning** 21:1 209:22
**behind** 97:17
**being** 13:20 39:5 50:7
72:4 86:14 109:18
110:6 122:2 127:20
162:10 165:20 175:7
204:18 209:13
**believe** 9:19 10:17
13:18 52:13,15,18
125:13 126:2 130:9
137:6 150:17 151:6
166:5 169:14 198:5,9
225:2
**Benny** 125:17,19,20
126:1 136:13,15
137:10 147:23
153:11 155:5 156:10
156:21 158:7 160:12
160:17 161:23
162:14,17 173:20,21
179:22 208:5 218:22
**berth** 30:7,9 37:11
**besides** 36:17 106:22
167:3 179:21
**best** 37:16 54:9 59:8
87:8 130:5 150:4
**better** 149:17
**between** 4:3,18 5:2

6:20 23:16,18 24:6,8
29:5,12 41:6 47:2,4
51:1 70:15 80:11
89:18 122:16 133:16
169:2 171:1 216:23
**beyond** 13:17
**big** 18:17 197:11
**billy** 1:9,15 2:20 4:5
5:8,15 49:22,23
226:14,21
**birth** 148:15 152:22
**bit** 13:17
**black** 218:4
**block** 48:1
**blocked** 62:19 92:12
**blocking** 57:7 62:14
63:5,21 64:7 65:8,14
65:18 94:5,7
**blood** 33:18 112:8
**bloody** 106:14
**blue** 17:4 19:12 22:16
23:21 69:23 70:7
92:17 93:21 98:6
**body** 97:1,12,13 98:9
104:12 110:7
**book** 47:6
**Booneville** 132:9 133:3
135:12 137:7,8 142:5
144:16 149:7,9 160:7
163:5,6,15 169:12,13
198:5,11
**Booneville-Iuka**
137:12
**both** 59:23 61:20
129:21
**bought** 203:3,4 204:11
**box** 92:16 139:21
197:23 198:3 200:4
218:4
**boy** 130:9 137:14 205:9
**brake** 150:22
**brakes** 151:7
**break** 66:23 197:17
223:22
**Brief** 67:5 197:19
224:13
**briefly** 41:3,13,14,15
**broker** 169:4
**brought** 17:18
**building** 107:11
**bump** 49:23 162:4
**bumped** 162:7 163:14
**bunch** 183:6 212:5
**bureau** 77:16
**burning** 44:19
**business** 171:3 200:1
**buy** 30:12
**buying** 203:23
**B-E-N-N-Y** 125:20

**C**

C 2:11
**cab** 40:12 41:2
**Caldwell** 169:23 170:1
**call** 13:5 36:16 92:21
93:9 94:18,22 99:17
100:23 102:16
115:18 128:11
155:19 156:22 157:4
157:17
**called** 48:2 55:2,4,5,9
55:13 95:1,3 107:9
109:19 195:10
224:21
**calls** 53:14 54:21
**came** 16:22 17:8,9 18:5
18:6,20,21 19:14
20:11 23:15 67:15
80:13,15 81:7 98:13
99:15,16 101:9 104:9
115:22 116:5 124:12
126:20 130:14 148:3
161:4 165:8 172:1
206:15,19,21,23
207:8,9,14,18
**Canal** 132:23 133:16
133:20 134:1,5
**cancel** 174:14
**canceled** 140:1 159:14
162:15 174:1,3
179:16
**CANDACE** 1:5 226:18
**car** 83:13 89:21 94:6
94:16 97:17 99:14
103:4,13,15,18
104:14 106:21,21
107:3,5,11,13 108:14
109:2,12 110:14
112:11,12,16,21
137:1
**carbon** 47:8,10,11,14
**card** 111:22 222:11,18
224:5
**care** 57:15 118:5
**career** 141:16
**Carrier** 48:22 145:9
151:20 214:17 215:8
219:23 220:9 223:12
**carry** 32:11
**case** 4:19,21 5:16 192:3
195:9 196:3,16
211:21 224:20 225:1
227:3
**Cash** 133:7
**cause** 10:6 189:7
227:12
**caused** 122:15 174:13
174:21 175:7,15,18
176:12 178:3
**causing** 10:5

**CDL** 35:12 72:14 146:2
  146:13 148:11
**cell** 51:18,21 95:4,5
  136:18,20 155:18
  157:10,12 218:15
  221:19 223:23
**Cellular** 52:20
**center** 19:20
**Central** 28:16
**certain** 9:5 17:11
**certainly** 64:15 65:4
  119:15
**certificate** 119:1 226:7
**certify** 226:12 227:11
**chance** 26:20
**change** 183:3 184:6,11
  184:21,22 185:12,17
  185:21 186:3,10,15
  225:20
**changed** 53:8,9,15,16
  53:20
**changes** 82:16
**changing** 183:14
**charge** 127:9
**charged** 127:7,10
  141:19 145:2 151:6
**charging** 129:7
**check** 44:18 46:18,20
  48:1,11 49:21 50:13
  87:6,9 147:11
**checked** 45:15 47:22
  48:20 49:17 147:15
  147:18
**checklist** 45:7,12
**children** 117:7
**choice** 139:12,13,14
**choke** 122:6 123:14
**choking** 123:5,6
**Cingular** 52:16,17,19
  52:20
**circle** 18:2 23:21 92:17
  99:2
**Circuit** 1:1 227:1
**citation** 143:8 144:19
  144:23 152:2,6
**cited** 224:20
**Civil** 1:7 4:6
**claim** 17:4 56:17 57:16
  57:18 121:22
**claiming** 61:3
**clairvoyant** 75:1,13
**clear** 56:11 70:3 85:17
  161:3
**cleared** 61:20 65:13
  93:23
**clearly** 58:16 72:1,5
**click** 93:5 101:22,23
**clock** 37:20
**close** 43:13 79:16 88:16
  89:22 90:15,17 91:2

**100:12 107:7,8**
  110:20 111:1,4
  139:21 170:6
**closer** 106:18
**clue** 131:7
**coffee** 39:20 196:10
**collision** 212:3
**come** 13:12 18:23 19:8
  19:11 23:15 31:11
  40:23 75:21 80:19
  81:1,4 84:3 86:20
  87:14 88:17,21 95:2
  107:10 109:21 113:1
  115:18,20 134:1
  138:1,4,8 158:17
  160:16 168:20
  194:16 207:12
**comes** 26:9
**coming** 14:20 16:10
  19:22 69:3,4,5 72:20
  74:11,13,17 75:19,23
  76:5,5,12 77:21 78:1
  78:6,16 79:12,13
  85:5,11 86:11,12,15
  87:10,16 88:6,8
  99:12 108:2 187:17
  187:20 188:1,5,22
  189:2
**commencing** 1:21
**comment** 146:23 147:1
  194:7,8,12
**Commerce** 1:20 2:13
**commercial** 141:20
**commission** 4:10
**Commissioner** 1:18 4:9
  226:11 227:18
**communications**
  221:23
**company** 47:18 52:14
  109:17 116:9,10,11
  124:1,11,15 132:6,7
  133:16 135:9 164:9
  166:4 167:2,19 168:6
  169:6 171:23 201:20
  202:18
**completed** 109:20
  222:7 223:5
**completely** 65:12
**completing** 65:2
**compliance** 216:12
  223:11,12
**compliant** 213:14
**complied** 213:17
**complies** 49:6 70:8,13
  99:4
**comply** 48:22 49:3
**computer** 218:11 227:6
**concerned** 72:4
**concerning** 45:4
  213:14

**conclusion** 12:11,15
**conclusively** 191:18
**condition** 52:22 82:17
**conditions** 77:10,12,15
  82:9,21
**connections** 158:4
**consciousness** 195:13
  196:17
**consequence** 58:12
**considering** 208:20
**contact** 117:15 136:15
  154:9,16 155:6
**contain** 227:7
**containers** 110:16
  111:6,6
**continuing** 67:6 106:3
  118:8 197:20 207:6
  225:8
**contracts** 216:23
**control** 222:2
**conversation** 114:17
  156:16 158:6 160:3
  160:13 163:1,16
**conversations** 6:20 7:1
  114:21 154:21 157:2
**convicted** 150:21
**conviction** 152:7
**Cooksey** 125:17,23
  136:13,15 137:11,14
  147:23 154:5 155:5
  155:17 156:10,21
  158:7,14 159:11,20
  160:12,17 161:23
  162:14,17 163:8,11
  173:22 179:22 205:9
  205:17 208:5 218:22
**Cooksey's** 137:4
**copies** 47:6,8,10,11
  221:14,15
**copy** 3:8,10,11 47:14
  118:23 119:19,21
  134:14,16 144:20
  149:21 166:6,8
  194:21
**corner** 50:9
**correct** 8:4 24:1 30:10
  35:14,15 52:18 61:13
  62:4 84:8 86:23
  87:11,12,18,20 99:9
  103:11 110:23 111:9
  114:3 123:16 134:5
  149:2 159:1,5 178:17
  193:19 213:18 227:7
**correctly** 70:16 74:3
  156:12
**cost** 215:2
**counsel** 4:3,18 227:8,12
**county** 1:3 149:6,8
  196:10 198:14 226:9
  227:2

**couple** 44:17 120:4
  146:9 156:9 157:2
  201:15
**course** 57:2
**court** 1:1 20:6 21:21
  105:18 152:13
  190:23 191:8 224:23
  227:1
**cousin** 125:17 126:3,17
  136:12 146:17
  147:20 153:10 158:5
  173:19 179:21
**coverage** 133:17,22
**covers** 133:18
**CR** 198:13,16 199:4
**Craig** 2:6 47:19 143:15
**cranked** 218:6
**crawled** 162:11
**criticize** 54:10
**crossed** 92:10
**crossing** 65:12 83:17
**crossover** 20:17
**curve** 80:14 81:8 82:4
  83:8,10
**cut** 148:3
**CV-06-900085** 1:8
  227:4
**C-O** 126:1

---

**D**

**D** 2:6
**Daily** 3:5,6
**damaged** 89:18 104:7
  203:20
**Dane** 142:23
**danger** 94:6
**darn** 11:1
**Darvocet** 34:12,14,15
**data** 217:21 222:3
**database** 223:9
**date** 54:8 141:3 148:15
  152:22 204:10
**dated** 47:23 144:8
**dates** 201:14
**daughter** 115:23
**David** 2:6,7,21 5:13
  12:10,14 15:13 18:12
  21:19 25:9 57:23
  66:22 81:1 86:4
  108:1 118:2 119:8
  120:14 134:19
  143:13 149:22
  160:21 176:4 177:1
  184:5 185:5,22
  189:22 195:8 198:20
  210:19 224:14,20
  225:7
**day** 7:23 25:6 30:17
  32:19 33:9,11 114:22
  115:15 124:21,23

**142:6 162:3 164:15**
  164:17 165:12 174:4
  227:14
**daylight** 79:19
**days** 109:8 116:2 142:3
  142:7,13 144:15
  160:1 219:21
**daytime** 81:15 83:9
**dba** 3:13
**DEA** 18:2,9,11
**dead** 59:15
**deal** 128:1 135:8,14,21
  136:7 148:3 154:14
  169:15,23 171:22
  172:3 197:11
**Dean** 3:7 8:15 109:19
  112:11 113:15 114:6
  114:13,22 167:3,21
  210:8
**debris** 100:4,7 102:8
**decapitated** 106:15
**decedent** 190:3,5
**December** 125:13
  139:3 212:9,10
**decided** 59:10 101:11
  139:15
**decision** 79:1 88:3
  123:12
**declarations** 210:15
**deem** 13:19
**defective** 150:22
**defendant** 2:10 5:16
**Defendants** 1:10
  226:23
**definitively** 119:8
**delay** 66:7 122:15
**deliver** 116:6
**delivered** 116:13
**deny** 150:21 151:2
  152:1,2,4,15,19,23
  153:3
**depend** 191:6,7
**depends** 79:11
**DEPONENT** 226:4
**deposition** 1:15 4:4,7
  4:14,19 5:3 7:19
  12:20 14:6 15:22
  16:4 209:22 226:13
**described** 108:9
**desk** 100:23
**details** 158:20,21
  204:16
**device** 217:3,9,18,20,21
  218:4
**diagnostic** 222:4
**diagram** 3:4,7 16:17,23
  19:1,6 20:10 21:1
  57:4 58:3,14 62:4
  69:23 112:13 122:12
**different** 53:5,6 82:19

Deposition of Billy Gene Michael

March 20, 2007

Page 4

82:20,20 104:17,20
104:23 105:2,6
155:13 180:7,15
181:2,8,22 182:8,12
187:4,13 188:10
189:3 197:16 209:3
**differently** 186:18
**directory** 171:20
**discard** 212:17
**discarded** 212:13
**discoverable** 195:14
**discovery** 225:7
**discuss** 202:11 203:5
205:19
**discussed** 7:10 203:16
**Discussion** 105:19
207:5
**dispute** 133:15,22
**distance** 81:18,20 82:1
**District** 152:13
**dizziness** 34:22 35:2,7
35:17 36:12,13
**doctor** 35:13,17,18,22
**document** 48:14 140:5
144:7 172:12,14
**documentation** 152:8,9
**documents** 26:19 119:4
119:13 127:23
134:16 209:17,20
210:14 215:14
**doing** 50:16 69:7 71:7
150:15 171:17
**dollars** 127:10 129:7
148:5 151:6
**done** 40:17 48:5 56:22
57:9 61:20 99:17
101:8 107:12 112:15
116:14 148:9 180:7
181:1,7 182:7 183:20
184:1 187:12 188:9
189:3 197:9 213:5
216:15 224:3
**door** 127:13 128:3,6,16
130:21 131:22 169:7
216:2,5
**DOT** 129:2,8 131:12
138:12 200:10,13
201:9 213:14 216:12
**Dothan** 26:8
**double-check** 119:16
**down** 5:19 17:2 18:3
26:9 42:18 43:2,7
46:23 47:23 50:20
51:14 67:8 70:6
71:15,21 77:20 89:17
96:7,22 98:10,11
105:12 122:6 123:5,6
123:14 124:10
192:10,12 211:8
**downtown** 115:5

**Dr** 36:1,17
**draw** 17:21,22 18:16
20:9 21:8 22:15 57:5
57:18 58:4,8,14 59:3
60:13,20 61:18 69:9
69:14 92:13,20 93:8
127:21
**drawing** 17:21 59:4
89:12,23 91:2 112:10
**drawn** 3:7 16:18 17:4
19:12 55:20 60:9
100:8
**drew** 20:13 67:7 70:7
75:23 93:20 96:8,9
**drink** 39:18,20
**drivable** 110:1
**drive** 2:8 68:6 91:23
173:9 217:13
**driven** 217:16
**driver** 68:9 72:14
125:4 138:20 144:14
191:2 206:22 215:11
222:8 223:10
**drivers** 155:10 179:20
**driver's** 3:5,6 50:22
51:7 147:18
**drives** 155:7 161:16
**driveway** 19:23
**driving** 30:8 116:10
130:8 145:21 146:10
146:11 147:5,11
151:11 160:15
161:20 202:4 222:7
**drop** 52:7
**drove** 68:15,18 124:2
124:18
**drug** 111:6,6
**drugs** 108:21 110:5,19
**dual** 173:9
**due** 193:23 194:3
**duly** 5:9 226:15
**during** 39:9 83:8 146:9
154:17 179:10
**duties** 125:3
**duty** 45:23 142:5
144:16
**d/b/a** 199:7,14,23

**E**

**E** 2:6,7
**each** 16:1 19:17 50:9
**ear** 36:16,18
**earlier** 108:10 200:12
**early** 150:14
**east** 19:7
**eat** 30:14 32:5,6,8,18
32:22
**eaten** 32:16 39:16
**Ecru** 121:8,10
**Edge** 133:10,11 135:14

164:20
**effect** 8:14
**eighteen-wheeler** 147:5
150:2
**eight-day** 219:2,13
**either** 4:15,21 15:19
50:23 152:18 190:10
**electronic** 222:2
**else's** 197:5
**emergency** 112:23
**employed** 124:5
**employer** 124:10,14
125:4
**employment** 158:18
**enable** 80:8
**end** 5:19 21:16 22:8
30:20 168:14 224:11
**engine** 51:12,14 123:14
218:6
**enough** 14:1 24:9 41:4
79:2,7,16 84:3 88:17
96:14 103:12 110:20
111:2,4
**enter** 193:3
**entered** 19:22
**entitled** 58:17 197:13
**entity** 168:3
**entrance** 18:6
**entrances** 18:21
**entry** 142:4 144:15
**envelope** 197:22
**estate** 225:16
**estimated** 193:6
**et** 1:9 226:22
**even** 147:4,8 180:11
181:10,13 183:21
192:2 207:19
**event** 100:14 174:11,20
175:17 176:11
179:10 186:5 222:3
**events** 29:12 180:5
**ever** 6:7,12,16 8:13,18
34:21 71:15 72:22
73:2 76:17 82:3
109:12 111:12,14
115:6 132:14 138:19
141:19,21 142:2
145:8 147:4,17 149:8
158:19 159:23
162:10 169:15,23
192:7 199:23 200:5
204:2 206:5 211:19
215:17 217:16
220:19 222:7
**every** 48:8 138:8
**everybody** 221:11
**everything** 41:5 45:15
88:13 121:19 127:15
131:15 134:13
**evidence** 4:15 110:3

111:5 191:14 195:12
**exact** 54:7
**exactly** 17:2
**examination** 2:19 5:12
227:8
**example** 17:21 76:4
110:11,13
**examples** 29:14 176:21
**except** 37:10 127:12
**excessive** 83:17
**excuse** 97:13 120:22
198:18
**Executed** 21:12
**exemplar** 57:14 69:10
**Exhibit** 3:2 16:18,20
27:11,12 30:22 31:1
31:2 37:9 45:18 46:6
47:21 48:21 55:15,19
76:1 89:12,15 91:12
112:3 144:2,5 168:16
187:7 194:18,22
199:19,20 200:3,15
**exhibits** 47:5,5 224:2
**exit** 18:6
**exits** 18:21
**expected** 75:1
**expert** 211:20,21
**experts** 211:18
**explain** 9:23 14:13 52:7
123:23 166:14
204:12 205:1
**explained** 8:10 187:9
**explanation** 76:11
194:11
**expression** 219:15
**extend** 69:22
**extent** 31:15
**E-C-R-U** 121:10
**e-mail** 221:23

**F**

**fact** 13:2 15:7 64:21
74:17 75:11 158:9
**facts** 10:16 113:17
114:6
**failed** 48:1 144:14
**failing** 142:2,12
**failure** 151:20
**Fain** 2:8
**familiar** 83:13 219:22
220:8
**family** 111:15
**far** 8:13 10:4 22:13,19
48:2,23 57:9 76:14
77:3,13 79:2,7,8 80:8
81:16 82:3 83:13
123:10,11 132:19
135:20 136:1 147:11
169:11 198:10
204:18

**fast** 79:11 89:9
**fatality** 13:11 202:13
212:20 220:2,22
**fault** 6:8,13,17 7:13,20
8:5,12,16 9:2,4,5,15
9:21 10:20 12:8
13:13 14:8,15 189:15
191:3 193:18 204:4
204:13,15,18,20,22
208:17,20 209:7
**February** 148:15
152:16
**Federal** 48:22 145:9
214:17 215:8 219:23
220:9 223:12
**feel** 9:9,19 12:7 14:7
88:16 96:21 101:18
101:19,20 202:16
204:19,21 208:17
209:6,9 212:22
**feet** 33:20
**fellow** 147:20 196:13
**felt** 101:14,15 204:14
**fence** 93:18 96:10
97:20 98:16
**field** 11:12 100:23
**fifth** 170:16
**figure** 22:7 37:8 57:13
92:20 93:9 161:11
**figured** 99:13
**file** 213:21,21 214:5,19
**filed** 165:15
**filing** 4:19,23
**fill** 45:7,11,19 48:4
**filled** 45:20 46:17
**filling** 45:22
**final** 96:8
**find** 17:7 49:14 94:12
105:15 117:20,21
121:5,6 128:5 130:17
131:7 136:10 139:2
156:18 157:23 158:1
161:12,13 171:6,14
171:21 209:17
222:18 223:22
**fine** 67:4 151:5,16,17
185:7 188:20 190:22
**finish** 19:5 28:3 42:21
44:16 58:10 82:6
86:3,7 119:11 135:22
136:2 176:3,5 182:18
**fire** 175:23
**first** 5:9 10:9 19:23
22:22 38:7 50:19
55:19 73:2 76:21
94:12 95:17 96:1
109:11 117:8 148:22
153:4,7 192:7 208:12
226:15
**five** 30:8 42:10,16

43:18 47:1 97:18
98:5,7,23 99:1,6,8,12
102:22 104:9 106:19
112:2,9,17 113:5,7
130:6 192:12
**fixing** 30:23
**flats** 44:19
**Florida** 26:1
**flowers** 111:19
**fluid** 33:17
**folks** 59:13 153:18
161:13
**follow** 210:21
**follows** 5:11
**food** 32:3,9,11,12
**foot** 91:5
**foregoing** 227:6
**forgot** 40:5
**forgotten** 105:11
**form** 4:12 6:9,14,18 8:6
8:17 9:3,10 10:7
11:17 14:23 15:2,11
16:13 17:14 20:22
22:21 23:1,3 24:12
25:11 26:14 31:14
34:23 35:4,9 38:2,8
39:1 40:9,20 41:10
41:16 43:9,11,20
44:5,12,16,23 45:13
48:6,16 49:1,13 50:3
50:21 51:3,16 53:17
53:21 54:3,12 55:23
56:20 60:2,8 61:14
61:19 62:5,7,9,16,21
62:23 63:8,17 64:1
65:10,19,23 66:4,12
71:1,22 72:12 73:4
73:19 74:7,12,19
75:10,20 76:2,19,23
77:5,23 78:8,11,19
79:5,10,15,23 80:2
83:12,22 84:16 85:7
87:1,17,19 89:7 91:7
92:5 95:14,19 96:2
96:13,17 97:2,7,15
99:23 100:10 101:17
102:11 103:7,14
104:4,15 106:12,16
107:17 108:15,23
109:7,9 110:8 111:20
112:14 113:19 114:9
114:19 115:12
116:16 117:16,22
121:17 122:13,18
125:5 126:7 130:7
131:8 132:17 133:19
133:23 134:8 137:13
138:15,21 139:8,17
139:23 140:11
141:11,23 142:9

143:7 145:4,6,14,23
146:6,19 148:8 150:3
151:1,22 152:17
153:14 154:22
155:22 156:3,19
158:3 161:15,19
163:19 164:23 165:5
165:21 166:1,12,20
170:18 171:18 172:8
172:19,21 173:14
174:8,8,15,22 175:19
176:7 179:13,18
180:9,12,14 181:3,20
182:2 187:15,21
189:8,17,20 190:14
191:5,11,16,21 192:4
192:14,21 193:9,14
193:20,22 194:6
195:6,6 202:20,23
204:5 205:3,16 208:9
209:1,8,15 213:1,4
213:19 214:21,23
215:10 218:2,9 219:1
219:2,6 220:5,23
222:5 223:2,19
225:22
**formality** 4:10
**forms** 219:11,13
**forward** 68:19 70:18
**forwards** 84:18
**found** 49:12 101:7
106:17 200:11 207:9
**four** 73:14,18 92:21
93:10 94:10 95:22
99:12,21 101:11
154:12,17 155:2
179:11 212:4
**four-lane** 19:17 72:17
73:9,12
**fresh** 114:12
**fresher** 114:7
**from** 15:18 16:22 17:7
18:4 19:11 21:1
22:22 25:10,20,21
30:8 31:11,18 32:22
38:6,23 42:7 43:17
43:18 47:6 48:10
51:8 59:11 66:8,17
67:10,12 68:12,19
70:10,18,23 71:16
75:21 83:20,20 84:3
85:5,11 86:12,15,18
87:16 88:4 90:20,21
90:23 91:1 92:11
94:5 95:3 97:8 99:12
99:15,18 102:21
104:8 106:13 108:14
111:14 112:19 116:9
116:9,10 117:7
119:14 121:15

122:11 124:13
133:20 134:5 149:14
154:13 163:8,11
164:2 165:17 166:4
167:1 169:5,11,13,14
172:2 173:18,19
177:21 185:11
186:18,22 187:6
198:10 209:14 212:9
218:17 223:8 225:20
**front** 14:21 16:11 20:3
24:14 50:8 56:21
72:6 78:17 90:20,23
91:1 92:3 95:18
99:22 104:8 143:17
143:21 169:6 180:21
181:16 183:5,23
189:11,14 191:3
193:16 194:5
**FSR** 116:10 117:2
129:13,19 168:5,7,12
168:15 169:1,3,4,7,9
169:16 170:1,20
171:1,3
**fuel** 30:12
**fueled** 28:10
**full** 5:14
**funeral** 111:17
**furnish** 131:10,11
195:1
**furnished** 129:11,14
131:12 168:22 169:7
**furnishing** 129:21
**furniture** 84:21 116:6
169:6 170:9 171:23
173:5
**further** 4:17 5:1 226:4
227:11

---

### G

**Garrett** 1:20 2:12
**gave** 35:22 55:19 57:14
105:3 114:15 176:20
194:21 195:3 212:7
**gear** 68:15,18 70:18
84:15 122:22 123:3
**Gene** 1:9,15 2:20 4:5
5:8,15 226:14,21
**general** 56:15
**gets** 47:17
**getting** 19:4 31:22
32:16 53:14 54:4
136:5 169:3,5 181:9
181:11 221:7
**Gina** 1:16 4:8 105:14
226:10 227:17
**give** 17:22 26:17,22
41:20 54:8 91:13
110:11 113:15 115:8
122:10 130:5 133:13

134:23 194:11 196:5
199:10 202:17
207:22
**given** 143:8
**glasses** 68:3,5,8
**go** 13:17 16:3,8 18:19
19:16 25:23 32:6,8
37:17 38:10,20 39:23
45:6 51:8 53:12 56:7
56:13 57:18 67:1
72:21 74:23 78:12
86:5,22 87:14 96:18
102:15 107:5 108:15
111:17 112:10 115:3
117:21 125:5 126:16
131:16 136:11 140:3
143:15 150:5 155:12
157:23 171:17,19
176:4 186:11 192:1
194:15 198:20
202:19 204:16
205:23 213:15 221:4
221:9,16
**goes** 64:9,21 65:3 177:1
195:22 197:7
**going** 11:5,9,19 12:21
13:15 17:20 18:2
20:9 22:15 23:20
25:23 27:7 30:19,21
37:14 38:14 57:3,3
59:4 61:19 64:11
67:2 69:21 70:5 72:8
73:8,10,15 74:20
86:9 89:10 90:12,14
92:16,17 99:6,7
100:12 102:5 103:23
110:11 125:15
131:11 134:3 143:16
148:4 159:15 162:8
165:18 176:23
178:23 179:10,12
180:17 185:20
190:16,18 193:11
195:7,19 199:8,10
201:14,17,18 202:18
210:20 211:20 214:9
**gone** 26:4,8 40:18
109:12 114:13,17
161:17 171:8
**good** 58:19 117:23
118:3 213:13
**goose** 87:3
**gotten** 24:23 41:2
150:1 165:17 182:8
**go-to** 153:13
**grassy** 20:18 22:17
56:8
**Great** 142:23
**Grose** 1:5 74:10 75:19
76:12 83:9 111:15

226:18
**gross** 127:6
**guess** 22:15 95:6 101:9
115:5 116:12 120:4
**guessing** 41:22 54:14
174:9,16
**guilt** 195:13 196:17
**guy** 113:2

---

### H

**Haislip** 1:17 4:8 226:10
227:17
**half** 18:17 79:21 80:10
80:14
**handle** 125:21
**happen** 85:21 151:3
163:9 175:20 180:17
180:20 206:8
**happened** 8:10 17:13
24:22 26:3 35:6 38:5
38:7,15 43:6,18
49:11 52:5 55:13,17
79:19 85:6 93:2
94:13 100:6 114:1
115:4 116:8 120:6
121:16 125:2 129:15
139:4,16 142:8 146:5
153:5 156:11,18
157:1 158:11 164:4
166:11 167:9,16
168:1 180:6 187:9
202:9 205:4,5,12,20
208:16 212:12 213:6
225:10
**happens** 47:16
**hard** 22:7 99:5 105:14
**hat** 68:1
**haul** 155:9 173:5
**hauled** 129:23 173:8
**hauling** 116:11 117:3
125:1 129:21 148:6
155:12 169:5,8
**having** 5:9 32:9,12
71:10 85:1 92:11
157:2
**headed** 21:14
**headlights** 103:22
**hear** 23:8 101:21
173:18 219:10
**heard** 93:4 101:22,23
133:20 173:17
195:17 199:23
206:20
**heavy** 84:22 173:3,8
**held** 29:18 105:19
207:5
**help** 12:19
**her** 5:20 6:7 7:22 101:3
102:16 135:21
164:22 165:4 218:20

218:21
hereto 4:22 5:2
hesitate 122:6 123:13
hesitation 123:5,7
high 33:18 71:12
highlighted 140:6
141:2
highway 69:13 72:17
73:9,12 76:12,14
79:4 83:18 92:12
93:16,19,23 94:15
97:16 98:4 192:19
217:23
him 8:4,10 9:22,23
10:16 11:23 12:6,12
12:19 13:3 14:19,21
16:11 18:14 19:5
28:3 42:21 44:16
58:4,18 60:3,21
64:13,22 65:2,5
74:21 76:15 79:14
81:2,3,4,11,14,19
83:16 84:3,6,10 86:3
86:7 88:11,15 93:4
96:3,8,9,12 105:21
113:21 114:14,17
115:2 117:14,15,15
117:20,21 121:5,6,11
124:2,3 125:18
126:11,13,14,16
127:1,2,4,20 130:9
131:3,4,7 135:1,22
148:4 154:15,16,18
154:21 155:3,6,7,11
155:19 156:16,22
157:2,4,5,5,8,17,23
158:1,4,12,14 159:8
160:14,22 161:21
162:5,7 163:15,23
167:11 171:14,16
175:8,10,13,15 176:3
176:9,17,20,23
177:13,16 178:10,14
179:1 181:15,16
182:4,7,13 183:7,13
184:3,5,12 185:1,3
185:18,23 186:7,23
187:1 188:4 190:3,6
190:19 193:16 194:5
195:7,20 201:13,17
201:19 202:11 203:5
203:16,17,19 204:2,7
204:19 205:1,6,8
209:16 213:10
214:13 221:17
himself 140:7 201:16
201:23
hired 126:5,14 130:11
146:18 147:6 202:14
history 153:19 154:7

202:4
hit 26:6,9 80:13 83:16
84:4 90:12,18 92:23
99:14 126:21 191:4
hitting 94:6
hold 16:12 18:8 57:22
59:17 80:16 81:5,5,6
82:6 105:2,13 118:12
145:1 153:22 179:7
180:23 181:12,23
182:22 189:19 207:4
218:14
holding 107:12
hole 24:5
home 32:18 115:18
156:21 157:10
164:16 186:22 187:6
206:5,5 215:6
homicide 10:4
hook 170:17
hooked 170:15,16
hour 192:12,20
hours 30:8 31:9 48:8,9
49:8
house 130:13,14 134:2
138:1,4 148:3 149:6
149:9,14 158:1 160:9
Howell 36:1,2,3,17
Huh 104:19 153:16
huh-uh 21:23 22:4
137:20 200:19,20
humorous 154:7
hundred 127:10 129:7
148:4 151:6
hung 85:15,23
hunting 126:18

_____
I
_____

idea 122:10 157:15
179:9
identification 16:21
27:13 31:3 89:16
144:6 168:17 194:23
199:21
Immediately 139:20
impact 55:22 56:3
58:21 59:19 60:7
64:8 65:9 66:9 71:17
83:21 84:10 89:14
90:14,17 91:20 92:2
92:7 94:11 95:20
122:12,17
impacted 56:18 57:17
61:12 80:15 89:21
important 94:3 202:17
208:19,23 209:4,12
213:3
improper 13:7 81:22
82:2,16
inappropriate 225:3

incident 210:1,6
income 124:9
INDEX 2:19 3:2
indicating 20:2,15,19
21:5,7 30:3 45:20
56:10,23 62:1 66:17
66:18 99:16 102:23
individual 169:15
individuals 205:20
information 10:16
26:23 52:1 75:22
76:3,4,7 89:5,9
163:21 196:1 202:17
205:23 207:12
initial 117:8
initials 18:10 21:10
57:15 69:12 70:5
117:7 168:9
inner 36:16,18
inquiry 13:14
inside 107:11 216:1
inspected 215:17
216:11,20
inspection 46:22 48:3,8
48:12,15 49:9 109:20
116:3 140:16 141:3
141:21 216:13
instructed 83:5 105:20
179:1
instructing 185:18
insurance 127:14
131:18,19,22 132:1,6
132:7,8,15,16,20
133:2,16 134:6 135:4
135:9 136:8 156:20
164:9,12 166:4 167:2
167:19 210:13,17
211:5
intend 162:10
interested 227:13
intermittent 71:13
International 132:12
142:16 144:1
interpose 64:23
interview 134:1
introduced 4:20
investigation 107:12
involved 94:22 101:6
101:12,16 102:1
118:10 122:2 143:4
206:4 213:22
Ishamingo 36:9
issue 12:17 45:4 59:10
114:16,16 134:12
196:12 203:22
issues 35:17 36:12
items 107:3,16
Iuka 130:22,23 163:5
169:11 198:6,10,16
199:4 200:4

Ivey 195:10 196:9,18
224:21
I-S-H-A-M-I-N-G-O
36:6
I-10 26:6,9

_____
J
_____

J 3:13 47:18 117:5,6
124:5,10,15 125:1,12
125:16 126:5 128:20
128:22 134:13,14
135:5 137:17,22
139:1,3,16 147:6
148:7 153:8 154:10
158:19 162:9 164:2
167:14 177:9,12
178:19 179:5,11
180:2 199:7,17
215:13 217:1
Jackie 169:22 170:1
Jacob 14:20 16:10
56:18 57:16 59:15
61:12 65:22 74:10
75:18 76:12 80:13
88:8 89:4,10 95:18
106:23 110:6 180:21
189:7 191:14 193:4
Jacob's 62:14,19 63:5
63:16 64:7 65:8
89:20 97:13 98:9
103:13,18 104:12
111:12,17
jail 156:5
Jerry 169:21 170:3,4
Joey 3:13 117:12,13
124:7,15 126:3,8,9
126:19,20,22 128:1
128:21 129:1,14,20
129:22 130:11,17
131:16,18 135:8
136:10 137:10 138:2
138:3 139:12 140:4,6
140:10,21 146:16
147:17 148:3 153:4
154:15 155:21 156:2
156:5,8,13 158:10
159:11,19 161:12
162:14 167:15 171:1
171:6 173:12 174:13
175:18 179:16,21
197:21 199:7,11
200:1,5 216:23
221:16
Joey's 201:9
Johnston 1:19 2:12
Jr 2:11
Judge 196:11
judgment 23:5 37:16
38:22 41:20 54:8,10
130:5 192:11

July 151:21
June 120:7,8
jury 59:9 61:9,16
190:23 191:9
just 9:14,22 11:6 12:3
14:5,7,9,12 16:3
20:10 34:8 40:13
41:3,3,13,13,19
44:14,14,17 48:7
49:22,23 52:8,9 54:8
54:9 57:17 64:12
66:2 67:21,21,21
68:15,18 71:7 73:6,7
73:16,22 74:4 78:6
83:13 84:5 85:4 86:1
86:20 87:3 88:12,20
89:22 90:5,8 92:1
93:5,22,22 96:21
97:4,17 101:22 103:8
105:1,10 106:13,14
108:4 122:20 123:4,8
126:13,17 127:2,2,22
135:3 139:3 141:5
145:1 152:13 157:21
160:13 161:4 162:4,7
165:1 166:17 169:17
170:14 173:16
177:21 178:12,13
183:21 184:2 188:3
188:18 189:12,15
190:7 194:11 195:2
200:23 201:1 203:18
204:19 205:21
206:20 209:9,21
210:7,7,8 212:13
213:8 214:9 215:20
216:4,16 218:6
220:16 221:2,13,15

_____
K
_____

Karen 133:10,11
135:14 164:20
keep 52:21 78:2 92:11
94:5 102:5 108:1
116:3 153:18 212:14
213:21 214:7,16,18
214:19,20,22 215:7
217:10 219:3,19
220:3,4,13 221:10
222:14,22
keeping 138:13 145:13
220:21
kept 116:1 127:17
Kevin's 97:1,12
killed 74:16 163:18
165:4 181:17
kin 227:11
kind 17:5 22:7 33:4,8
34:5,18 36:12 45:7
45:11 51:19 56:14

Deposition of Billy Gene Michael

99:5 100:13 110:5
130:18 131:17
133:21 143:8 153:13
154:6 155:6 163:7
194:10 197:9 209:23
210:5 217:3,9 218:11
223:4,8
**knew** 95:11,16 100:2
100:13 129:19 130:8
170:2 203:1,2,7
205:4 206:6,16
**knocked** 103:22
**know** 9:4,14 10:14,22
11:2 15:9 17:2 18:17
22:1,17 23:4,10
26:15 33:22 36:15
37:5 39:4,13 41:13
41:23 42:6,12,14,15
43:22 44:7,18 48:23
50:4 51:6,23 52:2
53:2,22 54:6,15 55:2
57:2,23 59:11 62:11
67:21 71:3 72:15
74:1,8,13 75:17,18
75:21 77:6,13 85:14
88:20,22 89:1,2 91:8
93:2 94:13 95:8,15
100:5 101:15,23
103:3,10,11 104:1
105:14 108:7 110:10
112:6 113:13 114:10
114:14 118:1 119:2
119:21,23 120:21
121:5 122:1 126:13
126:14 129:17 130:3
130:17 131:2,3,20
137:6,18,19 138:7,10
140:1,7 142:18 145:7
147:12,13 153:20
154:2 155:21 156:1,1
156:4,22 158:21
160:14 161:4,11,18
162:13,22 163:17,22
166:8 168:9,10 170:2
170:6,23 171:6,11,15
171:19 173:15
174:10,11,19,20
175:15,16 177:23
178:22 179:3 180:11
180:17,20,22 185:11
187:5,8,10,11,14,19
188:1,4 189:6,10
194:13 196:19,20
197:2,13,20 198:8
200:8 203:9,12,15
205:5 206:20,22
207:15 210:7 211:6
213:7 214:13,15
215:21 217:8 219:1,6

220:16 223:14
225:16
**knowing** 180:11 181:10
181:13 183:22 187:5
187:8,11,14
**knowledge** 73:20 84:7
107:2 110:4 111:9
147:14 154:8 156:7
177:22 179:14,23
206:10 218:10
**known** 126:11 187:16
188:8,21 189:1 200:5
205:11,12 207:2,10
**knows** 184:7 205:8
206:2

_____

**L**

**L** 1:17 3:13 4:8 120:10
120:11 121:1 124:18
151:12 199:7 201:21
201:23 205:10
226:10 227:17
**labeled** 16:18 93:18
94:9
**lady** 5:19 94:19 100:23
102:16 164:19
**Lakeland** 25:23
**land** 225:16
**landed** 94:17
**lane** 21:4 56:12 57:11
62:13,13,14,19 63:6
63:15,16,16,20,21
64:7 65:8,16,18
69:13,13,18,19,19
73:14,18 86:22 87:4
87:15,23 88:1 93:16
93:19 94:7 102:5
122:17
**lanes** 19:17 56:10,22
57:8 61:6,11,12,20
65:13
**Large** 1:18 4:10 226:12
227:19
**last** 32:16 38:16 87:6,9
93:16,19 98:19
117:14 125:22 142:4
144:15 170:4
**late** 55:1
**later** 17:19 22:6 98:12
102:10 106:17
162:12 206:19 207:9
213:2
**laughed** 130:18
**laughing** 153:18,21
154:1,3
**Law** 1:19 2:7,12
**lawsuit** 165:15
**lawyer** 64:10 167:20
185:9,10
**lawyers** 208:6

**laying** 40:12 94:15
100:4 102:7
**leads** 9:19
**learn** 102:10
**learned** 206:19
**lease** 126:18,19 127:21
**leased** 127:2,4,4,20
130:9 161:20
**leases** 216:22
**least** 48:8 103:12
154:23
**Leatherwood** 121:2,3
201:12,16 204:9,12
204:17 206:1 208:7
**leave** 29:2 30:17,18
31:19,20,23 44:3
45:11 115:11,17
119:17 171:10
181:11 218:18
**leaving** 17:12 29:4,6
38:13 65:11
**left** 24:5,10 25:20,21
26:12,13 27:15,16
31:13 38:3,9,18,21
39:6 41:3 42:9 48:10
50:12 55:1,3,16
56:12 57:11 62:13
69:1,5,13 71:16,17
72:10 77:4 79:22
81:17 83:11 87:23
88:5 109:2 112:9
186:22 187:6
**length** 220:14
**less** 36:14
**let** 19:2,5 20:12 28:3
42:21 44:16 57:22
58:10 60:21 69:21
71:15,20 74:21 81:9
82:6 86:3,7 91:13
93:15 107:7 119:6,11
135:22 136:2 147:3
158:17,22 176:3,23
182:18 183:16 187:2
190:18 195:7,19
196:3 198:10 209:3
214:13 222:18
**letter** 159:10,17 211:1
**letters** 165:17
**letting** 182:4,13 185:1
**let's** 14:5 27:4 47:23
73:16,17 78:12 84:5
118:6 124:22 191:23
192:6
**liability** 132:15,16,19
133:17
**license** 68:9 142:18,21
143:23 144:2 148:11
**lie** 54:5
**life** 137:15

**lift** 36:14
**light** 29:8 75:7 103:12
173:6
**lighted** 103:6
**lights** 39:13 44:19 45:5
49:17 50:1,6,13
79:17 88:17,23 89:4
89:6
**like** 8:20 12:7 13:10
14:7 17:2 18:16
22:16 29:9,16 39:20
45:8 55:8 57:13
69:10,11 74:3 75:23
78:14 79:12 88:16
93:5 96:21 101:22
106:7 107:6 110:16
114:18 119:18
121:19 122:7 123:15
124:9 137:3 141:22
143:2 159:13 163:9
169:22 179:12
183:21 184:2 189:22
192:10 199:10,18
200:1 202:16 204:19
204:21 208:17 209:6
209:9 212:22 217:6
217:18 218:12 220:2
**limit** 110:12 192:18
193:10,12 217:19
**line** 30:5 61:5 70:14,15
93:18 98:20 125:3
**lines** 22:18 89:19
**list** 172:13,23 173:1,2
**listen** 25:16 64:12
82:10,13,14 179:6
203:14 210:9
**little** 13:17 21:8 37:8
57:5,12 61:19 69:10
69:10 91:7 92:15,20
93:5,5,8 99:2 100:4,7
101:22 165:11 169:5
180:2 215:20 224:5
**live** 121:7 149:11 161:9
**lived** 137:11 149:8
**living** 131:1
**load** 25:19,21 84:21
116:12 117:4 129:15
129:18 155:10 172:1
172:5,17,23 173:3,8
**loading** 170:11
**loads** 129:11,12,12,23
131:11 148:7 155:13
173:6
**located** 109:15 169:9
**log** 3:5,6 27:14 30:1,21
38:9,21 42:17 43:2,3
211:23 212:23
213:16 219:16,18
**logbook** 40:3,4,6,19,21
47:6 48:21 137:22

**logbooks** 138:13 141:9
220:21
**logs** 26:17 38:12 45:14
142:3,13 143:5
144:15,20 145:13
219:8,9,11 220:3
221:8 223:10,17
**long** 6:5 28:22 31:5
35:2,5,6 38:5 41:3,6
41:12,14 44:8,10,11
53:19 54:1,6 70:22
84:1,3 88:13 91:4,6
109:4 122:10 125:11
126:11 137:10,11
139:6 141:12 146:11
146:13 148:2 182:21
185:14 212:14
216:16 219:4,19
220:14,22 222:15,22
**longer** 171:7
**look** 16:17 17:19 26:21
26:21 38:12 44:9
45:8,10 49:15,22
50:19 55:15 63:9
74:3 96:5,22 104:2
107:5,15,18 110:20
111:2,4 136:18
140:17 166:17
171:16 179:12 187:7
189:12 191:18,23
192:6 212:22 213:16
217:21 221:4,9,11
**looked** 42:3 49:10,11
51:7 67:19 69:1,3,4
72:19 77:14 83:11
85:9 86:10 87:4,9
88:5 94:16 102:4,6
119:3 181:15 188:3
192:2,7 209:19
223:16
**looking** 26:17 27:6
44:21 50:11 51:8
54:4 63:10 69:7
74:15 76:10 84:15
89:17 98:11 123:8
145:20 148:14
208:19
**looks** 17:2 90:17 143:2
169:22
**lot** 20:1 21:3 24:16
66:11 114:6 155:7,9
156:9
**loud** 113:9
**louder** 199:15
**low** 71:12,14
**lug** 85:2
**LUM** 3:13 199:7,17
**lunch** 118:3,7

Deposition of Billy Gene Michael

Page 8

---

**M**

M 1:5 120:10,11 121:1
  124:18 151:12
  201:21,23 205:10
  226:18
made 4:12 48:3,14
  54:21 66:17 79:1
  83:6 85:4 87:6,9 88:3
  89:13 91:15 99:18
  123:12 151:7 162:2
  171:23 179:11
magnetic 128:7
make 8:13 14:14 15:16
  18:1 20:11 29:5
  39:12 47:8 49:18
  56:14 66:10 70:2
  92:13,15 99:17 123:8
  127:13,14 133:5,6,8
  158:4 164:13 189:12
  191:2 220:3 225:20
makes 203:2
making 54:23 56:11
  59:13
malfunctioned 122:1
mama 111:12
man 128:18 129:19
  153:13
manner 4:21 227:13
many 23:2 50:1,4 53:14
  83:15,19 84:18 90:3
  90:4 109:8 130:2
  154:20 179:20
map 61:6
mapped 3:7
March 1:21 150:22
  152:6 227:5
margin 99:6
mark 20:11 27:4,7
  30:22 91:14,15
  143:18
marked 16:20 27:11,12
  31:2 89:15 144:5
  168:16 194:22
  199:20
married 6:5
massage 11:12
matter 226:17
may 4:7,13,14,20 22:16
  24:3,4 55:7,7,8,8
  57:4 58:5,6 105:14
  106:6 120:7,8 177:3
  178:3 196:18 213:12
maybe 29:8 44:17
  109:10 155:16
  198:12 212:22
  216:17
ma'am 94:21 101:6
  105:17
mean 20:17 29:7,9 46:9
  46:10 66:2 73:22

97:13 110:12 118:12
  123:10 131:14
  134:11 156:5 175:20
  194:9 196:7 198:16
  199:5,8,13,18 205:5
  206:18 207:13
  216:10 217:1,19
  219:14 220:20
  222:17
meaning 63:16 138:2
  186:21
means 131:15 219:11
meant 99:7 187:1,1
median 19:19 20:14,18
  56:9 76:5 85:11,15
  86:10
medication 33:6,8,14
  34:10
medications 33:23
  36:21
medicine 33:5,9
medicines 36:21
meeting 130:12 160:17
  161:5,8,22 162:14
meetings 161:9
mentioned 176:9
Merle's 17:3,10 19:8
  20:3 27:23 29:7,13
  29:20 30:2,12 31:12
  32:5,17,23 37:7
  55:16 66:9 100:18
  102:15,22 104:8
  207:15
mess 106:14
messaging 221:19
met 130:11
metal 216:7
Michael 1:9,15 2:16,20
  4:5 5:8,15,21 6:21
  36:1 59:12 66:16
  67:7 118:9 119:14,22
  121:2,3 143:13 154:5
  185:8 191:1,8,20
  193:1 197:21 201:11
  201:16,18,23 204:9
  205:23 207:6 208:7
  213:13 224:17
  226:14,21
midnight 30:20 142:4
  144:16
might 53:4 80:4 95:6
  146:9 211:20 216:18
mile 79:21 80:1,10,14
  169:13 198:12
miles 192:12,19
military 156:6
mind 9:14 79:1 114:7
  177:15 209:4 210:23
mine 155:11
minute 44:13 56:5

57:20 60:23 73:16
  82:23 92:14 93:15,17
  93:20 123:19 124:22
  134:4,6 145:1
minutes 29:1 39:4,4,6
  39:10 41:19 42:2,10
  42:17 43:19 44:15,17
  44:20 105:4 141:13
mirror 102:4,6
miss 54:11
Mississippi 3:8 25:17
  28:9,17,23 29:3,6,13
  118:14 121:8 133:3
  142:5 144:17 149:7
  152:16 169:10 199:4
  200:5 216:13
mistake 189:13 191:2
misting 67:21
misunderstand 64:4
modifications 225:21
module 222:2,4
Montgomery 1:3,20
  2:9,13 19:6,9,13
  21:16 22:9 136:20
  150:13,14 152:10
  226:9 227:2
month 132:4 212:2,2
months 120:4 154:13
  154:17 155:2 162:12
  179:11 201:15 212:3
  212:4,7,16 216:18
more 24:10 36:14 42:2
  42:10,16 64:14 70:2
  160:15 167:4 171:9
  173:16
morning 31:7 32:13,13
  32:18,21,23 38:13,18
  43:10 50:11,16 77:16
  85:21 112:7,20,22
  115:3 119:15 150:14
  156:23 180:5 181:9
  187:13 206:3,7
most 133:10 208:19,23
  209:4,12
mostly 39:11 173:5
motion 211:10
motor 48:22 100:14
  118:15 141:20 145:9
  151:20 214:17 215:8
  219:23 220:9 223:12
move 10:8 149:14,18
moved 51:1 67:11
  70:18 149:12 197:4
  198:5
movement 122:21
  218:7
much 99:13 127:7
  131:3 132:3 161:12
muddy 57:10
Myrna 5:21,23

myself 6:21 123:22
M-Y-R-N-A 5:23

**N**

name 5:14,20 33:21
  35:23 52:10,12,13
  109:17 117:12
  118:17 125:22
  127:13 128:3,6
  130:20 131:19,21,22
  134:13 147:21
  152:21 168:8,10
  169:17,18,22 170:4
  171:21 197:5 200:1
  201:20 206:22
  207:22
named 170:1
names 117:10 168:9
  207:7
nap 17:11 38:23 41:7
  51:15
narrative 10:10 64:16
narratives 59:22
near 29:16 48:9 98:16
  98:16 107:20 108:6
  109:12 113:7
necessarily 58:14
need 4:12 14:13 15:13
  15:14,18 16:1,3 20:5
  21:17,20 64:21 66:22
  69:15 75:2 79:8
  82:12 92:15 108:12
  113:11 153:19
  159:14 195:15
  208:21 209:17
  218:14,17 224:7
negative 137:20 200:19
  200:20
neither 227:11
never 8:4 84:10 88:9
  107:4 127:21 138:17
  156:13,16 162:11
  175:2,4,6 205:19
New 25:17,20,21 26:12
  27:15,16 46:22
  169:14
next 96:9 112:3,7
night 32:19 77:16
  81:21 103:6
nine 200:23 201:1
nobody 107:7 133:21
  134:5
nods 113:6,8 163:12
noise 135:22 221:21
none 59:12 180:10
nonprescription 33:5
normal 85:4
north 19:3,6,12 61:5
  72:9 101:10
northbound 61:21

note 211:3
nothing 5:11 14:18
  34:9 49:14 69:3,4,5
  72:20 79:13 86:11,12
  101:18,20 123:9
  127:12 133:20
  174:19 199:13
  211:15 217:1,2
  218:12 226:16
noticed 35:11 97:1
notified 133:21
nowhere 38:14,20
number 3:9 23:20 37:8
  51:22 53:2,6,8,9,14
  56:16 57:13 66:8
  67:2,7,8,10,12,13,20
  68:11 69:11,15 76:9
  77:3,18 78:15,23
  83:21 84:14 85:5
  86:19,19 88:4 92:14
  93:10 94:10 95:22
  97:18 98:5,7 104:9
  106:18 112:2,9,17
  113:5,7 129:8 131:12
  136:16,17 137:3
  139:14 142:18,21
  143:3,11,18,23 144:2
  145:18,18 148:12,17
  149:3,6,9,14 157:10
  157:11,13,20 187:7
  200:10,13,13 201:9
  218:17,22 227:3
numbers 3:11 98:6
  99:2 194:17 195:1,2
  223:23

**O**

obey 151:20
object 6:18 10:7 11:4
  11:10 13:15 14:23
  15:2,7,11 16:12
  31:14 41:10,16 43:20
  44:5 48:16 54:12
  56:20 57:23 59:21
  61:14 62:5,7,16,21
  62:23 63:8,14 64:15
  66:12 74:12,19 78:8
  78:11,19 79:23 99:23
  106:12 107:21
  140:11 145:6 146:19
  172:8 174:15,22
  175:19 176:7 180:12
  180:14 181:3,20
  182:2 187:21 189:8
  189:17,20 190:14
  194:6 208:22 209:1
objected 12:22 60:2
  75:9 83:4 224:19
objecting 75:4 176:14
  190:15

Deposition of Billy Gene Michael

**objection** 11:16 23:6
  41:21 42:5,11 54:13
  59:1 64:9,20 65:3
  81:10 84:2 176:22
  178:12 225:4
**objections** 4:11,11
**obligated** 12:18
**occur** 29:12 100:14
  152:12 159:22
  165:10 221:8
**occurred** 55:22 56:3
  59:20 60:7 64:8 65:9
  66:10 71:18 74:15
  83:21 89:14 91:20
  92:3,7 122:17 123:21
  163:3 174:11 187:11
  188:6
**odor** 108:14,17,20
  109:1
**off** 25:11 45:23 80:14
  87:7 93:13,22 94:1,3
  105:19 112:19
  126:21 142:4 144:16
  156:5 200:13 207:5
**offered** 4:14
**office** 115:6,9 137:17
**officer's** 192:11
**Offices** 1:19
**often** 121:11,12 138:7
  154:16 155:15
  216:19
**Oh** 36:11 116:18
  124:23 190:1 200:10
**okay** 6:1,5,16 8:3 9:1
  13:4 14:17 15:20
  16:7,14 17:17 19:1
  19:11,15,18,21 20:7
  20:16 21:6 22:5,6
  23:11,14,17 24:22
  27:10 28:2,5,6,20
  32:9 33:4,13 34:15
  35:6,11,16 36:11
  37:16 38:10,19,21
  39:15 40:16 41:1
  43:3,6,14,17 46:9
  48:20 56:2,7 57:1
  60:1 61:22 62:11
  66:19 67:1,3 68:11
  69:2,7,14 70:9,14,22
  71:4,15 72:14,22
  73:22 75:6,18 76:17
  77:2,7,18 78:22 79:8
  79:18 82:18,22 83:19
  84:5 87:6,21 98:5
  103:6 104:6 106:2
  107:5 108:12,20
  109:22 110:18
  112:12 117:3 121:7
  122:5 123:23 124:4
  125:11 127:16

131:14 132:9 134:10
  135:2 136:6,13
  137:17 138:19
  139:19 141:8,18
  143:2 144:11 145:17
  146:2 147:3 148:14
  149:5,20 150:19
  151:8,10 154:9 155:1
  155:15,17 158:7,9
  159:7 160:1 161:7
  162:7,13 164:8,19
  166:23 168:7 171:14
  172:3 175:9 178:18
  179:3,20 181:13
  182:1 184:10 185:4
  187:8 188:20 189:6
  189:11 193:11 194:2
  194:20 197:18 198:7
  198:13 199:1 201:2
  204:21 208:11
  209:11 219:13
  222:10,20 224:6,10
  225:15 226:1
**old** 212:18 224:5
**once** 123:11 155:16
  156:10 184:9 216:21
**one** 18:20,23 19:14
  21:9 22:22 23:20
  24:11 25:11 26:22
  27:3,4,6 30:19 31:1
  34:2 35:20,21 45:17
  47:12,17,20,21 48:7
  48:13 50:8,23 52:3
  52:13,20 54:23 56:16
  57:13 61:11 66:8
  67:12,20 68:12,19
  69:11,11,18 70:11,15
  70:18,23 71:17 89:22
  90:8 92:1 97:8 98:10
  104:2 105:3 112:22
  120:8 128:5 129:4
  130:5,8 134:18,21
  137:22 139:14,18
  141:5,12 150:7,9,11
  150:14 152:9,18
  153:1 157:16 161:10
  162:3,12,16 166:3
  167:1,4 170:2 173:9
  175:22 197:22
  200:15 203:3 205:9
  205:17 207:4 214:20
  216:3 217:13,16
**ones** 50:8 206:15 212:9
  221:13,17
**one-third** 92:3
**only** 76:13 140:18
  154:12 170:2 186:4
  187:16 195:14 211:7
  225:7
**on-board** 218:11

**opened** 216:4
**opening** 23:15
**operate** 68:14 123:20
**operating** 52:22 141:19
  150:2
**operative** 157:14,20
**order** 211:17
**organization** 126:6
  168:4
**original** 47:16,17
  120:18
**other** 4:11,15,21 5:19
  7:2,4,6 22:11 23:10
  23:12 24:16,17 25:13
  29:7 33:23 34:18
  44:1 50:6 51:10
  52:20 67:9 90:11
  97:9 99:2 101:9
  103:4,13,16 104:3
  110:6 120:8 124:14
  124:14 141:6 147:20
  148:5 167:1 170:21
  174:12,21 175:17
  176:18 178:1,2
  179:20 194:4 197:22
  211:13
**others** 150:19 179:22
  205:8,13
**ought** 161:13 221:10
**out** 14:21 16:11 17:7
  21:11 22:7,14 29:10
  30:16 31:6,18,20
  40:18 41:2,8 42:3
  44:1 45:7,11,19,20
  45:22 46:17 48:4
  53:15 61:10 62:19
  66:20 69:6,22 72:6
  72:16 73:8,10 74:9
  77:9,22 78:2,6,16,17
  78:21 79:3,9,18
  80:12 81:12,14 83:8
  83:20 85:5,5,10,16
  85:18 86:21 87:4,14
  87:14 88:4,10 92:8
  94:12,13 95:18 96:1
  96:4 99:13,22 100:7
  101:7,10 102:8,22
  103:22 106:17 109:3
  112:1 113:9 121:15
  122:8,16,21 123:3,4
  123:12 127:5 139:18
  139:19 156:18
  161:12 171:10
  173:13,17 174:1,3,13
  175:8,15,18 176:13
  177:4 179:12,16
  180:21 181:16
  183:22 188:9 189:11
  189:14 191:3 193:16
  194:4 195:18 196:9

199:9 205:2 207:9
  209:17 217:22,23
  227:9
**outfit** 147:6 151:13
  154:10 168:4 201:12
**outside** 17:21 31:23
  98:20 103:2 216:1
**outstanding** 224:15
**over** 19:12 20:13 21:1
  23:13 31:11 40:18
  52:8 56:15 57:13
  67:12,20 68:11,19,22
  69:14 70:12,19 92:10
  93:7,9,14 95:21 96:9
  96:10,15 97:16 98:7
  99:5,19,20 100:17
  102:15 104:14
  106:21 116:5 130:18
  141:13 180:1,6
  181:17
**overtook** 76:15
**own** 9:14 27:5 37:23
  116:22
**owned** 117:1 118:9
  168:4 170:21 197:2
  112:6 115:2
**o'clock** 24:21 25:3
  27:16 29:4,6,21 31:7
  31:19 32:21,22 37:18
  38:5,13,18,22 42:18
  45:23 46:1,2,12 47:2
**O-K-S-E-Y** 126:2

**P**
**packing** 172:13,23
  173:1,2
**page** 210:15
**pages** 227:6
**paid** 54:16 151:18
  164:20 195:2 215:3
**pain** 34:2,3,5,6
**painted** 128:10
**paper** 3:13 17:1 199:9
  223:15
**Park** 2:8
**parked** 20:1,3 21:7,10
  21:13 22:14 23:12,18
  23:19 24:5,18 51:1
  92:10 113:3
**parking** 20:1 21:2
  66:11
**part** 10:9 17:3 38:17
  57:8,10 64:17 102:14
  104:7 189:2 209:10
  216:7
**particular** 66:7 133:8
  172:1
**particularly** 6:19 84:22
  84:23 173:3
**parties** 4:3,18 5:2

227:9,12
**parts** 24:16 49:15
  110:7
**party** 4:16,21
**pass** 160:16
**passed** 206:3,7
**past** 90:14
**pasture** 97:20
**path** 20:11 70:10
  102:21
**patrol** 115:6
**Paul** 196:11
**pavement** 94:1,4
**pay** 104:2 132:1,3,5
  148:4 151:16,16
**payments** 133:5
**pen** 17:4,18,19 55:18
  69:16 70:9 91:13
  97:5
**people** 154:5 190:9
  207:7 208:1
**percentage** 127:5
**perfectly** 13:23 14:3
**performed** 140:16
**period** 82:20 212:5
  220:5,7
**periodic** 141:20
**permanent** 213:21
  214:5,19
**permission** 194:19
**permit** 129:2
**person** 128:20 133:9
  153:7 154:9 160:3,5
  213:14
**personal** 84:7 107:2
  110:3 111:8 147:14
  177:22 206:10
  225:17
**phone** 51:18,19 52:10
  52:19,22 53:6,20
  54:16,18 95:4,5
  99:17 101:7 136:16
  136:18,20 154:19
  155:18,18 157:8,10
  157:10,12,13 160:4
  171:20 218:15
  221:19 223:23
**photo** 3:8,10,11
**photographs** 211:9
**phrase** 177:7
**phrased** 75:7 176:16
  178:16
**physical** 35:12,12,22
**pick** 108:18 138:5
**picked** 25:19 116:5,12
  170:7,14
**picture** 18:18 142:21
  143:17 168:13 200:9
  216:10
**pictures** 128:4 211:10

Deposition of Billy Gene Michael

March 20, 2007

Page 10

215:19 216:9
piece 17:1 199:9
  202:17 223:15
pill 33:17 34:2
place 67:16 109:6
  126:19 130:12
  149:13 160:3 221:16
Plaintiff 1:6 2:5 226:19
Plaintiff's 16:20 27:12
  31:2 37:9 89:15
  144:5 168:16 194:22
  199:20
please 5:14 105:17
  200:14 218:23
pleased 184:15,18
pocket 95:7
point 49:13 55:16 66:8
  66:18,21 67:12,13,20
  68:11,12,13,16,19,19
  68:22 70:11,12,18,19
  70:23,23 71:17 72:2
  76:9 77:2,18 78:14
  78:15,23 80:11,12
  83:20 84:14 85:5
  86:14,19 87:2 88:4
  92:13,21 93:10 95:7
  95:21 97:4,5 99:12
  99:12,15,15,20
  101:11 102:22 104:9
  106:18 112:2,9,16,17
  118:3 122:11,11
  180:21 187:7
police 29:15 94:18
  101:1 102:17 110:9
  192:2
polices 94:23
policy 134:11,12
  210:14 211:5
Pontotoc 169:10
  171:19
posed 190:20
position 9:16 10:18
  11:6 50:14 74:6,14
  78:4 86:18,20 87:14
  123:11 176:15
  189:18 190:8 191:1
  208:15,16,18
positive 20:4,21 21:15
  27:8 34:4 40:5 53:7
  53:10 90:10 91:16
  102:9 121:4 126:4
  128:15 137:9,16
  168:19 198:8 201:3
possession 211:16
  219:4
possible 155:23
posted 193:10
post-trial 195:22
pounds 172:6,16
premiums 164:20

prepare 209:23 210:5
prescribed 35:18,21
prescription 33:5
  34:10,21 35:7,13
prescriptions 33:13,16
  34:1,19 36:22
present 2:15 8:1 47:19
  162:23
pressure 33:19
Prestwood 195:10
  196:9,18 224:21
pretty 11:1 12:8 40:22
  43:14 95:12 99:13
  114:12 161:2
previous 142:3,13
  144:14
pre-trip 46:22 48:2
printed 227:6
printouts 223:8
prior 31:22 32:16 65:1
  84:10 165:19 211:14
  212:3,7 219:1,2,10
  219:13
probably 32:21 39:12
  165:6
problem 107:20
problems 35:3,8 36:18
  138:12 141:10
Procedure 4:7
proceeded 69:6 86:9
process 65:11
produce 118:23 214:2
  214:11
produced 26:19 47:13
  48:14 128:1 134:17
  209:18 210:14 212:1
Professional 1:17 4:8
  226:10 227:18
program 222:8,8,16
  223:5
property 195:5,12
  196:15 197:3,12
  224:9,18 225:9,16,17
proportion 21:11
prosecuted 10:4
prove 217:22
provide 120:16 127:12
provided 4:16,22
  119:12 211:14
PTI 46:21
pull 37:10 66:20 72:6
  73:8 74:8 78:6,14,16
  78:17,20,21 79:3,9
  85:16 88:4 123:12
  189:11,14 191:2
  193:16 205:1
pulled 14:21 16:11
  23:22 37:6 49:9 66:8
  72:19 76:8 77:18,22
  78:2,22 88:9 93:6

95:18 99:21 180:21
  181:13,16 183:22
  188:9 217:23
pulling 69:6 72:16
  73:10 121:15 122:8
  168:15,20 194:4
  215:16
pulling-out 67:15
purchased 40:2,19
purpose 4:15 17:8
  109:18
purposes 225:6
pursuant 1:16 4:6
put 18:2 19:7 23:20
  31:1 46:18,20 57:5
  67:2 68:15,18 70:5
  70:17 92:16,17 97:18
  98:5,7,10,23 99:2,6
  112:12 124:10
  143:19 162:6 192:10
  192:11 194:21 195:3
  199:10 204:17
  222:17
putting 22:18 46:14
  194:16
PX 3:3
P.C 2:7
p.m 27:17 28:14 46:12
  47:2
P.O 139:21 197:23
  198:3 200:4

_____

Q

QUALCOMM 217:6
  217:19
qualified 58:13 74:22
question 4:12 6:11,23
  7:5,12 10:8,12,23
  11:5,11,23 12:9,17
  12:23 13:6,9,10,16
  13:20 14:9,10,11
  15:6 16:1,9,13 25:12
  28:4,8 31:16 41:11
  41:17 43:1,21 58:9
  58:16 59:7 60:22
  61:15 63:2,7,13 64:2
  64:3,4,6,23 65:1,5,7
  65:17 66:14,15 74:20
  74:22 75:5 78:12
  80:17,18 82:13,15
  83:1,2,4 86:2 97:22
  105:16,21 106:5
  107:14,23 108:3,11
  117:23 119:7 136:3
  140:12,18 143:12
  147:8 158:23 159:16
  163:8,10,11 174:23
  176:8,16 177:7 178:5
  178:15,23 179:2,4,8
  181:4,21 182:3,14,20

182:23 183:5,11
  184:17,19 185:2,8,13
  185:19 186:6,12,19
  187:4,18 188:12,23
  189:2,4,22 190:17,19
  194:10 195:20 197:7
  202:21 203:14 210:4
  210:10 213:9 214:13
  224:8,15 225:2,5
questions 4:11 11:8,15
  11:21 17:9,23 64:14
  160:21,23 175:22
  196:22 213:10,11
quit 52:8,9 159:13,20
  162:20,20

_____

R

raincoat 67:23
raining 25:6 67:17,19
ran 57:16 94:17 155:7
  155:9 202:5
rather 171:19
Ratliff 3:7,7
read 22:6 99:5 110:9
  196:3 200:13 220:19
reading 227:9
ready 30:17,18 31:19
  31:20,22 181:11
  221:7
real 43:13 109:10
  166:5 168:8 197:3
  225:15,16
realize 95:17,22
realized 99:21 101:11
really 19:6 22:1 23:4
  26:15 39:3 40:10
  54:15 71:3 72:13
  77:6 78:5,15 79:11
  80:1 85:2 91:8,8,23
  100:1 102:2 104:1
  117:23 126:13 130:3
  130:3 131:5,9 139:2
  143:1 145:21 164:2
  171:11 197:8 205:19
  208:21
reason 128:16 156:1
  177:3 178:8 209:13
reasonable 13:10,14,21
recall 24:17,19 32:4,9
  32:12,15 35:16 37:12
  37:13 50:4,6 51:4,5
  51:17 54:23 55:11
  109:17 112:5 142:1
  146:7 151:23 152:14
  152:18,19 165:3,6
  166:16 168:2
receipt 133:13
receive 144:19,22
  221:22
received 119:14

recess 67:5 118:7
  197:19 224:13
rechecked 87:2
reckon 95:4
recognized 207:21
recollection 39:5 50:10
  50:16
record 15:8 105:19
  147:11,18 152:3
  153:1 207:5 218:7
  224:16
recorded 165:23 167:7
recorder 222:3
recording 223:9
records 54:4 152:1,21
  213:16 214:2,9,15,20
  215:2,5 218:15
red 17:18,19 20:11
  55:18 61:4 69:16
  70:9,14 91:13,15
  92:15 97:4 99:8
Refer 179:5
reference 17:22
referring 144:8 153:1
reflective 59:5
regard 31:5 220:21
regardless 4:22
register 215:7
Registered 1:17 4:8
  226:10 227:17
regular 34:9
regulation 145:3
  219:22
regulations 48:23
  145:10 151:21
  213:15 214:18 215:9
  220:1,10,12,19 221:9
  223:13,18
relates 6:23 59:6
relation 6:3
relationship 158:18
relative 224:16
released 107:10
remember 7:23 8:19,21
  8:23 18:6,20 40:12
  43:8 55:21 71:7,10
  87:8 98:15 103:8
  115:13 140:13
  141:17 150:7,9,10,19
  160:10,13 164:14
  166:13 204:10
  207:14,19 221:2
remembering 106:5
remiss 119:7
repairs 116:14
replied 101:4
report 58:7 110:9
  145:19 164:8,11,13
  191:17,18 192:3
  210:1,6 218:11

reported 101:8 226:12
reporter 1:17 4:9 20:6
  21:21 105:18 226:11
  227:18
REPORTER'S 226:7
represent 143:16
  168:10 177:8
representing 4:3,18
represents 177:12
  178:18
request 120:15,18
require 220:10
required 50:5 68:8
  215:8
requirement 220:8
reservation 225:4
reserved 4:13
residence 149:5
respect 6:19 120:15
response 20:4,21 21:15
  27:8 34:4 40:5 53:7
  53:10 78:9 90:10
  91:16 102:9 121:4
  126:4 128:15 137:9
  137:16,20 168:19
  200:19,21 201:3
responsibilities 220:20
rest 92:11 96:9 98:6,13
  177:6
restaurant 32:6 39:23
  103:3 158:1 160:8
results 227:13
retain 142:3,13 143:5
  144:14
retroactively 75:14
return 124:9
reviewed 225:1
re-tender 11:13
rig 44:2,9 45:10,10
  49:10 50:18 56:18
  68:14 69:16 70:17
  79:3 80:15 83:18
right 5:17 7:11,15 8:1
  9:7 17:13 20:3,15,18
  21:7,8,13,18 22:9,14
  23:14,19 24:4,10,11
  25:3,7,18 26:1 27:2,3
  27:19 28:18 29:5
  30:3,4,9,19,23 31:8
  31:22 32:1,2,6 33:18
  33:21,23 35:2 36:20
  37:1,6,20 38:1 40:11
  41:2 42:20 43:4 44:8
  44:20,22 45:17,20,21
  46:6,10,12,17,21,23
  46:23 47:3 48:5,13
  48:15 50:6,18 54:16
  54:21 56:10,13,23
  57:1,3 58:22 60:9,12
  60:19 61:1,2,7,23

62:6,15 63:21 64:19
66:6,21 67:2,10,17
68:20 69:4,12 70:20
71:20 73:3,6 74:2
75:16,22 76:8,22
77:14 78:7 80:5,10
84:9,13 85:2,6,9,12
86:5,10,12,15 87:5,7
87:10,13,16 88:1,3
88:12,22 89:3 90:4,8
90:17,18 91:1 92:4,9
93:1,3,8 94:9 95:11
95:21 96:6 97:17,18
98:13,14,18 100:2,8
100:15,17,20 102:18
102:20 106:5,19
112:1,9,16,17 113:23
114:8 115:1 116:1,2
118:10 119:18
120:21 123:5,9
125:15,21 126:1,16
128:3,12 129:9,14
130:16 131:6,12
132:11,12 133:1,13
133:22 137:3 138:4
139:4,21 140:3
142:16 144:10 146:2
148:2,11,20 149:1,2
149:3,20 150:11
151:19 152:6 153:2
153:13 154:20 155:5
155:19 156:8,15
157:1,18,22 158:8,15
158:22 159:10
160:11 161:22 163:7
163:14 164:6 165:7
165:14 166:22
167:14,21 169:6
170:7 173:2 177:20
180:13 181:19
183:12 190:13,21
191:23 192:8,13,18
194:14 195:4 198:14
202:1 203:4,17,19,20
203:23 204:23 205:7
205:18 209:3 210:22
212:20 215:14 216:1
217:11 220:17
222:13 224:12
rights 14:4
right-of 73:12
right-of-way 65:22
  72:10,17,18,21 73:11
  73:18 74:5
road 19:17 65:12 73:23
  75:19 77:20 100:5
  102:7,8 103:13 149:6
  149:8 198:14
Robert 2:11 80:19
rolling 92:22

room 22:23 23:10 24:9
  59:13 136:22
route 155:12
rule 73:23
rules 4:6 151:20
ruling 4:13
run 40:6 52:8 94:14
  127:7 129:8 156:9
running 51:12 83:16
  128:18 129:1,5,6
  151:10
Rushton 1:19 2:12

_____

          S
_____

safe 79:9 222:7
safely 68:6 77:20 79:3
safety 45:3,4 48:23
  145:10 214:18 215:9
  219:23 220:9 223:13
safe-driving 223:4
SAITH 226:4
sale 176:10
salvage 107:6 110:15
same 4:23 7:5 11:23
  12:1 23:6 28:17
  41:21 42:5,11 47:6
  52:3 54:13 56:15
  58:8 81:20 84:2
  108:2,11 110:15
  115:15 123:21 124:2
  135:9 143:3,23 144:2
  145:20 151:13 155:2
  155:12 157:15,19
  172:7 180:13 181:18
  183:1,2 184:14 185:2
  185:22 186:6 227:10
sample 69:10
sat 39:11 112:6,19
  189:5
satellite 217:3,20
  221:22
satisfactory 45:16
saw 83:8 84:10 97:12
  98:8 104:11 106:11
saying 9:12 22:2 53:5
  80:11 81:7 83:9
  87:21 106:3 135:4
  142:10 143:5 144:18
  144:19 165:18
  178:11,13 184:1
  185:6 187:23 194:13
says 19:2 27:16 30:4
  45:17 88:23 89:4,17
  89:18 134:13 140:4
  144:12,14 152:13,19
  168:15 172:20 193:5
  193:7 195:11
scale 17:5 58:2 59:3,3
  61:18
scalp 109:2

scene 3:4 109:13 112:2
  207:1,8 211:11
scheduling 211:17
scope 13:18 125:3
seat 216:6
second 84:17 105:13
  122:22,23 123:1,2,3
  153:22 181:23
  182:22 184:13
  189:19 207:4
seconds 83:15,19
Security 148:17 152:22
see 14:18,19 20:20
  21:23 26:21 41:5
  44:18 45:5 47:23
  57:12 59:12,15 61:23
  62:10 72:1,5,20
  73:14 74:4 76:12,15
  77:3,14,20,21 78:5
  78:15 79:2,7,8,12,14
  79:21 80:8,10 81:4
  81:16 84:6 88:5,15
  91:15 93:17 96:4,12
  96:15 103:5,12,15,15
  103:17 106:14,21,22
  107:15 110:15
  117:14 121:11
  134:18 140:4 141:1
  142:20 143:22 144:1
  144:3 161:10 166:18
  168:18 171:20 180:1
  181:15 188:3,4
  189:13,15 190:3,5,9
  192:20 193:1,5 206:7
  206:17 209:16 212:4
  220:19 221:9 222:18
  223:22
seeing 109:12 207:14
seemed 126:20
seen 14:20 16:10 69:3,5
  78:1 88:8,11 93:4
  94:15,16 95:15 96:3
  96:14 100:4 107:4
  166:6 191:17,22
  206:3,21 207:18,20
sell 120:1,3,9 139:19
  174:13 175:8,15,18
  176:12 179:12
selling 173:13 195:17
  197:1
send 111:19,22 134:23
  137:23 159:10,17
sending 137:21 211:1
sensing 222:3
sent 134:20 221:17
serial 143:3
serious 95:12 220:1
service 214:9
serviced 214:8
Services 133:2 135:10

135:18 136:8
set 19:20 37:20 90:8
  129:12 160:17,18
  161:5,6,8,9 227:9
seven 50:5 142:3,13
  144:15 219:21
seven-day 219:1,10
seven-tenths 80:1
Several 154:19
Sharp 29:22
sheet 3:13 27:14 30:21
sheets 137:22 211:23
  213:2
Sherman 28:9,12,22
  29:2,6,13 33:1
short 57:5 148:2
shortly 37:17 38:3,5
shoulder 76:6 93:7,13
  97:19,23 98:1,3
show 18:5 20:10 29:4
  30:1 31:4 38:13,14
  47:4 48:4,8 56:13,17
  60:6,13 61:20 69:16
  96:23 97:5 144:20
  152:1,22 196:16
  215:15 218:5
showed 45:23 60:17
  216:11
showing 3:8 48:14
  113:3
shown 23:20 45:18
  112:13 194:18
  215:19
shows 27:3 31:6 38:9
  38:21 46:21 89:13
  152:3,5 172:5,10,11
  172:15 191:19
  223:16
shut 51:14
sic 97:1
side 3:11 23:12 24:10
  24:10 50:18,22 51:8
  51:10 61:4,5 67:9
  71:16 87:23 92:11
  93:21 97:16 103:13
  166:15 167:11
  194:17 201:6 216:6
sign 45:16 128:8
signature 5:3
signed 46:19
signing 227:9
similar 163:10
simple 11:1,8 12:9,16
  13:6 66:2 73:22
  178:4,6
simply 64:20
since 48:20 49:8 74:15
  79:19 81:12 114:22
  117:17,18 138:19
  145:18 146:10,12,14

Deposition of Billy Gene Michael

March 20, 2007

Page 12

| | | | | |
|---|---|---|---|---|
| 154:3 158:11,15 | 138:16,18,23 139:5 | some 17:23 26:19 | 83:17 191:10,13 | 11:18 |
| 195:5 216:18 223:5 | 141:12 142:1,14,17 | 35:18 37:21 64:14 | 192:11,18 193:4,6,10 | stipulations 11:3 |
| 224:18 225:9 | 144:4 145:11,16 | 94:15 100:13 103:17 | 193:12,23 | stop 16:6,6 17:3 27:21 |
| single 90:5 | 146:1,3 147:7,10,16 | 128:4 138:12 141:9 | speeding 152:15 | 28:2,12 29:9,14 |
| sir 5:18 7:9,16 8:7,22 | 147:19,22 148:1,13 | 146:8 153:19 154:6 | 191:15,19 193:8,13 | 37:11 66:9 71:23 |
| 9:6,8,11 10:13 14:22 | 148:16,20 149:4,10 | 176:20 197:12 206:2 | 193:17 | 72:16 73:9 92:9 |
| 15:1 17:15 18:22 | 150:20 151:2,4,9,15 | 210:5 217:9 220:13 | Spell 36:6 170:4 | 94:17 99:16,18 |
| 19:10 20:23 22:10 | 153:3,12,15,17,23 | somebody 7:13 13:12 | spells 117:10 | 100:18 102:3 118:3 |
| 23:23 24:2,7,13,15 | 155:4,14,20 156:7,17 | 72:7 74:4 78:18 | spent 44:20 | 121:15 196:2 206:13 |
| 25:2,4,8 26:2,5,7,11 | 157:7,9 158:13,16 | 94:14 99:22 101:8 | spoken 111:12,14 | 218:19,23 |
| 26:16 27:20,22 28:1 | 159:6,9,18,21 160:2 | 115:18 116:9 163:18 | spot 67:8 151:7 | stopped 23:22 28:9 |
| 28:11,15,19,19,21 | 160:19 161:21 | 165:4,8 183:23 | spotted 102:7 | 29:8,15 37:7,10,18 |
| 29:11,17,19,23 30:11 | 162:18 163:4,13 | 187:16,19 189:12 | sputter 123:15 | 51:15 67:15 69:1 |
| 30:13,15 31:10,17 | 164:1,5,7,10,18,21 | 191:3 197:5 205:6 | square 60:19,23 91:17 | 70:19 72:19 76:10 |
| 32:2,8 33:7,10,12,15 | 165:9,16,22 166:7,9 | 206:20 207:1,13,17 | 215:20 | 80:12 92:8,19 93:7 |
| 33:20 34:17,20 35:1 | 166:21 167:6,8,10,13 | 207:20 208:19 209:5 | Stakely 1:19 2:12 | 93:11 95:3 99:20 |
| 36:19,23 37:3,15,19 | 167:17,22 168:2 | 209:12 212:22 | stand 96:22 106:7 | 101:10 103:16 |
| 39:7,17,19,22 40:2 | 170:10,13,22 171:2,4 | 223:16 | 107:8,19 108:6,7,16 | 181:14 217:23 |
| 42:13,22 43:5,16 | 172:4 173:4,7,11 | somebody's 160:8 | 168:7 | stops 29:5 66:10,17 |
| 44:6 46:7,11,13,16 | 174:6,18 176:2 180:4 | Someone 207:17 | standing 97:12 98:8 | storage 109:6 |
| 47:7,9,15 48:17,18 | 191:12 192:9,15,16 | something 19:2 29:9 | standpoint 25:10 | story 166:15 167:12 |
| 48:19 49:2,4,20 | 192:17,22,23 193:2 | 33:1 36:15 69:21 | 209:14 | straight 20:14 57:3 |
| 50:13,17 51:13,21 | 193:15,21 194:1 | 78:1,6 95:16 101:21 | start 78:21 84:15 85:1 | 86:21 87:14 123:4 |
| 52:4,11 53:1 55:14 | 195:2 198:2,4,15,21 | 102:7 106:7 112:23 | 85:4 154:13 201:13 | straining 36:14 |
| 56:1 61:8,18 62:8,17 | 199:3,6,16,22 200:2 | 121:23 122:2 128:8 | started 25:11 45:22 | Stratford 171:23 |
| 62:22 63:9,11,19,23 | 200:7 201:5,8,10,22 | 135:4 152:8 156:6 | 56:22 70:11,17 83:20 | street 1:20 2:13 162:5,8 |
| 65:20 66:3,5 67:18 | 202:2,7,10,12 204:1 | 175:20 198:1 210:16 | 88:2 122:7,16,21 | 163:3,15 |
| 68:2,4,7,10,21 70:4 | 204:6,8 205:4,14 | 210:16 | 123:3 125:13 148:6 | streetlights 103:9 |
| 70:21 71:6,9,11,19 | 206:9,12,14 207:3,11 | something's 77:21 | 196:14 208:12 | strictly 124:23 125:1 |
| 72:3 73:1,5 76:20 | 207:23 208:4,10 | sometime 165:14 | 212:10 | strike 10:9 |
| 77:1,11,17 78:10 | 210:12,18 211:22 | sometimes 34:8 85:14 | starting 57:10 86:18 | stuck 11:9 |
| 79:6,20 80:3,9 84:12 | 212:11 216:14 217:5 | 190:8 | starts 30:9 | study 209:20 |
| 84:23 85:3,8,13 | 217:7,12,15,17 218:3 | someway 162:4 | state 1:18 4:9 8:15 81:9 | stuff 39:13 94:15 |
| 86:17 88:2,7 89:8,11 | 218:13 220:15,18 | somewhere 43:18 | 118:14 177:15 226:8 | 170:17 |
| 90:16 91:3,11,18,21 | 221:1,3,6,12,18,21 | 120:7 136:16 137:17 | 226:11 227:18 | stupid 14:10 |
| 92:6 93:12 94:8,20 | 222:1,6,9 223:7,20 | 158:2 175:23 192:1 | stated 58:1 | Stutsey 169:19,21 |
| 96:11 99:10 100:16 | 225:11,14,18,23 | soon 40:21 | statement 8:14 14:14 | 170:3 171:5,8,9 |
| 101:13 102:2,12,19 | 226:2 | sorry 5:22 21:19 22:5 | 113:15 114:14 115:8 | subject 211:16 |
| 103:1,19,21 105:8 | sit 85:10 113:2 | 23:8 25:10 34:13 | 165:8,20,23 166:2,10 | substance 108:22 |
| 106:10,20 107:1,18 | sitting 18:3 69:9,17 | 38:16 49:6 116:18 | 166:15,17 167:1,4,7 | 110:19 |
| 109:14,23 110:2,17 | 73:7 78:3 91:22 94:1 | 159:4 160:21 198:19 | stating 45:14 | substances 110:5 |
| 111:11,16,18,21,23 | 95:23 98:17 112:22 | 198:22 | Statute 4:16,22 | sudden 174:14 |
| 112:18 113:10,14,16 | six 212:3,16 216:18 | sound 13:10 | stay 28:22 42:1 137:5 | Sue 5:21 6:2 |
| 113:20,22 114:2,4,20 | size 17:22 18:1 21:9 | south 19:7,22 21:14 | steady 122:20 | sued 165:18 |
| 114:23 115:21 116:7 | 56:15 58:8 99:1 | 26:4 83:10 86:22 | sticker 215:18 | suggest 75:12 |
| 116:17,20,21,23 | sketch 60:9 | southbound 61:6,11 | stickers 27:5 | suggested 81:18 |
| 117:19,23 118:11,13 | skipping 70:14 | 62:13 86:21 87:15,22 | sticking 61:10 62:19 | suggesting 58:23 177:2 |
| 118:16,18,20,22 | sleep 37:14,17 40:7 | 87:23 93:21 | still 39:13 51:5 52:3,15 | suggests 178:7 |
| 120:2,23 121:4,18,21 | sleeper 30:6,9 31:7,9 | space 24:8 61:23 | 52:19 57:7,7 62:14 | Suite 2:8 |
| 122:4,9,14,19 123:6 | 37:11 | 192:19 | 63:10 85:23 91:10 | Sunday 150:14 |
| 123:17 124:6,8,16 | slides 211:10 | speak 5:10 199:15 | 92:22 93:4 94:13 | supports 10:18 |
| 125:6,9,10 126:4,10 | small 98:7 99:1 161:10 | 226:15 | 95:6 96:3,4 103:23 | supposed 56:4,8,9 |
| 126:15 128:9,15,23 | 161:14 180:2 | specific 50:10,15 | 110:1 114:12 130:18 | 93:13 127:14 131:10 |
| 129:3,5,10,16 130:1 | smaller 58:5 | specifically 32:12 | 130:23 131:2 135:16 | 212:14 214:16,20 |
| 130:15 131:5,9 132:2 | smooth 15:21 | 211:3 | 135:21 136:1,7 | 216:19 219:19 220:3 |
| 132:10,13,18,21 | Social 148:17 152:21 | speculation 64:17 | 157:13,13,15,20 | Supreme 224:23 |
| 133:12,14 134:9 | sold 124:1 139:18 | speech 75:3 108:13 | 171:3 181:18 183:23 | sure 39:12 40:10,22 |
| 135:7,11,13,15,17 | 151:13 173:17 174:1 | speeches 14:2 15:16,18 | 206:23 225:1 | 49:18 54:20 80:6 |
| 136:9,14,21,23 137:2 | 174:3 177:4 179:16 | 16:2 59:14 83:7 | stipulated 4:2,17 5:1 | 83:23 91:12,19 |
| 137:16,20 138:6,11 | 197:3 225:12,12,15 | speed 71:12,12 76:15 | stipulation 1:16 4:1 | 109:10 123:8 127:13 |

127:14 147:13 166:5
174:10 202:5 203:1,2
203:16 220:3
surprise 179:15
swelling 33:20
sworn 5:10 226:15
sympathy 111:22
S-T-U-D-S-E-Y 170:5

――――――――
T
table 5:20 67:9 83:3
tag 3:8 143:10 145:17
145:18
taillights 103:17,18
take 7:18 11:6,11 14:5
14:12 44:8,13,15
51:15 66:22 70:22
73:16 83:19 88:12
130:12 154:13 160:3
182:19,23 183:4
185:13 186:18
197:15,16 223:21
225:20
taken 1:15 4:6,7 113:23
165:20 166:23 167:4
taking 33:4,8
talk 84:5 102:16
117:14 123:19
124:22 125:15
129:19 154:19 157:5
159:19 164:19
167:20 201:16,18
talked 8:3 153:4,8
156:8,13 158:10,14
167:14,23 201:23
208:1,2,5,6,6,11
210:13 211:19
talking 20:20 47:1 69:8
73:7 85:14 108:17
109:5 110:14 117:11
124:21 127:19 140:8
143:14 144:13
152:10 166:3 167:18
187:6,6 215:22 219:7
tape 128:13,14
taped 17:1
tax 124:9
team 155:10
tell 5:14 7:19,22 9:9,16
10:15 14:7,9 16:10
16:22 17:20 19:2
20:12 27:14,15 33:2
38:12 40:16 43:23
44:3 49:11 54:7
59:16,18 61:9 62:2
64:11 67:6 68:12,13
81:16 82:11 88:12,13
88:14 94:18 98:12,22
101:3 102:16 106:11
111:7 113:21 115:3

115:10 118:8 119:9
119:12 139:15 146:4
146:16,17 150:1,9
157:4 158:20 159:20
161:22 162:19,21
163:3,23 164:22
165:4,12 167:11,19
168:3 173:12,23
183:16 185:15
190:23 191:8 194:2
204:2,7,9 205:6,23
207:7,16 222:10,19
telling 15:14 35:16
61:16 70:16 72:15
89:3 131:6 177:10
178:10
ten 130:5
terminated 158:19
test 112:8
testified 5:11
testify 211:20
testimony 146:20
Texas 150:23
text 221:19
thank 18:12 65:6 226:1
their 117:10 168:11
169:3,7 189:15 191:3
191:13
thereof 227:13
thing 76:13 89:22
112:3 114:16 139:18
181:7 184:14 185:23
197:10 208:19,23
209:4,12 211:7
things 40:16 109:4
148:5 183:6,17
192:10 197:4 210:8
211:2 217:8
think 9:1,17 10:5 12:23
13:6,12,13,22 14:14
20:14,17 22:19 24:20
26:13 36:8,15 38:6
40:21 41:6,12 52:11
53:3,19 54:1 58:15
59:22 71:2,8 76:13
79:14 80:1 89:18
104:5 106:6 108:1,9
114:15 121:13
122:21 128:2 134:20
140:14,19 141:7,12
148:21 149:16,23
150:6,6,16 152:11
154:21 160:5 161:2
171:5 172:7,17,20
174:23 180:10 181:7
188:14 189:20
197:23 200:11
210:20 215:1,4 216:3
216:8 219:11
thinking 22:16

third 90:13,19,19,21,22
122:22,23 185:5
though 31:23 59:1
170:8
thought 77:19 79:2
121:20 186:21
219:12
three 12:1 31:8 42:2
92:14,16 109:10
116:1 138:8 160:1
threw 213:7,17 221:13
through 19:8 21:5 26:8
126:17 129:13
131:16 133:1 136:12
154:14 156:20,21
158:5 194:19 205:8,9
205:12 209:19
throughout 12:19
throw 221:7,17
throwed 222:11
thump 101:14
ticket 147:5 150:10
151:19 152:15
ticketed 145:5
tickets 146:4,7,15
150:1
till 30:8 31:12 45:23
71:17 112:6 116:3
149:12
time 4:13,14 14:13
17:11 24:20 26:12
27:3 28:12,16,17
29:2,20 31:12,12
32:19 38:6 41:7 42:8
42:8 43:17 56:18
58:21 71:16 73:2
74:23 76:21 82:19
88:21 103:8 106:22
107:9 108:18 109:11
115:10 118:2 124:4
124:19 130:10
133:10 141:13
145:22 148:22
150:18 153:4 154:11
154:12 161:17
162:10 167:1,5
184:13 185:5 188:8
192:7 212:6 215:16
220:6,7,14 222:15,22
223:3
times 12:1 154:19,20
156:9 157:3
tires 49:17,19,21
Tishomingo 36:5,5,10
36:11
title 118:12,15 119:11
119:19,22 120:16
today 26:20 73:3 76:18
114:8 117:21 120:22
131:7 136:10 171:14

187:11,14 195:20
210:15 211:15
together 162:3 224:2
told 6:7,12,16 8:4 9:21
35:12 36:20 60:4
67:11 72:22 76:17
88:8 100:23 106:4
109:1,19 110:10
113:2 114:6,13,15
125:17,18 126:19
132:14,15 137:21
145:8 147:17,21
148:6 158:7 160:14
162:16,17 166:19
167:18 173:16
179:15 196:21,23
203:17,19 204:19
205:8,15 207:17,17
207:19 208:3 224:4
tonight 101:5
tore 52:6 53:22
total 172:22
toward 21:16 51:9,11
51:11
towards 22:9
town 36:4 130:20 131:1
150:12 161:10,14
169:9 180:2
trace 55:18 70:10
tracking 217:9,20
tractor 3:12 32:1 44:1
45:9 49:15 50:2
51:11,20 56:10,21
57:9 60:17 61:1,10
62:12 71:16 87:22
90:6,7,9 91:6,20,22
95:23 118:9 120:1,22
121:14,19,23 123:18
123:19,21 132:11
142:15,16 143:3,22
144:13 145:21
151:14 170:15 173:6
194:17 200:16 201:4
201:6 203:19,23
213:22 214:17 215:3
215:15 217:4 218:5,8
221:23 222:4 225:13
traffic 29:8,18 69:19
69:20 72:8,10,16
73:11,17,21 79:11
85:17 86:15 87:10
88:6 94:5 98:20
trailer 3:10 22:8 41:4,9
42:4,4 44:21 45:9
49:16 50:1,8 51:9
57:2,5,6,7 61:12,19
62:14,18 63:5,14
64:7 65:8,17 89:21
90:6,21,23 91:1,4
92:2,4 116:14,22

142:15,22,23 168:5
168:14,21 169:3
170:8,21 215:15
trailers 168:22 169:7
training 222:8,16
transcript 227:7
transferred 195:4
197:12 224:18 225:9
transferring 195:11
196:14 224:8
Transportation 132:8
133:2 135:9,18 136:7
164:12
travel 191:10
traveling 21:4
trial 4:20
trick 141:4
tricking 214:14
tried 94:12 156:22
158:4 222:14
trip 34:16
trooper 3:7 8:3,14
20:13 43:7 55:20
58:4,15 62:3 75:23
88:22 89:2 90:1 96:8
98:14 100:8 109:19
112:7,11 113:15
114:6,13,21 140:15
167:3,21 168:13
193:3 210:7
troopers 3:7 8:15 29:15
89:13 143:21 208:2
trooper's 16:23 58:6,8
62:3 69:22
trouble 37:13 161:12
truck 17:3,23 18:16
21:8,13 22:14,22,23
24:3,4 29:10,13
30:16 31:11,18,21
37:10 39:11,12 41:4
42:1,4 44:21 45:9
50:18 55:22 56:2
57:17 58:5 59:19
60:3,6,14 66:9 67:12
67:20 69:8,10 72:14
72:16 73:8 85:2,15
90:3,4,20 92:20 93:8
93:23 94:7,17 95:2,6
99:16,18 100:18
101:9 103:16 107:10
108:18 109:20,22
110:13 113:3 116:1,6
120:21 121:15 122:6
123:13,18 124:3
131:15,21 138:20
155:8,11 159:23
161:16,20 162:11
191:1 197:1 203:3,4
203:8,11 204:11
207:21 215:18

Deposition of Billy Gene Michael

Page 14

| | | | | |
|---|---|---|---|---|
| 216:11,16 217:13,16 219:5,20 225:12 | under 57:17 77:8,12 128:19 129:1,5,6,8 | violating 145:2 violation 141:21 142:2 | 23:1,3,6 24:12 25:9 25:16 26:14 27:1 | 166:1,12,20 170:18 171:18 172:8,10,14 |
| truckers 206:6 | 214:17 215:8 219:22 | 142:12 150:17,22 | 28:3,7 31:14 32:7 | 172:19,21 173:14 |
| trucking 120:10,12,13 | 220:8 | violations 138:22 140:9 | 34:23 35:4,9 38:2,8 | 174:8,15,22 175:6,11 |
| 121:1 124:10,15 | understand 6:10 8:8,9 | 140:10,21,22 141:8 | 39:1 40:9,20 41:10 | 175:19 176:1,7,22 |
| 134:14,15 135:5 | 8:11 9:16 10:3,11 | 146:5 152:23 | 41:16,21 42:5,11,19 | 177:10,13,20 178:1,6 |
| 151:12 168:6 | 11:7 12:10,14 13:8 | vision 80:7 | 42:21,23 43:9,11,20 | 178:16,20,22 179:1,6 |
| trucks 22:11 23:2,10 | 14:10 17:10 38:16 | vs 1:7 226:20 | 44:5,12,16,23 45:13 | 179:13,18 180:9,12 |
| 23:12,16 24:17 50:23 | 41:14 42:15 50:14 | | 48:6,16 49:1,7,13 | 180:14,18,23 181:3 |
| 129:22 130:2 168:12 | 61:3,7 63:1,4,7,12 | ——————— | 50:3,21 51:3,16 | 181:12,20,23 182:2 |
| 180:1 206:2 | 64:2,3 66:13,15 | W | 53:12,17,21 54:3,12 | 182:10,13,18,22 |
| truck-driving 202:18 | 70:15 72:13 74:2,14 | wait 25:9 42:19 56:5 | 55:23 56:20 57:20,22 | 183:4,10,13,18 184:5 |
| true 26:18 122:20 | 85:18 86:1 97:21 | 57:20 60:23 63:22 | 58:10,12,20,23 59:17 | 184:9,12,17 185:1,5 |
| 133:15 182:21 227:7 | 108:3 123:10 156:12 | 75:2 82:23 85:11,17 | 59:21 60:8,15,21 | 185:18,22 186:2,4,11 |
| truth 5:10,10,11 | 169:4 175:16 181:5 | 86:14 92:14 93:15,17 | 61:14 62:5,7,9,16,21 | 186:23 187:15,21 |
| 113:21 226:15,16,16 | 186:12,20 187:18,20 | 93:20 107:21,22 | 62:23 63:8,12,17,22 | 188:7,11,14,18,21 |
| truthful 162:21 | 187:22 188:2,11 | 134:6 145:12 176:1,1 | 64:1,9,15,20 65:10 | 189:8,17,19 190:2,5 |
| truthfully 33:3 53:22 | 197:6 208:21 209:2,5 | 181:12 | 65:19,23 66:4,12,22 | 190:10,15,18 191:5 |
| try 43:3 64:11 113:17 | 209:13 210:4 214:12 | waiting 86:22 87:15 | 67:4 71:1,22 72:12 | 191:11,16,21 192:4 |
| 136:12 157:4,23 | 223:14 | waived 4:20 5:4 227:10 | 73:4,19 74:7,12,19 | 192:14,21 193:5,9,14 |
| 158:1 | understanding 54:9 | waiving 4:23 | 75:4,7,11,20 76:2,19 | 193:20,22 194:6,15 |
| trying 61:9 62:2 75:12 | 190:11 195:21 | wake 37:22,23 38:1 | 76:23 77:5,23 78:8 | 195:6,19 196:1,5 |
| 82:11 141:4 150:6 | understands 186:13 | waking 37:21 | 78:11,19 79:5,10,15 | 197:6,15 198:20 |
| 157:17 168:8 203:9 | unit 213:21 214:19 | walk 41:4 44:2,17 | 79:23 80:2,16,21 | 199:1,12,15 200:11 |
| Tuesday 1:21 227:5 | Unless 35:11 156:20 | 96:10 102:22 104:14 | 81:1,5,9 82:2,5,8,15 | 200:20 202:20,23 |
| turn 56:12 70:6 98:9 | until 30:17 31:19 32:23 | 106:21 | 82:19 83:2,12,22 | 203:14 204:5 205:3 |
| turned 47:17 | 38:7 42:8 43:17 | walked 31:21 39:11 | 84:2,16 85:7 86:3,7 | 205:16 207:4 208:9 |
| twice 154:23 182:15 | 66:18 94:14 95:20 | 48:10 51:9 96:15 | 87:1,17,19 89:7 91:7 | 208:22 209:1,8,15 |
| 183:15 185:3,10 | 96:4,5 107:12 112:20 | 99:11 104:8 112:1 | 92:5 95:14,19 96:2 | 210:3,9,19,23 211:13 |
| 186:7 | 112:21 189:5 | walking 41:8 | 96:13,17 97:2,7,15 | 212:19 213:1,4,8,19 |
| two 11:23 19:17 23:2 | upset 95:10 | walk-around 48:7 | 97:22 98:2 99:23 | 214:4,12,21,23 |
| 23:16 42:2 44:15,20 | upside 18:3 67:8 70:6 | want 12:12 14:11,12 | 100:10 101:17 | 215:10,21 216:8 |
| 56:9 65:13 67:2,8,10 | 89:17 98:10,11 | 17:7,18 18:4,14 | 102:11 103:7,14 | 218:2,9 220:5,23 |
| 67:13 68:12,13,20,22 | use 17:18 51:19 54:18 | 41:22 54:5,13 55:17 | 104:4,15,20,23 105:2 | 222:5 223:2,19 224:6 |
| 69:15 70:12,15,19,23 | 95:9 97:4 123:21 | 56:16 59:11,18 60:13 | 105:13 106:1,12,16 | 224:10,14 225:22 |
| 72:2 76:9 77:3,19 | 129:8 | 64:4 69:9 72:6 75:15 | 107:17,21 108:9,15 | wasn't 8:12,12 9:4,15 |
| 78:15,23 83:21 84:14 | used 4:15,21 | 78:17 82:23 88:13,14 | 108:23 109:7,9 110:8 | 9:22 10:1 43:19 57:8 |
| 85:5 86:19 88:4 | using 55:18 58:3 | 91:14 108:6 111:7 | 111:1,10,20 112:14 | 65:18 74:11,17 75:23 |
| 91:23 96:8 114:7 | usual 11:2 211:17 | 118:4 123:18 135:23 | 113:11,19 114:9,19 | 85:23 110:20 111:1,4 |
| 122:11 138:8 142:6 | usually 32:11 33:2 | 149:21 154:2 158:6 | 115:12 116:16,18 | 112:21 120:17 123:9 |
| 149:16 155:10,12 | 215:23 | 174:9,16 178:14 | 117:16,22 118:2,6 | 160:14 165:15 173:3 |
| 160:20,22 162:12 | | 182:19,23 183:4,7 | 119:2,6,11 120:14 | 174:7 203:20 204:14 |
| 174:4 175:22 187:7 | ——————— | 184:3,21,22 185:11 | 121:17 122:13,18 | 205:6 216:17 |
| 212:7,18 | V | 185:12,14,15,16,21 | 125:5,7,10 126:7 | watch 82:12 |
| type 108:21 127:18 | v 196:9,18 224:21 | 186:3,9,15,17 194:11 | 130:7 131:8 132:17 | water 39:18 |
| 153:19 217:18,20 | vehicle 83:10 96:3,8,18 | 194:12 196:20,23 | 133:19,23 134:8,18 | way 9:9 19:13,17,19 |
| 218:4 | 97:1,14 100:8,14 | 197:2 212:22 214:15 | 134:22 136:2 137:13 | 37:21 55:20 60:13 |
| T-I-S 36:11 | 110:6 118:15 141:20 | 223:21 225:19 | 138:15,21 139:8,17 | 62:10,20 73:13 90:13 |
| T-I-S-H 36:10 | 143:17 145:19 | wanted 86:6 117:20 | 139:23 140:11,17,23 | 90:19,19,22 94:2 |
| | vehicles 97:9 112:23 | 136:10 161:4 171:16 | 141:11,15,18,23 | 96:18 98:9,15,17 |
| ——————— | 211:11 | wanting 62:11 126:18 | 142:9 143:7,12 144:7 | 102:23 104:3 141:5 |
| U | verify 223:10 | wants 9:23 | 144:11 145:1,4,6,12 | 154:13 169:4 177:17 |
| uh-huh 20:4,21 21:15 | version 11:14 | Ward 2:11 6:9,14,18 | 145:14,23 146:6,19 | 180:8,13 181:8,18 |
| 21:23 22:4 27:8 34:4 | versus 195:10 | 8:6,17 9:3,10,12,18 | 148:8 149:1,21 150:3 | 184:22,23 185:13 |
| 40:5 53:7,10 90:10 | very 73:22 178:4 | 10:7,15 11:22 12:5 | 151:1,22 152:17 | 189:21 213:15 |
| 91:16 102:9 105:18 | video 221:20 | 12:10,14 13:5,15 | 153:14,21 154:1,22 | 221:22 |
| 121:4 126:4 128:15 | videotapes 211:9 | 14:3,23 15:2,6,9,13 | 155:22 156:3,19 | wear 68:5,8 |
| 137:9,16 168:19 | view 79:17 88:18,21 | 15:17,21 16:5,8,12 | 158:3 159:2 160:20 | weather 77:10,12,15,16 |
| 201:3 | 197:16 | 16:15 17:14 18:8,12 | 161:7,15,19 163:19 | 77:19 78:4,13,20 |
| unavoidable 14:16,17 | vinyl 128:13,13,14 | 18:15,19 19:5 20:5 | 164:23 165:5,21 | 82:5,8,17,21 |
| 209:9,11,14 | violated 145:9 | 20:22 21:17,19 22:21 | | |

**week** 127:7,10,11 129:7
148:5 154:20 155:16
156:9,11 157:3
**weeks** 138:8
**weighed** 172:18
**weight** 172:5,22
**well** 8:16 9:14 10:3,14
10:22 11:17,22 12:3
15:3,9 16:5 34:8
35:16 38:9 42:1
43:23 57:4,12 58:10
58:19 59:9 60:11
65:6 72:14 74:8,10
78:12 84:5 89:3
92:14 95:1 103:6
105:10 111:5 119:10
120:19 123:10 127:2
142:6 143:2,9 144:22
147:14 154:9 157:1
157:23 158:17,22
159:10 162:3,6 163:8
178:6 186:23 187:18
189:1 190:2,7,12,15
190:21 191:23 192:6
194:2,8 195:9 197:15
203:3,4 205:19,22
207:14 208:11,13
213:7 216:16 225:12
**went** 25:12 30:6 40:2,7
40:23 42:3 68:19
92:10 93:6 97:20
99:18 100:17,20
108:18 109:6,22
110:13 116:11 123:4
124:1 126:11 131:4
131:15 141:13
159:23 201:11
**were** 17:12 22:11 24:17
25:23 31:5,8 33:4,8
41:8 42:7 46:14
49:18,19 51:1,5
57:16 59:12,14 65:17
66:17 69:7 71:12
72:4 75:16 77:15
84:13 86:12,18,19
90:4 95:21,23 96:23
97:6,11,19,21,22
98:1,3,8 99:11
103:18,20,22,22
104:11 114:6,10
117:3,4 124:5 125:2
127:19 145:2,21
147:6 150:15 151:10
157:17 159:14 160:6
160:7,8,20 161:9
165:18 166:10,10,18
166:18 168:14 169:5
179:12,15 191:10
206:2,23 210:20
213:13 215:16

216:19,22 221:7
223:11,11
**weren't** 59:14
**west** 19:7
**we'll** 92:13,20 93:9
120:16 143:18 224:1
224:10
**we're** 48:7 50:4 73:7
98:11 166:3 197:13
**we've** 11:2 142:19,20
191:23 200:8 211:13
**whatsoever** 221:10
**wheel** 91:8 170:16
**wheels** 90:3,9
**while** 40:13 51:1 70:9
83:23 84:1 88:9
105:9 106:4 123:20
124:2 128:4 130:16
137:21 146:7 148:14
150:2 165:7,11
206:23 216:22
**whole** 5:10 146:10
155:2 212:1,5 226:16
**wide** 60:10 61:23
**wife** 6:4,12 7:3,6,20
53:2 55:2,5 115:20
117:8 118:19 136:22
208:12,13 218:18
**wife's** 52:13
**window** 71:15,20
**windshield** 71:4
**wipers** 71:4
**wire** 93:18
**Withdraw** 116:19
**witness** 5:2,3,9 10:14
11:14,19 13:19 20:8
21:12 27:2 28:6 70:8
70:13 75:12 99:4
104:19 105:8 113:6,8
134:20 135:2 136:6
141:17 177:18
186:19 188:13 214:6
216:3 224:4 227:8
**witnesses** 113:13
**woke** 38:4,7 39:16,23
40:7,11,15,17 41:1,7
42:3,8 43:17
**word** 65:11 186:4 206:4
207:20
**words** 8:14 12:2
**work** 121:19 124:1
125:16 126:12,16
129:17 131:4 139:1,3
139:6,15 159:7,12
201:11,17,18 202:19
212:4
**worked** 121:20 125:11
154:12,17 155:2
**working** 39:14 41:5
45:5 52:8,9 117:4

127:1 162:9 179:11
**works** 205:10
**wouldn't** 15:5 23:4
77:21 78:2 107:7
114:5 155:21 156:4
160:14 166:19 173:9
183:3 184:10 193:18
193:23 210:23
**wreck** 6:7,13,17 7:13
7:20 8:5,16 9:1 10:5
10:6 12:7 13:11 14:7
14:15 17:12 24:22
26:3 32:14 35:6 38:7
43:6,18 49:11 53:16
53:19 55:12,17 74:15
75:16 79:19 85:22
100:3 101:5,12,16
102:1,17 113:13
118:10 123:20 124:4
124:19,21,23 125:2
133:18 134:7 139:4,6
139:22 143:4 145:22
146:5 147:4 151:8
153:5,9 156:11,14
157:3,5,18 158:11,15
158:23 163:9,17
164:17 171:12,13
174:5,7,12,21 178:3
188:5 195:5 196:13
202:8,9,14 203:6,15
206:8,11,11 207:1,15
212:21 213:23
215:16 220:22 221:5
225:9
**wrecker** 109:16,17
**wrecks** 146:15,21
202:6
**write** 56:5,14 99:8
199:9
**writing** 46:14 127:19
217:1,2
**written** 42:18 199:19
211:8 224:22
**wrong** 35:11 49:14
62:3,10 89:22 90:1
106:6 114:15 121:13
**wrote** 35:20 43:2 47:23
105:12
**W-2** 124:12

_____

**Y**

**yard** 107:6 109:16
110:15
**yeah** 15:23 22:4 25:14
27:2 43:2 53:18
58:11 66:15 69:21
82:7 83:6 86:11 99:1
104:10 115:15 121:6
141:14 146:9 161:11
178:21 183:9 184:8

186:17 188:13,18
189:6 202:21 203:13
203:21 208:14 214:6
215:21 220:7
**year** 6:6 124:18 149:12
149:16 150:11
212:18 216:21
**years** 114:7
**y'all** 6:5 112:19 118:4
118:23 127:23
134:16 153:18 155:9
155:12 160:6 162:3
184:15 209:18
210:14 218:18

_____

**Z**

**zone** 28:17

_____

**$**

**$100** 127:11

_____

**0**

**02** 152:7,7
**04** 125:14 212:10
**05** 27:19 120:6 144:9
159:2,3,4,4 202:9
204:3 212:21
**06** 159:1
**07** 212:19
**0900** 200:18

_____

**1**

**1** 3:4 16:19,20 37:8,9
55:15,19 76:1 91:13
112:3 187:7
**10** 43:19 84:20 149:9
149:12,14
**10:10** 1:22
**11** 24:21 25:3 29:21
30:8,10 31:18 37:18
**12** 142:4 144:15
**12th** 144:9
**1200** 149:6
**14th** 148:15
**144** 3:8
**15** 29:1 149:12 169:14
**16** 3:4
**168** 3:10
**184** 1:20 2:13
**194** 3:11
**1943** 148:15
**1962** 224:23
**1985** 223:6
**199** 3:13
**1993** 142:16

_____

**2**

**2** 3:5 27:11,12 31:7
38:5,13,18,21 42:18
45:18 46:6 47:5

**2:05** 43:7,10
**20** 1:21 6:6 105:4 227:5
227:19
**2000** 152:16
**2003** 151:21
**2004** 150:23
**2005** 24:23 54:2,19
221:20
**2007** 1:21 227:5,14
**226** 227:6
**229** 198:16 199:4
**231** 26:4 69:14 72:8
218:1
**24** 48:8,9 49:8
**25** 198:12
**27** 3:5

_____

**3**

**3** 3:6 30:22 31:1,2 47:5
47:21 48:21
**30** 39:3,6,9 141:13
**3011** 149:8
**31** 3:6
**32** 200:4
**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** 148:19
149:2
**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** 148:17
**36104** 2:13
**36124-1594** 2:9

_____

**4**

**4** 3:7 45:22,23 46:2,12
89:12,15
**4th** 46:8,10
**4/5/05** 142:5 144:17
**4/6/05** 3:5
**4/7/05** 3:6
**45** 39:4,6,10 198:13,16
199:4

_____

**5**

**5** 2:21 3:8 27:16 47:2,4
143:18 144:2,5
**5:30** 28:13 47:4
**50** 169:13
**53** 91:5
**53-foot** 92:2
**575** 198:3

_____

**6**

**6** 3:10 29:4,6 30:8 47:2
168:16
**6th** 25:1,1,5 27:19
30:20 46:4,5,8,9,10
46:10 47:3 52:23
54:18,22,23 55:5,10
218:16
**6,300** 172:15
**6,350** 172:6,20
**60s** 196:12

**600** 132:4
**65** 192:19 193:7,12,12

---

### 7

**7** 3:11 112:6,20,21
  115:2 194:18,22
  200:13,15
**7th** 24:23 30:21 47:21
  47:21 48:21 52:23
  54:2,19 55:12 115:14
  142:8 159:1,4 202:9
  204:3 218:16 227:14
**7030** 2:8
**75** 197:23

---

### 8

**8** 3:13 149:6 199:19,20
  200:3
**80s** 146:12,14 222:21
**85** 223:1,1
**89** 3:7

---

### 9

**9** 2:8 32:21,22
**900240** 200:17 201:2
**93** 132:11 144:1