IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv882-MHT |
| | ) | |
| BILLY GENE MICHAEL, an individual, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the request for a seven-day extension (Doc. No. 30) is granted.

DONE, this the 4th day of March, 2008.

                           /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE