IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY,  )<br>                              )<br>    Plaintiff,              )<br>                              )       CIVIL ACTION NO.<br>    v.                        )         2:07cv882-MHT<br>                              )<br>BILLY GENE MICHAEL, an        )<br>individual, et al.,           )<br>                              )<br>    Defendants.               )  | |

ORDER

It is ORDERED that the motion to strike (Doc. No. 33) is set for submission, without oral argument, on March 14, 2008, with all briefs due by said date.

DONE, this the 4th day of March, 2008.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE