IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ]<br>]<br>Plaintiff, ]<br>]<br>v. ]<br>]<br>BILLY GENE MICHAELS, ]<br>an individual; JOEY BARNES, ]<br>individually and d/b/a ]<br>BAD J TRUCKING COMPANY; ]<br>CANDACE M. GROSE, as personal ]<br>representative of the Estate of ]<br>JAKOB A. GROSE, et al., ]<br>]<br>Defendants ] | CASE NO. 2:07 CV 882 MHT |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW the parties to the above-referenced matter and hereby submit this Joint Stipulation for Dismissal without Prejudice and state the following:

1.  This lawsuit was filed to determine whether Billy Michael and Joey Barnes, d/b/a Bad J Trucking were insured under a policy of Insurance through Canal at the time of an automobile accident, which resulted in the death of Jakob Grose. A lawsuit was filed by Candace Grose, on behalf of Jakob Grose, who died as a result of injuries sustained in the above-referenced automobile accident. That lawsuit was tried before a Montgomery County jury who found in favor of Billy Michael and Joey Barnes, d/b/a Bad J Trucking, and against Candace Grose. Candace Grose is not going to file any post-trial motions or a Notice of Appeal concerning the verdict rendered in the Montgomery County lawsuit, *Candace M. Grose v. Billy Gene Michael, et al.*, Case #CV-06-900085 in the Circuit Court

of Montgomery County, Alabama..

2.    Given these facts, the issue presented to this Court as to whether there was Insurance coverage insuring Billy Michael and Joey Barnes, d/b/a Bad J Trucking is now moot.

3.    The parties hereby jointly file this Stipulation for Dismissal without Prejudice, with each party to bear his, her or its own costs.

DONE this the 11th day of March, 2008.

/s/ W. Evans Brittain
W. Evans Brittain
Attorney for Billy Michael


/s/ David Craig Allred
David Craig Allred
Attorney for Candace Grose


/s/ David Earl Allred
David Earl Allred
Attorney for Candace Grose


/s/ Jack Jordan Hall, Sr.
Jack Jordan Hall, Sr.
Attorney for Canal Insurance


/s/ Joey Barnes
Joey Barnes, Pro Se