IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CANAL INSURANCE COMPANY,    )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:07cv882-MHT
                            )           (WO)
BILLY GENE MICHAEL, an      )
individual, et al.,         )
                            )
    Defendants.             )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 37), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of March, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**